**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROBIN SHAHINI** | : | |
| *Plaintiff* | : | |
| v. | : | **CIVIL ACTION No.** |
| | : | |
| | : | |
| | : | **18-cv-01619 (CJN)** |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.* | : | |
| *Defendants* | : | |
| _____ | : | |

# EXHIBIT S

# 1-10

# Abbas Jafari-Dolatabadi



**Position:** Prosecutor General of Tehran (August 2009 to present)

**Sanctions:** European Union (April 12, 2011)

In April 2011, the European Union named Jafari-Dolatabadi as an individual subject to sanctions for human rights violations, according to the *Official Journal of the European Union*. Dolatabadi's office indicted a number of protesters who participated in the December 2009 Ashura day protests, charging them with moharebeh (crimes against God) which carries the death sentence. He also "ordered the closure of [Iranian opposition leader Mehdi] Karroubi's office in September 2009 and the arrest of several reformist politicians, and he banned two reformist political parties in June 2010." [1]

---

[1]The Council of the European Union, "Council Regulation No 359/2011 of 12 April 2011 Concerning Restrictive Measures Directed Against Certain Persons, Entities and Bodies in View of the Situation in Iran," *Official Journal of the European Union*, April 14, 2011.

Case 1:18-cv-01618-CJN Document 45-14 Filed 06/13/22 Page 3 of 169

# Iran claims environmentalist who died in prison was Mossad, CIA agent

Tehran's top prosecutor alleges Iranian-Canadian Kavous Seyed Emami gathered intel on country's missile program

By **AFP**
13 February 2018, 8:02 pm  0



6
shares



Kavous Seyed Emami, a prominent Iranian-Canadian environmentalist, gives a lecture in Iran in November 2017. (Screen capture: YouTube)

TEHRAN, Iran — Tehran's chief prosecutor on Tuesday accused a renowned Iranian-Canadian environmentalist who died in prison of being part of an espionage network set up by Israel's Mossad and the CIA.

Kavous Seyed Emami, 63, a renowned professor and founder of the Persian Wildlife Heritage Foundation, was buried on Tuesday in the village of Ammami around 40 kilometers (25 miles) north of Tehran.

Officials say he committed suicide in his prison cell a fortnight after being arrested along with seven members of his NGO.

**Get The Times of Israel's Daily Edition by email and never miss our top stories**

FREE SIGN UP

Tehran prosecutor Abbas Jafari Dolatabadi said the NGO was set up "about a decade ago" as a cover to collect "classified information in defense and missile fields."

"Defendants in the case, under the guidance of the CIA and Mossad intelligence officers, have pursued a triple mission focused on the environment, infiltrating the scientific community, and collecting information from the country's sensitive and

vital centers, including missile bases," he said, according to the judiciary-linked Mizanonline news agency.

He said Emami was one of the main contacts for US agents and an intelligence officer had stayed at his home.



"Members of this network installed cameras in strategic areas under cover of monitoring the environment, while in

Abbas Jafari Dolatabadi (Screen capture: YouTube)

fact monitoring the country's missile activities," Dolatabadi said.

One of the NGO's key projects was monitoring the endangered Asian cheetah, which meant they operated across large swathes of Semnan province, which is home to military sites and missile-testing grounds.

Dolatabadi said the main financial backer was an Iranian-British-American citizen with the initials "MT" — probably a reference to Morad Tahbaz, a wealthy businessman and board member of the wildlife NGO, who was among those arrested last month.

Iran does not recognize dual nationals and treats them purely as Iranians, denying them certain consular services.

In November, the conservative-linked Tasnim news agency accused Tahbaz of being a big-game hunter who was trying to seize control of national park land in northern Iran.

Case 1:18-cv-01618-CJN Document 45-14 Filed 06/13/22 Page 6 of 169

Tahbaz comes from a wealthy family who made their fortune before the 1979 revolution and once owned the renowned Kayhan newspaper, which is now controlled by the Islamic authorities.

A post-mortem was carried out on Emami's body on Monday, after family and colleagues raised doubts about his suicide.

"In all cases when there is a suspicious death, a post-mortem is carried out and in this case too a post-mortem was done and then the body was handed over to the family," Payam Derafshan, a lawyer for the family told the ILNA news agency.

Derafshan said he had watched a video from the cell along with the family, which authorities have said proves he killed himself.

"Because there is not a good angle… the act of suicide is not clear," he told ILNA.

He said the video shows prison guards discovering Emami's body hours later and attempting to resuscitate him.

"It is very important why he was forced to commit suicide and the reason for it must be made clear," said Derafshan.



 **AFP news agency**
@AFP

Questions surround prison death of prominent Iranian-Canadian environmentalist Kavous Seyed Emami u.afp.com/oJHZ #KavousSeyedEmami

8:50 AM - Feb 11, 2018

48      59 people are talking about this

Members of the family have warned against the conflicting accounts being spread about Emami's death, but have not spoken directly to the media.

"It is absolutely essential that you rely on my Instagram, Telegram, and Twitter posts for official news relating to future findings. There are no other reliable sources," said Emami's son Ramin, a well-known singer, on Instagram.

Seven other members of the wildlife NGO are still behind bars.

The environmental community has also been rocked by the apparent detention of Kaveh Madani, deputy head of the Environmental Protection Organization, over the weekend.

He was back at work on Monday and released a cryptic message on social media saying: "I am safe."

A well-known water conservation activist trained in the United States, Madani was plucked in September from his job at Imperial College London to join the

government, and was heralded as a symbol of President Hassan Rouhani's efforts to encourage the return of Iranians from abroad.

Emami was the second Canadian citizen to die in Iran's prisons following the murder in 2003 of 54-year-old Zahra Kazemi, who had been arrested for taking photos outside Evin prison.

The vice-president at the time, Mohammad Ali Abtahi, stated she died from "a brain hemorrhage caused by a beating."

# Gholam-Hossein Mohseni-Eje'i

From Wikipedia, the free encyclopedia

**Gholam-Hossein Mohseni-Eje'i** (Persian: غلامحسین محسنی اژه‌ای, Persian pronunciation: [ɢolɒːmhosejne mohsenije eʒei]; born 1956) is an Iranian conservative politician, judge and prosecutor who currently serves as the second-highest official in the Judicial system of Iran.

He was the minister of intelligence from 2005 to July 2009, when he was abruptly dismissed. He has also held a number of governmental posts since 1984. Currently he is the first deputy of the Chief Justice of Iran.

| **Contents** [hide] |
| --- |
| 1 Early life and education |
| 2 Career |
| 3 Activities and views |
| 4 See also |
| 5 References |
| 6 External links |

## Early life and education [ edit ]

Gholam Hossein Mohseni-Ejehei was born in Ezhiyeh, Isfahan, Iran in 1956.[3] He is a graduate of the Haqqani school in Qom[4] and one of his teachers was Mesbah Yazdi.[5][6] He also received a master's degree in international law from the Haqqani school.[7]

## Career [ edit ]

Mohseni-Eje'i served as Head of the Ministry of Intelligence's Select Committee from 1984 to 1985. He was then Representative of the Head of Judiciary to the Ministry of Intelligence (1986–88). From 1989 to 1990, he served as Head of the Prosecutor's Office for economic affairs. Next, he held the post of Representative of the Head of Judiciary to the Ministry of Intelligence, from 1991 to 1994. His next post was Prosecutor of the Special Clerical Court, which he held from 1995 to 1997. He was appointed Minister of Intelligence on 24 August 2005 after securing 217 votes in his favor at the Majlis.[8] He was in office until 26 July 2009, when he was abruptly dismissed.[5] No reason was given for his dismissal,[9] but it was thought to be connected to his opposition to the appointment of Esfandiar Rahim Mashaei as first vice-president.[5]

**Gholam-Hossein Mohseni-Eje'i**



**First Vice Chief Justice of Iran**
**Incumbent**
**Assumed office**
23 August 2014

| | |
| --- | --- |
| **Appointed by** | Sadeq Larijani |
| **Preceded by** | Ebrahim Raeesi |

**Spokesman of the Judicial system of Iran**
**Incumbent**
**Assumed office**
16 September 2010[1]

| | |
| --- | --- |
| **Appointed by** | Sadeq Larijani |
| **Preceded by** | Alireza Jamshidi |

**Attorney-General of Iran**
**In office**
24 August 2009 – 23 August 2014

| | |
| --- | --- |
| **Appointed by** | Sadeq Larijani |
| **Preceded by** | Ghorbanali Dorri-Najafabadi |
| **Succeeded by** | Ebrahim Raeesi |

**6th Minister of Intelligence**
**In office**
24 August 2005 – 26 July 2009

| | |
| --- | --- |
| **President** | Mahmoud Ahmadinejad |
| **Preceded by** | Ali Younesi |
| **Succeeded by** | Mahmoud |

Shortly after his dismissal, on 24 August 2009, he was appointed Prosecutor general of Iran by the Head of Judiciary, Ayatollah Sadeq Larijani,[10][11] replacing Ghorbanali Dorri-Najafabadi.[11]

| | Ahmadinejad(Acting)[2] |
|---|---|
| | **Personal details** |
| **Born** | 1956 (age 61–62) Isfahan, Iran |
| **Alma mater** | Haghani Seminary |

## Activities and views   [ edit ]

On 15 July 2009, Mohseni-Ejehei told reporters that his ministry might publicize confessions made by people held for weeks without access to lawyers. He said "The confessions obtained from those arrested could be made public, should the Judiciary decide to air their remarks." Human rights activists raised concerns that "these so-called confessions are obtained under duress."[12]

After his dismissal, president Mahmoud Ahmadinejadpraised Mohsen-Eje'i as a good human being but said his removal was necessary as the ministry needed huge changes to cope with the situation. He further said if the ministry had done its job properly, there would not have been post-election bloody riots in which some people died, but he stopped short of criticizing Mohseni-Eje'i as responsible for them.[13]

According to Stratfor, Mohseni-Eje'i is a conservative hardliner affiliated with hardline cleric Mohammad Yazdi.[14]

Mohsen-Eje'i has indicated he would welcome alternative punishments to the death penalty for some drug traffickers, if these alternatives proposed by teachers were more effective punishments than the death penalty. But he stated that, so far, critics of the death penalty in Iran have not offered alternatives that would deal effectively with Iran's drug gangs.[15]

## See also   [ edit ]

- Chain Murders of Iran

## References   [ edit ]

1. ^ http://donya-e-eqtesad.com/news/623280
2. ^ Abbas Milani (3 August 2009). "Inside The Civil War That's Threatening The Iranian Regime" . New Republic. Retrieved 3 June 2016.
3. ^ "Iran: President Mahmoud Ahmadinejad presented his cabinet" . Caucaz Europenews. 14 August 2005. Retrieved 21 July 2009.
4. ^ Shmuel Bar; Shmuel Bacher; Rachel Machtiger (January 2008). "Iranian nuclear decision making under Ahmedinejad" (PDF). Lauder School of Government. Retrieved 29 August 2013.
5. ^ a b c Sahimi, Muhammad (26 July 2009). "Ahmadinejad Sacks Ministers; Mashaei to Remain Close" . PBS. Retrieved 1 July 2013.
6. ^ David E. Thaler; Alireza Nader; Shahram Chubin; Jerrold D. Green; Charlotte Lynch; Frederic Wehrey (2010). "Factionalism and the Primacy of Informal Networks". Mullahs, Guards, and Bonyads (PDF). Santa Monica: RAND Corporation. Retrieved 29 July2013.
7. ^ Yonah Alexander; Milton M. Hoenig (2008). The New Iranian Leadership: Ahmadinejad, Terrorism, Nuclear Ambition, and the Middle East . Greenwood Publishing Group. p. 41. ISBN 978-0-275-99639-0. Retrieved 13 August 2013.
8. ^ "Iran: 17 proposed ministers receive votes of confidence, 4 rejected" . Payvand. 25 August 2005. Retrieved 1 July 2013.
9. ^ "Iran intelligence minister sacked" . BBC News. 26 July 2009. Retrieved 26 July 2009.
10. ^ Iran's sacked minister appointed as prosecutor general. 25 August 2009
11. ^ a b "Iran's sacked minister named top prosecutor" . Al Arabiya. 24 August 2009. Retrieved 1 July 2013.
12. ^ "Iran: Stop 'Framing' Government Critics" . Human Rights Watch. 21 July 2009. Retrieved 21 July 2009.

13. ^ "فارسی - ایران - احمدی نژاد تغییر وزیر اطلاعات را به ناآرامی ها ارتباط داد" . *BBC*. 20 August 2009. Retrieved 29 July2013.

14. ^ Staff writer(s); no by-line. (27 July 2009). "Crisis as opportunity for the IRGC" . Stratfor. Archived from the original   on 5 August 2009. Retrieved 1 August2009.

15. ^ Staff author(s). No by-line. (22 June 2016). "حقوق ماهانه 40 میلیونی برای 50 نفر از مدیران یک وزارت خانه"   [The monthly salary is 40 million for 50 members of Ministry]. *Islamic Republic of Iran Broadcasting News*(in Persian). Retrieved 22 June 2016.

# Human Rights Violator:Hossein Taeb

July 14, 2014 at 3:00 pm

Tweet 



**First and Last Name:**

Hossein Taeb (Hassan Taeb)[1]

**Background and Education:**

Hossein Taeb was born in 1342 (1963/4) in Tehran. His primary education was done in the 17 Shahrivar district of Tehran, after which he attended seminary schools in Tehran, Qom, and Mashhad. He holds an advanced degree (Kharej) in Islamic jurisprudence.

At age 19, Taeb joined the Islamic Revolutionary Guards Corps (IRGC) in District 10. He openly entered the political sphere initially in 1375 (1996/7) in close collaboration with Ayatollah Nategh Nouri. This collaboration continued until 1376-7 (1997/8). In 1379 (1981/2), Taeb established the Veterans Foundation tasked to support the conservative Abadgaran Party and its propaganda activities for the election of city council. Through supporting Abadgaran, Taeb played a significant role in the mayoral victory of Ahmadinejad. During the formation of the ninth and tenth governments, Hossein Taeb was one of the most talked about candidates for the position of the Minister of Intelligence.

**Positions:**

–     October 2009 to present:  Head of the intelligence, Bureau of the Islamic Revolution Guards Corps (IRGC) [a.k.a. Sepah intelligence]

–     July 2008 to October 2009:  Commander-in-Chief, Basij militia

–     2005 to 2009:  Deputy Commander, Basij militia

–     1999 to 2005:  Deputy Chief, Intelligence Bureau of the Islamic Revolutionary Guard Corps

–     Cultural Deputy, Joint Staff of IRGC and cultural faculty of Imam Hossein University (3 years)

–     From 1995/6:  Coordinating Deputy, Ayatollah Khamenei's office

– Up to 1995/6:  Deputy, Counter-intelligence Division of the Ministry of Intelligence (during Ali Fallahian's terms)

– Managing Director: Intelligence Office in the Province of Khorasan in Mashhad

– 1980s:  Deputy of Intelligence in Qom

– Ministry of Intelligence, Interrogator (in charge of interrogation of Mojahedin-e Khalq)

– 1982 to present: Member of the IRGC (first at Tehran District 10, and later in the provinces of Qom and Khorasan)

**Human Rights Violations:**

Hossein Taeb's involvement in violations of human rights include notable during various periods and positions he held in IRGC and Basij.  Repression of university students, Parallel Intelligence Apparatus (PIA) operation, repression of rioters after the disputed 2009 presidential election, case of the murder of Taraneh Mousavi, case of *gerdab*, and involvement in repression of Bashar al-Assad's opposition groups in Syria are examples of Hossein Taeb playing a major role in violation of human rights.

**As the Deputy of the Intelligence Bureau of IRGC**

**Extrajudicial Efforts**

Parallel Intelligence Apparatus (PIA) is an illegal and unofficial operation that was instituted during the presidency of Mohammad Khatami.  Supporters of Khatami's government used the term PIA to refer to their intelligence opposition, which included security and intelligence organs under the auspices of the Supreme Leader, such as the IRGC or Sepah, the disciplinary forces, and certain divisions of the Ministry of Intelligence which during the period of reform and as a result of pressure by media and the civil society were somewhat filtered.

At the time when Hossein Taeb was the deputy of the intelligence bureau of the IRGC, the intelligence security of Iran's disciplinary forces (NAJA) along with the intelligence security of the IRGC and the judiciary formed the PIA.

"Parallel Intelligence Apparatus was operational during the presidency of reformist Mohammad Khatami (1997-2004) under the effective authority of Iran's Supreme Leader Ali Khamenei.  During this period, covert operations of the PIA aided the conservatives in their efforts to retain control over the levers of the State.  Members of the PIA were responsible for brutal intimidation and oppression of reformists, political dissidents, and critics.   Their primary targets were journalists, bloggers and student activists."[2]

Major operations of PIA from its inception to present include:  Mass murder of "enemy base" (reformist daily papers), repression of "subversive activities" (*meli/mazhabi*), project uprooting "financial corruption" (which was solely restricted to the case of Shahram Jazayeri), project "*nazar sanji*" [polling] (the case of *Ayandeh* institution and Abbas Abdi), operation countering "cultural attack" (Siamak Pourzand and

filmmakers), and the operation against street uprisings (repression of student riots in June and July 2003, and attacks against media activists and students), and of course, project "bloggers".

## Incidents of *Kooy-e Daneshgah* [University Avenue]

The events of *Kooy-e Daneshgah*, or 9 July 1999, were widespread repression of students at the university dormitory on Amir Abad Street, commonly known as *Kooy-e Daneshgah*. Subsequent to the closure of the daily *Salam* by Special Clerical Court on 8 July 1999, students organized a protest in front of the university on *Kooy-e Daneshgah*. This protest met an unprecedented reaction by the Special Forces, who entered the area and fiercely attacked and injured students. However, the major incident took place in the early hours of 9 July, when militia groups known as "plain-clothed", and "*Ansar-e Hezbollah*" joined the Special Forces in a sudden attack on the students in *Kooy-e Daneshgah* and launched a deadly assault against students causing physical destruction of sections of the residence. According to official reports on these attacks, a military service draftee named Ezat Ebrahimnejad, who was a guest of one of the students, was killed and another student's eyes were removed from their sockets. Attacks against the students continued until 14 July. Fereshteh Alizadeh, Tami Hamifar, and Saeed Zaynali were three other students who disappeared during the attacks and whose fates remain unknown over the past 12 years. Akbar Mohammadi was another student who was arrested during the *Kooy-e Daneshgah* events, and subsequently died while in custody.

Yahya Rahim Safavi, a former Sepah [IRGC] commander, confirmed the involvement of Sepah in repression of the students' uprising. During this period Hossein Taeb was the Deputy Chief of the intelligence bureau of Sepah. There have been reports confirming that Hossein Taeb interrogated a number of those arrested during the 9 July 1999 incidents. In a witness statement given to the Iran Human Rights Documentation Centre, Ali Afshari, a student activist who was arrested in 2000, reported Taeb's presence and violent behaviour as the head of interrogation during his questioning. According to this student activist, Taeb was subsequently dismissed from the Ministry of Intelligence due to his violent behaviour and moved to the PIA.

## As the Commander-in-Chief of the Basij Militia

### Repression of Protesters – 2009 Election

Hossein Taeb was transferred to Basij in 2005 and with the intensification of the post election uprising, he was promoted to the post of the Commander-in-Chief of Basij. This body had a significant role in the oppression of street protesters and death of many rioters. The most evident involvement of Basij in such killings was on 15 June 2009, when they opened fire during a peaceful rally involving millions of people at *Meidan-e Azadi* [Freedom Square] killing at least eight.

Despite Hossein Taeb's claim that the Basij was not armed, based on testimonies by eyewitnesses, Iran Human Rights Documentation Centre as well as the International Campaign on Human Rights in Iran, confirm the attack against protestors as a result of directives issued by Hossein Taeb. Furthermore, based on the evidence provided by witnesses, Human Rights Watch issued a declaration asking the Iranian authorities to investigate the role of commanders, such as Hossein Taeb, and hold them responsible for the attack and exertion of violence against the protestors. However, even though the footage of widespread attacks, assaults, and shootings were

posted on the internet, no attempts were made by the authorities toward reprimanding Taeb. Basij militia, including the plain-clothed officers, were the only armed forces equipped with firearms during the course of the demonstrations, and as such, the Basij was solely responsible for the death of all those who were killed during these incidents.

In a letter to Keyhan newspaper in July 2009, Ali Motahhari, a fundamentalist representative of the Majles and a government critic, wrote: "We could have managed these crises in such manner that avoided much of the bloodshed and injuries... but, when we thrust the management of crisis to people such as Taeb, who is more comfortable with using batons than engaging his mind to strategize, this is the result."

## Case of Taraneh Mousavi

Taraneh Mousavi, a girl whose purported arrest, rape and subsequent death after the presidential election received extensive coverage in anti-regime websites, was whirled into a mysterious fate. According to some opposition media, Taraneh Mousavi was arrested on 28 June [2009] at a rally in front of Ghoba mosque. Her family was contacted a few days later and was told that Taraneh has suffered laceration of uterus and anus due to an accident and is [hospitalized] at Imam Khomeini hospital in Karaj. The family, however, was unable to locate her at the hospital or find any information on her whereabouts. Instead, the family learned about her burnt corpse found on the road connecting Karaj to Qazvin a few days later. According to Taraneh's friends, her family refrained from publicizing the incident and her burial was carried out privately without the presence of friends and acquaintances.

Notwithstanding the extensive coverage this incident received, and the notion of possible brutal rape, due to Taraneh's family's choice to keep silent, and the fact that the alleged eyewitnesses of her arrest in front of Ghoba mosque were not personal friends, the veracity of the issue remained uncertain, until Mehdi Karroubi, in a letter dated July 2009, requested the head of the Council of Experts to form a task force to look into rumours pertaining to the conduct of the authorities during arrest and treatment of detainees. In this letter, without direct reference to Taraneh, he wrote: "A number of arrestees alleged that there have been incidents where some individuals [authorities] have assaulted and brutally raped female detainees, causing laceration of their uterus and feminine organs." With Karroubi's letter the rumours concerning Taraneh became stronger and the 20:30 News produced a report trying to refute Karroubi's allegations. The producers of the report found a family to confirm that the internet picture as it was publicized is of their daughter who resides in Canada. In a statement dated 16 August [2009], Karroubi accused government authorities of "lying and fabricating information," and noted that those who appeared on television and claimed that their daughter was alive, were in fact not the family of the Taraneh Mousavi who was reportedly killed by Security Forces. Mehdi Karroubi further stated: "Mr. Hossein Shahmoradi, the son-in-law of Hojjatoleslam Hosseini, and brother-in-law of Mr. Taeb, is the mastermind behind the fabricated story of Taraneh Mousavi [being alive]." In his letter to Shahmoradi, Karroubi wrote: "You are well aware that [such incidents] are due to your beloved brother-in-law's involvement in these affairs, given his past record of conduct at the Ministry of Intelligence, for which the government of the time dismissed him."

As reported by JARAS, Tharallah Base carried out repression of the rally near Ghoba mosque on 28 June under the directorship of Taeb. According to reliable sources, those arrested were transferred from that location in black vans, and that black vans were solely used by Tharallah Base. Furthermore, the arrestees were transferred from the location of the arrest to Tharallah Base on Seoul Street where Taeb was based.

### As the Head of IRGS's Intelligence Bureau

Subsequent to exposure of Taeb's involvement in the repression of demonstrations and his role in Taraneh Mousavi's case by Mehdi Karroubi, Taeb was demoted from his position as the Commander-in-Chief of Basij to Head of IRGS's Intelligence Bureau. This organization, which until then was known as Sepah's auxiliary intelligence services, became an independent organization with greater freedom in repressing the opposition in Iran.

### Supporting Bashar al-Assad and Repression of the Opposition in Syria

In July 2011, Taeb's name was put on the European Union's list of sanctions for his role in "securing apparatus and equipment for the purpose of supporting the Syrian regime in repressing its opposition." He was banned from travelling to European Union countries and his assets in these countries were frozen. It has been a long while since Western countries have accused Iran's security organs and the Islamic Republic state of collaborating with Syria in inciting violence against the opposition and in sharing its experiences of repressing riots with the Syrian government.

### *Gerdab* [Whirlpool]

In a report titled "*Gerdab*; a Dictated Scenario,"[3] Justice for Iran documented the role of the Sepah's Centre [to Investigate] Organized Crimes in severe violation of citizens' rights. The Centre to Investigate Organized Crimes was established in 2007 as a division of the Sepah intelligence. The centre's first project, known as *Gerdab* (*Muzllin*), was the arrest and prosecution of over 45 individuals alleged to have initiated and managed Persian porn websites. A few months after their arrest, in televised confessions, the alleged perpetrators admitted to their intent to corrupt the youth in order to shake the pillars of the Islamic Republic, and that they received funding from the United States to run such porn sites. A year and half later, a number of the arrestees, or in some cases their families, broke their silence and spoke about the severe torture these detainees had endured to make forced confessions.

Saeed Malekpour is one of the accused in the *Muzllin* dossier who was sentenced to execution on charges of managing Persian porn sites. Fatemeh Eftekhari, wife of Saeed Malekpour, stated that because of Malekpour's profession as a website designer, he had designed a website without having knowledge of its use. Malekpour was arrested in 2008 under the charges of *Muharebeh* [Waging War against God], and propaganda against Islam, and, on 6 December 2010, two years after his arrest, was sentenced to execution. Vahid Asghari, another cyber activist, also received the death penalty from Justice Salavati of branch 15 of the Islamic Revolutionary Court for managing porn websites. Furthermore, the Supreme Court, putting him in danger of execution, endorsed the death penalty against accused number six on the noted dossier, known as Muzllin 3.[4]

The first two named accused were able to issue letters, independent of each other, from inside prison to reveal information about the torture to which they were subjected by Sepah intelligence authorities for the purpose of forced confessions. In March 2010, an official statement of complaint was issued by three of the accused, Saeed Malekpour, Vahid Asghari, and Shahrouz Vaziri, to justice Salavati and Tehran's Office of Public Prosecutor, with no result. In this statement of complaint, Vahid Asghari wrote: "For months, every night, the authorities illegally transferred me with blindfolds and chains from Evin to a clandestine torture-house secretly referred to as "Sherkat" at a location unknown to me. These were extrajudicial measures aiming to abuse and intimidate… They locked me in small dark closets with pests and rodents; put me in dark pits or bathtubs (with hands and feet tied), covered my head in oxygen resistant bags (similar to bags used in Guantanamo and Abu-Gharib), and tied

me up to a wooden rod leaving me hanging upside down with handcuffs while lashing me with a whip and slapping me in the face."[5] These three individuals who suffered mental, emotional, and physical torture, long periods of incarceration in solitary, abusive treatments, insults, and violence by Sepah interrogators as well as forced and dictated confessions under duress, denied access to family and legal representation, are willing to testify before a tribunal.

The four aforementioned individuals are not the only accused persons on the dossier.  There are many more individuals incarcerated in prisons run by the Sepah intelligence under similar charges. However, their names and identities are still obscure.

——

[1]According to some unofficial reports his real name is Hassan Taeb, and that Hossein was the name of his brother who died in Karbala 5 operations in 1986.  Also, there has been some reference to him using pseudonym Maysam.

[2] Iran Human Rights Documentation Centre report

[3] http://justiceforiran.org/reports/gerdab/

[4] Ahmadreza Hashempour, 40, educated with a Ph.D., has been in prison since 2008.  He was initially sentenced to execution by the preliminary court.  Hashempour, who was incarcerated for a long period of time in solitary confinement, and like others in this dossier was subjected to mental and emotional torture, faces the danger of execution since the Supreme Court upheld the original verdict.

[5] https://hra-news.org/fa/thought-and-experssion/gerdab





# Hossein Taeb

**Full Name (English):**
Hossein Taeb

**Full Name (Farsi):**
حسین طائب

**Date of Birth:**
1963

**Place of Birth:**
Tehran

**Gender:**
Male

**Education:**
Seminary Eduacation

**Clerical Background:**
Yes

**Status:**
Alive
**Last Updated:**
18 Jan 2021



POSITIONS AND
VIOLATIONS

- Intelligence Interrogator (1981 - 1985)
- Deputy of Intelligence Office, Qom (1985 - 1988)
- Deputy of Counterintelligence (1989 - 1995)
- Deputy of IRGC Intelligence (1999 - 2006)
  - **Human Rights Violation:** Suppressing the student protests (July 1999) read more
- Deputy of NAJA Intelligence Protection (17 Sep 2000 - 28 Aug 2005)
- Commander of Basij (Jul 2008 - Oct 2009)
  - **Human Rights Violation:** Killing and suppressing post-election peaceful protesters (Jun 2009 - Jul 2009) read more
  - **Human Rights Violation:** Covering up the torture, rape and murder of Taraneh Mousavi ( 28 June 2009) read more

- Head of Intelligence Office, Razavi Khorasan Province (Unknown)
- member of IRGC , Tehran, District 10 (1982 - present)
- Coordinator of the Supreme Leader\'s Office (1995 - present)
- Head of IRGC Intelligence (Sep 2009 - present)
  - **Human Rights Violation:** Suppressing protesters (November 2019) read more
  - **Human Rights Violation:** Mass arrest of journalists, activists, minorities and dissidents (Sep 2009 - present) read more

---

These violations may only be part of the human rights violations that this person has been involved in. The investigation into this person's human rights record is ongoing.

**LEGAL DEVELOPMENTS**

On 28 September 2010, Taeb was sanctioned through an executive order by the US president for his role in "Serious human rights abuses". As a result, Taeb was banned from entering the US and his assets in the US or in control of US companies and banks anywhere were blocked.

On 12 April 2011, Taeb's name was put on the European Union's list of sanctions for his role in "securing apparatus and equipment for the purpose of supporting the Syrian regime in repressing its opposition." He was banned from travelling to European Union countries and his assets in these countries were frozen.

REPORT A HUMAN RIGHTS VIOLATION COMMITTED BY THIS INDIVIDUAL >>



© COPYRIGHT JUSTICE FOR IRAN (JFI). ALL RIGHTS RESERVED.

6/6/2018    Fact Sheet: New Executive Order Targeting Iranian Officials Responsible For Or Complicit In Serious Human Rights Abuses

Case 1:18-cv-01618-CJN Document 45-14 Filed 06/13/22 Page 22 of 169

# U.S. DEPARTMENT OF THE TREASURY

**Press Center**

## Fact Sheet: New Executive Order Targeting Iranian Officials Responsible For Or Complicit In Serious Human Rights Abuses

9/29/2010

TG-877

Today, President Obama signed an Executive Order that imposes sanctions on Iranian officials determined to be responsible for or complicit in serious human rights abuses involving Iran. In signing today's Order, the President identified eight individuals for sanctions who share responsibility for the sustained and severe violation of human rights in Iran since the June 2009 disputed presidential election by listing them in the Annex to the Order.

The Iranian individuals identified today are: Mohammad Ali Jafari, Commander of the Islamic Revolutionary Guard Corps (IRGC); Sadeq Mahsouli, current Minister of Welfare and Social Security and former Minister of the Interior; Qolam-Hossein Mohseni-Ejei, current Prosecutor General of Iran and former Minister of Intelligence; Saeed Mortazavi, former Prosecutor-General of Tehran; Heydar Moslehi, Minister of Intelligence; Mostafa Mohammad Najjar, Minister of the Interior and Deputy Commander-in-Chief of the Armed Forces for Law Enforcement; Ahmad-Reza Radan, Deputy Chief of Iran's National Police; and Hossein Taeb, current Deputy IRGC Commander for Intelligence and former Commander of the IRGC's Basij Forces.

This Order provides the United States with new tools to target human rights abuses engaged in by officials of the Government of Iran. As a result of this action, any property in the United States or in the possession or control of U.S. persons in which the individuals listed in the Annex have an interest is blocked, and U.S. persons are prohibited from engaging in transactions with them. The individuals listed in the Annex to the Executive Order are also subject to visa sanctions.

President Obama identified the following individuals for sanctions by listing them in the Annex to the Order:

- **Mohammad Ali Jafari** is the Commander of the IRGC. As commander of the IRGC, Jafari controlled the Basij Forces during the June 2009 election. Forces under his command participated in beatings, murder, and arbitrary arrests and detentions of peaceful protestors.
- **Sadeq Mahsouli** is currently the Minister of Welfare and Social Security. He was Minister of the Interior at the time of the June 2009 election. As Minister of the Interior, Mahsouli had authority over all police forces and Interior Ministry security agents. His forces were responsible for attacks on the dormitories of Tehran University on June 15, 2009, during which students were severely beaten and detained. Detained students were tortured and ill-treated in the basement of the Interior Ministry building; other protestors were severely abused at the Kahrizak Detention Center, which was operated by police under Mahsouli's control.
- **Qolam-Hossein Mohseni-Ejei** is currently the Prosecutor General of Iran. As the Minister of Intelligence at the time of the June 2009 election, Mohseni-Ejei has confirmed that he authorized confrontations with protesters and their arrests during his tenure as Minister of Intelligence. As a result, protesters were detained without formal charges brought against them and during this detention detainees were subjected to beatings, solitary confinement, and a denial of due process rights at the hands of intelligence officers under the direction of Mohseni-Ejei. In addition, political figures were coerced into making false confessions under unbearable interrogations, which included torture, abuse, blackmail, and the threatening of family members.
- **Saeed Mortazavi** is the former Tehran Prosecutor-General. As Prosecutor-General, he issued a blanket order used for the detention of hundreds of activists, journalists, and students, and was responsible for sending detainees to the Kahrizak Detention Center, where they were tortured and abused, resulting in several deaths. He was suspended from office in August 2010 after an investigation by the Iranian judiciary of his role in the deaths of three men detained on his orders following the election.
- **Heydar Moslehi** has been the Minister of Intelligence since August 2009. Under his leadership, the Ministry of Intelligence has continued the practices of widespread arbitrary detention and persecution of protestors and dissidents. The Ministry of Intelligence continues to run Ward 209 of Evin Prison, where many activists are being held for their peaceful activities in opposition to the ruling government; interrogators from the Ministry of Intelligence have subjected prisoners in Ward 209 to beatings, mental abuse, and sexual abuse. In recent months, prisoners in Ward 209 have reported forced confessions and interference by the Ministry of Intelligence in the judicial process; one detainee from the ward was executed after a forced confession and another was executed when torture failed to yield a confession. As the Minister of Intelligence, Moslehi bears responsibility for the ongoing abuses.
- **Mostafa Mohammad Najjar** was appointed the Deputy Commander-in-Chief of Armed Forces in charge of Police Forces in order to "ensure order and security" in November 2009. He was in charge of the government response to protests on Ashura, one of the holiest days in Shia Islam, which in 2009 coincided with December 27, 2009. State media reported 37 dead and hundreds arrested. He is currently the Minister of Interior and, as such, has authority over all police forces, Interior Ministry security agents, and plainsclothes agents.
- **Ahmad-Reza Radan** has been the Deputy Chief of Iran's National Police since 2008. As Deputy Chief of National Police, Radan was responsible for beatings, murder, and arbitrary arrests and detentions against protestors that were committed by the police forces. In addition, several detainees taken to Kahrizak Detention Center, the detention center where at least three protestors lost their lives after being subject to abuses, have alleged that Radan was present in Kahrizak and personally participated in the beatings and ill-treatment of detainees.
- **Hossein Taeb** is currently the Deputy IRGC Commander for Intelligence. As Commander of the paramilitary Basij Forces at the time of the June 2009 election, forces under Taeb's command participated in beatings, murder, and arbitrary arrests and detentions of peaceful protestors.

<u>Identifying information</u>

Individual:     **Mohammad Ali Jafari**

6/6/2018    Fact Sheet: New Executive Order Targeting Iranian Officials Responsible for or Complicit in Serious Human Rights Abuses

Case 1:18-cv-01618-CJN   Document 45-14   Filed 06/13/22   Page 23 of 169

| AKA: | Ali Jafari |
| --- | --- |
| AKA: | Mohammad Ali Ja'fari |
| AKA: | Mohammad Ali Jafari-Najafabadi |
| AKA: | "Aziz Ja'fari" |
| POB: | Yazd, Iran |
| DOB: | 1 September 1957 |
| **Individual:** | **Sadeq Mahsouli** |
| AKA: | Sadeq Mahsuli |
| POB: | Orumieh, Iran |
| DOB: | 1959 |
| **Individual:** | **Qolam-Hossein Mohseni-Ejei** |
| AKA: | Gholam Hossein Mohseni Ejei |
| POB: | Ejiyeh, Iran |
| DOB: | c. 1956 |
| **Individual:** | **Saeed Mortazavi** |
| AKA: | Sa'id Mortazavi |
| POB: | Meibod, Yazd, Iran |
| DOB: | 1967 |
| **Individual:** | **Heydar Moslehi** |
| AKA: | Heidar Moslehi |
| POB: | Isfahan, Iran |
| DOB: | 1956 |
| **Individual:** | **Mostafa Mohammad Najjar** |
| POB: | Tehran, Iran |
| DOB: | 1956 |
| **Individual:** | **Ahmad-Reza Radan** |
| POB: | Isfahan, Iran |
| DOB: | 1963 |
| Alt DOB: | 1964 |
| **Individual:** | **Hossein Taeb** |
| AKA: | Hosein Taeb |
| AKA: | Hussayn Taeb |
| AKA: | Hassan Taeb |
| POB: | Tehran, Iran |
| DOB: | 1963 |

### ###





# Mohammad Bagher Bagheri

**Full Name (English):**
Mohammad Bagher Bagheri
**Full Name (Farsi):**
محمد باقر باقری
**Place of Birth:**
Unknown
**Gender:**
Male
**Education:**
Seminary Eduacation
**Clerical Background:**
Yes
**Status:**
Alive

**Last Updated:**
6 Dec 2020



**POSITIONS AND VIOLATIONS**

- Deputy of social affairs of the Judicial Administration, South Khorasan Province (2010 - 2014)
- Deputy of Crime Prevention for the Judicial Administration, South Khorasan Province (2010 - Dec 2014)
  - **Human Rights Violation:** Participation in widespread and secret execution of death sentences (2010 - Dec 2014) read more
- Prosecution assistant of the Attorney General Office (2014 - 2016)

---

These violations may only be part of the human rights violations that this person has been involved in. The investigation into this person's human rights record is ongoing.

**LEGAL DEVELOPMENTS**

On 10 October, 2011, the European Union placed 29 Iranian officials on the human rights sanctions list, including Mohammad Bagher Bagheri, for their role in widespread and gross violations of the rights of Iranian citizens. According to the decision, Bagheri was barred from entering the EU and all his assets will be confiscated in Europe.

According to the EU statement, Mohammad Bagher Bagheri is responsible for great violation of the right to due process. According to reports and information, about 100 cases of secret executions were carried out during Bagheri's tenure in South Khorasan.

REPORT A HUMAN RIGHTS VIOLATION COMMITTED BY THIS INDIVIDUAL >>



© COPYRIGHT JUSTICE FOR IRAN (JFI). ALL RIGHTS RESERVED.

# FACES OF CRIME



Justice
for Iran
عدالت برای ایران

≡ MENU



## Mohammad Hossein Zibaei Nezhad
### AKA: Hossein Nejat

**Full Name (English):**
Mohammad Hossein Zibaei Nezhad
**Full Name (Farsi):**
محمد حسین زیبایی نژاد
**Date of Birth:**
Feb 1955
**Place of Birth:**
Shiraz
**Gender:**
Male
**Education:**
Unknown
**Clerical Background:**

No
**Status:**
Alive
**Last Updated:**
24 May 2020



**POSITIONS AND VIOLATIONS**

- Coordinating Deputy of the IRGC Joint Headquarters (1994 - Jan 1997)
- Deputy Chief of the IRGC Joint Headquarters (Jan 1997 - Oct 2000)
- Commander of Sar-Allah Headquarters (1999 - Oct 2000)
  - **Human Rights Violation:** Suppression of student protests ( 9-14 July 1999) read more
- Commander of Vali-e Amr Guard Corps (2000 - 2010)
- Social and Political Director of the Secretariat of the Supreme National Security Council (2010 - 2016)
  - **Human Rights Violation:** Suppression of post-election protests (2009) read more

- Deputy of the IRGC Intelligence Organisation (Dec 2016 - 18 May 2019)
  - **Human Rights Violation:** Suppression of activists and political dissidents ( December 2016-18 May 2019) read more
- Deputy of Social and Cultural Affairsof of the Chief Commander of the IRGC (18 May 2019 - present)

---

These violations may only be part of the human rights violations that this person has been involved in. The investigation into this person's human rights record is ongoing.

REPORT A HUMAN RIGHTS VIOLATION COMMITTED BY THIS INDIVIDUAL >>



© COPYRIGHT JUSTICE FOR IRAN (JFI). ALL RIGHTS RESERVED.

# The Shadow Commander

*Qassem Suleimani is the Iranian operative who has been reshaping the Middle East. N...*
*he's directing Assad's war in Syria.*

By Dexter Filkins

  



*A former C.I.A. officer calls Suleimani, the head of Iran's Quds*
*Force, the "most powerful operative in the Middle East today."*

Last February, some of Iran's most influential leaders gathered at the Amir al-Momenin Mosque, in northeast Tehran, inside a gated community reserved for officers of the Revolutionary Guard. They had come to pay their last respects to a fallen comrade. Hassan Shateri, a veteran of Iran's covert wars throughout the Middle East and South Asia, was a senior commander in a powerful, élite branch of the Revolutionary Guard called the Quds Force. The force is the sharp instrument of Iranian foreign policy, roughly analogous to a combined C.I.A. and Special Forces; its name comes from the Persian word for Jerusalem, which its fighters have promised to liberate. Since 1979, its goal has been to subvert Iran's enemies and extend the country's influence across the Middle East. Shateri had spent much of his career abroad, first in Afghanistan and then in Iraq, where the Quds Force helped Shiite militias kill American soldiers.

Shateri had been killed two days before, on the road that runs between Damascus and Beirut. He had gone to Syria, along with thousands of other members of the Quds Force, to rescue the country's besieged President, Bashar al-Assad, a crucial ally of Iran. In the past few years, Shateri had worked under an alias as the Quds Force's chief in Lebanon; there he had helped sustain the armed group Hezbollah, which at the time of the funeral had begun to pour men into Syria to fight for the regime. The circumstances of his death were unclear; one Iranian official said that Shateri had been "directly targeted" by "the Zionist regime," as Iranians habitually refer to Israel.

At the funeral, the mourners sobbed, and some beat their chests in the Shiite way. Shateri's casket was wrapped in an Iranian flag, and gathered around it were the commander of the Revolutionary Guard, dressed in green fatigues; a member of the plot to murder four exiled opposition leaders in a Berlin restaurant in 1992; and the father of Imad Mughniyeh, the Hezbollah commander believed to be responsible for the bombings that killed more than two hundred and fifty Americans in Beirut in 1983. Mughniyeh was assassinated in 2008, purportedly by Israeli agents. In the ethos of the Iranian revolution, to die was to serve. Before Shateri's funeral, Ayatollah Ali Khamenei, the country's Supreme Leader, released a note of praise: "In the end, he drank the sweet syrup of martyrdom."

Kneeling in the second row on the mosque's carpeted floor was Major General Qassem Suleimani, the Quds Force's leader: a small man of fifty-six, with silver hair, a close-cropped beard, and a look of intense self-containment. It was Suleimani who had sent Shateri, an old and trusted friend, to his death. As Revolutionary Guard commanders, he and Shateri belonged to a small fraternity formed during the Sacred Defense, the name given to the

Iran-Iraq War, which lasted from 1980 to 1988 and left as many as a million people dead.
was a catastrophic fight, but for Iran it was the beginning of a three-decade project to buil
Shiite sphere of influence, stretching across Iraq and Syria to the Mediterranean. Along w
its allies in Syria and Lebanon, Iran forms an Axis of Resistance, arrayed against the regio
dominant Sunni powers and the West. In Syria, the project hung in the balance, and
Suleimani was mounting a desperate fight, even if the price of victory was a sectarian
conflict that engulfed the region for years.

Suleimani took command of the Quds Force fifteen years ago, and in that time he has sou
to reshape the Middle East in Iran's favor, working as a power broker and as a military fo
assassinating rivals, arming allies, and, for most of a decade, directing a network of milita
groups that killed hundreds of Americans in Iraq. The U.S. Department of the Treasury ha
sanctioned Suleimani for his role in supporting the Assad regime, and for abetting
terrorism. And yet he has remained mostly invisible to the outside world, even as he runs
agents and directs operations. "Suleimani is the single most powerful operative in the
Middle East today," John Maguire, a former C.I.A. officer in Iraq, told me, "and no one's
ever heard of him."

When Suleimani appears in public—often to speak at veterans' events or to meet with
Khamenei—he carries himself inconspicuously and rarely raises his voice, exhibiting a tra
that Arabs call *khilib*, or understated charisma. "He is so short, but he has this presence,"
former senior Iraqi official told me. "There will be ten people in a room, and when Suleim
walks in he doesn't come and sit with you. He sits over there on the other side of room, by
himself, in a very quiet way. Doesn't speak, doesn't comment, just sits and listens. And so
course everyone is thinking only about him."

At the funeral, Suleimani was dressed in a black jacket and a black shirt with no tie, in the
Iranian style; his long, angular face and his arched eyebrows were twisted with pain. The
Quds Force had never lost such a high-ranking officer abroad. The day before the funeral,
Suleimani had travelled to Shateri's home to offer condolences to his family. He has a fier
attachment to martyred soldiers, and often visits their families; in a recent interview with
Iranian media, he said, "When I see the children of the martyrs, I want to smell their scen
and I lose myself." As the funeral continued, he and the other mourners bent forward to
pray, pressing their foreheads to the carpet. "One of the rarest people, who brought the
revolution and the whole world to you, is gone," Alireza Panahian, the imam, told the
mourners. Suleimani cradled his head in his palm and began to weep.

The early months of 2013, around the time of Shateri's death, marked a low point for the Iranian intervention in Syria. Assad was steadily losing ground to the rebels, who are dominated by Sunnis, Iran's rivals. If Assad fell, the Iranian regime would lose its link to Hezbollah, its forward base against Israel. In a speech, one Iranian cleric said, "If we lose Syria, we cannot keep Tehran."

---

VIDEO FROM THE NEW YORKER

The Traces of Nuclear Bombs

---

Although the Iranians were severely strained by American sanctions, imposed to stop the regime from developing a nuclear weapon, they were unstinting in their efforts to save Assad. Among other things, they extended a seven-billion-dollar loan to shore up the Syri economy. "I don't think the Iranians are calculating this in terms of dollars," a Middle Eastern security official told me. "They regard the loss of Assad as an existential threat." I Suleimani, saving Assad seemed a matter of pride, especially if it meant distinguishing himself from the Americans. "Suleimani told us the Iranians would do whatever was necessary," a former Iraqi leader told me. "He said, 'We're not like the Americans. We don abandon our friends.' "



ute
into
would
he rebe
Basij, t
2009.

In
leaders
ls, as w
any
usand

person
efense
post i
eads o

the Syrian military, a Hezbollah commander, and a coördinator of Iraqi Shiite militias, which Suleimani mobilized and brought to the fight. If Suleimani couldn't have the Basij, settled for the next best thing: gac Ge al Ho amedani, the Basij's former deputy commander. Hamedani, another comrade from the Iran-Iraq War, was experience in running the kind of irregular militias that the Iranians were assembling, in order to kee on fighting if Assad fell.

Late last year, Western officials began to notice a sharp increase in Iranian supply flights into the Damascus airport. Instead of a handful a week, planes were coming every day, carrying weapons and ammunition—"tons of it," the Middle Eastern security official told —along with officers from the Quds Force. According to American officials, the officers coördinated attacks, trained militias, and set up an elaborate system to monitor rebel communications. They also forced the various branches of Assad's security services—designed to spy on one another—to work together. The Middle Eastern security official sa

that the number of Quds Force operatives, along with the Iraqi Shiite militiamen they brought with them, reached into the thousands. "They're spread out across the entire country," he told me.

A turning point came in April, after rebels captured the Syrian town of Qusayr, near the Lebanese border. To retake the town, Suleimani called on Hassan Nasrallah, Hezbollah's leader, to send in more than two thousand fighters. It wasn't a difficult sell. Qusayr sits at the entrance to the Bekaa Valley, the main conduit for missiles and other matériel to Hezbollah; if it was closed, Hezbollah would find it difficult to survive. Suleimani and Nasrallah are old friends, having coöperated for years in Lebanon and in the many places around the world where Hezbollah operatives have performed terrorist missions at the Iranians' behest. According to Will Fulton, an Iran expert at the American Enterprise Institute, Hezbollah fighters encircled Qusayr, cutting off the roads, then moved in. Dozens of them were killed, as were at least eight Iranian officers. On June 5th, the town fell. "The whole operation was orchestrated by Suleimani," Maguire, who is still active in the region, said. "It was a great victory for him."

Despite all of Suleimani's rough work, his image among Iran's faithful is that of an irreproachable war hero—a decorated veteran of the Iran-Iraq War, in which he became a division commander while still in his twenties. In public, he is almost theatrically modest. During a recent appearance, he described himself as "the smallest soldier," and, according to the Iranian press, rebuffed members of the audience who tried to kiss his hand. His power comes mostly from his close relationship with Khamenei, who provides the guiding vision for Iranian society. The Supreme Leader, who usually reserves his highest praise for fallen soldiers, has referred to Suleimani as "a living martyr of the revolution." Suleimani is a hard-line supporter of Iran's authoritarian system. In July, 1999, at the height of student protests, he signed, with other Revolutionary Guard commanders, a letter warning the reformist President Mohammad Khatami that if he didn't put down the revolt the military would—perhaps deposing Khatami in the process. "Our patience has run out," the generals wrote. The police crushed the demonstrators, as they did again, a decade later.

Iran's government is intensely fractious, and there are many figures around Khamenei who help shape foreign policy, including Revolutionary Guard commanders, senior clerics, and Foreign Ministry officials. But Suleimani has been given a remarkably free hand in implementing Khamenei's vision. "He has ties to every corner of the system," Meir Dagan, the former head of Mossad, told me. "He is what I call politically clever. He has a relationship with everyone." Officials describe him as a believer in Islam and in the revolution; while many senior figures in the Revolutionary Guard have grown wealthy

through the Guard's control over key Iranian industries, Suleimani has been endowed wit
personal fortune by the Supreme Leader. "He's well taken care of," Maguire said.

Suleimani lives in Tehran, and appears to lead the home life of a bureaucrat in middle age
"He gets up at four every morning, and he's in bed by nine-thirty every night," the Iraqi
politician, who has known him for many years, told me, shaking his head in disbelief.
Suleimani has a bad prostate and recurring back pain. He's "respectful of his wife," the
Middle Eastern security official told me, sometimes taking her along on trips. He has thre
sons and two daughters, and is evidently a strict but loving father. He is said to be especia
worried about his daughter Nargis, who lives in Malaysia. "She is deviating from the ways
Islam," the Middle Eastern official said.

Maguire told me, "Suleimani is a far more polished guy than most. He can move in politic
circles, but he's also got the substance to be intimidating." Although he is widely read, his
aesthetic tastes appear to be strictly traditional. "I don't think he'd listen to classical musi
the Middle Eastern official told me. "The European thing—I don't think that's his vibe,
basically." Suleimani has little formal education, but, the former senior Iraqi official told n
"he is a very shrewd, frighteningly intelligent strategist." His tools include payoffs for
politicians across the Middle East, intimidation when it is needed, and murder as a last
resort. Over the years, the Quds Force has built an international network of assets, some o
them drawn from the Iranian diaspora, who can be called on to support missions. "They'r
everywhere," a second Middle Eastern security official said. In 2010, according to Wester
officials, the Quds Force and Hezbollah launched a new campaign against American and
Israeli targets—in apparent retaliation for the covert effort to slow down the Iranian nucle
program, which has included cyber attacks and assassinations of Iranian nuclear scientist



enemy both hated and admired: a Middle Eastern equivalent of Karla, the elusive Soviet master spig in John le Carré's novels, When I called Dagan, the former Mossad chief, and mentioned Suleimani's name, there was a long pause on the line. "Ah," he said, in a tone of weary irony, "a very good friend."

---

In March, 2009, on the eve of the Iranian New Year, Suleimani led a group of Iran-Iraq War veterans to the Paa-Alam Heights, a barren, rocky promontory on the Iraqi border. In 198_ Paa-Alam was the scene of one of the terrible battles over the Faw Peninsula, where tens of thousands of men died while hardly advancing a step. A video recording from the visit sho_ Suleimani standing on a mountaintop, recounting the battle to his old comrades. In a gen_ voice, he speaks over a soundtrack of music and prayers.

"This is the Dasht-e-Abbas Road," Suleimani says, pointing into the valley below. "This ar_ stood between us and the enemy." Later, Suleimani and the group stand on the banks of a creek, where he reads aloud the names of fallen Iranian soldiers, his voice trembling with emotion. During a break, he speaks with an interviewer, and describes the fighting in nea_ mystical terms. "The battlefield is mankind's lost paradise—the paradise in which moralit_ and human conduct are at their highest," he says. "One type of paradise that men imagine about streams, beautiful maidens, and lush landscape. But there is another kind of paradi_ —the battlefield."

Suleimani was born in Rabor, an impoverished mountain village in eastern Iran. When he was a boy, his father, like many other farmers, took out an agricultural loan from the government of the Shah. He owed nine hundred toman—about a hundred dollars at the ti —and couldn't pay it back. In a brief memoir, Suleimani wrote of leaving home with a you relative named Ahmad Suleimani, who was in a similar situation. "At night, we couldn't fa asleep with the sadness of thinking that government agents were coming to arrest our fathers," he wrote. Together, they travelled to Kerman, the nearest city, to try to clear thei family's debt. The place was unwelcoming. "We were only thirteen, and our bodies were s tiny, wherever we went, they wouldn't hire us," he wrote. "Until one day, when we were hired as laborers at a school construction site on Khajoo Street, which was where the city ended. They paid us two toman per day." After eight months, they had saved enough mon to bring home, but the winter snow was too deep. They were told to seek out a local driver named Pahlavan—"Champion"—who was a "strong man who could lift up a cow or a donk with his teeth." During the drive, whenever the car got stuck, "he would lift up the Jeep a put it aside!" In Suleimani's telling, Pahlavan is an ardent detractor of the Shah. He says of the two boys, "This is the time for them to rest and play, not work as a laborer in a strange city. I spit on the life they have made for us!" They arrived home, Suleimani writes, "just a the lights were coming on in the village homes. When the news travelled in our village, th was pandemonium."

As a young man, Suleimani gave few signs of greater ambition. According to Ali Alfoneh, Iran expert at the Foundation for Defense of Democracies, he had only a high-school education, and worked for Kerman's municipal water department. But it was a revolution time, and the country's gathering unrest was making itself felt. Away from work, Suleimar spent hours lifting weights in local gyms, which, like many in the Middle East, offered physical training and inspiration for the warrior spirit. During Ramadan, he attended sermons by a travelling preacher named Hojjat Kamyab—a protégé of Khamenei's—and it was there that he became inspired by the possibility of Islamic revolution.

In 1979, when Suleimani was twenty-two, the Shah fell to a popular uprising led by Ayatollah Ruhollah Khomeini in the name of Islam. Swept up in the fervor, Suleimani joi the Revolutionary Guard, a force established by Iran's new clerical leadership to prevent t military from mounting a coup. Though he received little training—perhaps only a forty-fi day course—he advanced rapidly. As a young guardsman, Suleimani was dispatched to northwestern Iran, where he helped crush an uprising by ethnic Kurds.

When the revolution was eighteen months old, Saddam Hussein sent the Iraqi Army sweeping across the border, hoping to take advantage of the internal chaos. Instead, the

invasion solidified Khomeini's leadership and unified the country in resistance, starting a brutal, entrenched war. Suleimani was sent to the front with a simple task, to supply water to the soldiers there, and he never left. "I entered the war on a fifteen-day mission, and ended up staying until the end," he has said. A photograph from that time shows the young Suleimani dressed in green fatigues, with no insignia of rank, his black eyes focussed on a far horizon. "We were all young and wanted to serve the revolution," he told an interviewer in 2005.

Suleimani earned a reputation for bravery and élan, especially as a result of reconnaissance missions he undertook behind Iraqi lines. He returned from several missions bearing a goat, which his soldiers slaughtered and grilled. "Even the Iraqis, our enemy, admired him for this," a former Revolutionary Guard officer who defected to the United States told me. On Iraqi radio, Suleimani became known as "the goat thief." In recognition of his effectiveness, Alfoneh said, he was put in charge of a brigade from Kerman, with men from the gyms where he lifted weights.

The Iranian Army was badly overmatched, and its commanders resorted to crude and costly tactics. In "human wave" assaults, they sent thousands of young men directly into the Iraqi lines, often to clear minefields, and soldiers died at a precipitous rate. Suleimani seemed distressed by the loss of life. Before sending his men into battle, he would embrace each one and bid him goodbye; in speeches, he praised martyred soldiers and begged their forgiveness for not being martyred himself. When Suleimani's superiors announced plans to attack the Faw Peninsula, he dismissed them as wasteful and foolhardy. The former Revolutionary Guard officer recalled seeing Suleimani in 1985, after a battle in which his brigade had suffered many dead and wounded. He was sitting alone in a corner of a tent. "He was very silent, thinking about the people he'd lost," the officer said.

---



*"I wanted to be there for you growing up, I really did. But I got a really, really great offer from the San Francisco office, you understand."*

especially religious. The answer was "Not really," Crocker told me. "He attends mosque periodically. Religion doesn't drive him. Nationalism drives him, and the love of the fight.

Iran's leaders took two lessons from the Iran-Iraq War. The first was that Iran was surrounded by enemies, near and far. To the regime, the invasion was not so much an Iraqi plot as a Western one. American officials were aware of Saddam's preparations to invade Iran in 1980, and they later provided him with targeting information used in chemical-weapons attacks; the weapons themselves were built with the help of Western European firms. The memory of these attacks is an especially bitter one. "Do you know how many people are still suffering from the effects of chemical weapons?" Mehdi Khalaji, a fellow a the Washington Institute for Near East Policy, said. "Thousands of former soldiers. They believe these were Western weapons given to Saddam." In 1987, during a battle with the Iraqi Army, a division under Suleimani's command was attacked by artillery shells containing chemical weapons. More than a hundred of his men suffered the effects.

The other lesson drawn from the Iran-Iraq War was the futility of fighting a head-to-head confrontation. In 1982, after the Iranians expelled the Iraqi forces, Khomeini ordered his men to keep going, to "liberate" Iraq and push on to Jerusalem. Six years and hundreds o thousands of lives later, he agreed to a ceasefire. According to Alfoneh, many of the gener of Suleimani's generation believe they could have succeeded had the clerics not flinched. "Many of them feel like they were stabbed in the back," he said. "They have nurtured this myth for nearly thirty years." But Iran's leaders did not want another bloodbath. Instead,

they had to build the capacity to wage asymmetrical warfare—attacking stronger powers indirectly, outside of Iran.

The Quds Force was an ideal tool. Khomeini had created the prototype for the force in 197 with the goal of protecting Iran and exporting the Islamic Revolution. The first big opportunity came in Lebanon, where Revolutionary Guard officers were dispatched in 198 to help organize Shiite militias in the many-sided Lebanese civil war. Those efforts resulte in the creation of Hezbollah, which developed under Iranian guidance. Hezbollah's milita commander, the brilliant and murderous Imad Mughniyeh, helped form what became known as the Special Security Apparatus, a wing of Hezbollah that works closely with the Quds Force. With assistance from Iran, Hezbollah helped orchestrate attacks on the American Embassy and on French and American military barracks. "In the early days, wh Hezbollah was totally dependent on Iranian help, Mughniyeh and others were basically willing Iranian assets," David Crist, a historian for the U.S. military and the author of "Th Twilight War," says.

For all of the Iranian regime's aggressiveness, some of its religious zeal seemed to burn ou In 1989, Khomeini stopped urging Iranians to spread the revolution, and called instead fc expediency to preserve its gains. Persian self-interest was the order of the day, even if it w indistinguishable from revolutionary fervor. In those years, Suleimani worked along Irani eastern frontier, aiding Afghan rebels who were holding out against the Taliban. The Iran regime regarded the Taliban with intense hostility, in large part because of their persecuti of Afghanistan's minority Shiite population. (At one point, the two countries nearly went war; Iran mobilized a quarter of a million troops, and its leaders denounced the Taliban a an affront to Islam.) In an area that breeds corruption, Suleimani made a name for himse battling opium smugglers along the Afghan border.

In 1998, Suleimani was named the head of the Quds Force, taking over an agency that hac already built a lethal résumé: American and Argentine officials believe that the Iranian regime helped Hezbollah orchestrate the bombing of the Israeli Embassy in Buenos Aires 1992, which killed twenty-nine people, and the attack on the Jewish center in the same cit two years later, which killed eighty-five. Suleimani has built the Quds Force into an organization with extraordinary reach, with branches focussed on intelligence, finance, politics, sabotage, and special operations. With a base in the former U.S. Embassy compound in Tehran, the force has between ten thousand and twenty thousand members divided between combatants and those who train and oversee foreign assets. Its members are picked for their skill and their allegiance to the doctrine of the Islamic Revolution (as well as, in some cases, their family connections). According to the Israeli newspaper *Israe*

*Hayom*, fighters are recruited throughout the region, trained in Shiraz and Tehran, indoctrinated at the Jerusalem Operation College, in Qom, and then "sent on months-lon missions to Afghanistan and Iraq to gain experience in field operational work. They usual travel under the guise of Iranian construction workers."

After taking command, Suleimani strengthened relationships in Lebanon, with Mughniye and with Hassan Nasrallah, Hezbollah's chief. By then, the Israeli military had occupied southern Lebanon for sixteen years, and Hezbollah was eager to take control of the count so Suleimani sent in Quds Force operatives to help. "They had a huge presence—training, advising, planning," Crocker said. In 2000, the Israelis withdrew, exhausted by relentless Hezbollah attacks. It was a signal victory for the Shiites, and, Crocker said, "another example of how countries like Syria and Iran can play a long game, knowing that we can't

Since then, the regime has given aid to a variety of militant Islamist groups opposed to America's allies in the region, such as Saudi Arabia and Bahrain. The help has gone not or to Shiites but also to Sunni groups like Hamas—helping to form an archipelago of alliance that stretches from Baghdad to Beirut. "No one in Tehran started out with a master plan t build the Axis of Resistance, but opportunities presented themselves," a Western diploma in Baghdad told me. "In each case, Suleimani was smarter, faster, and better resourced th anyone else in the region. By grasping at opportunities as they came, he built the thing, slowly but surely."



"Can you forget about that damn moon for two seconds and lend me a hand with the harmony?"

The cooperation between the two countries lasted through the initial phase of the war. At one point, the lead negotiator handed Crocker a map detailing the disposition of Taliban forces. "Here's our advice: hit them here first, and then hit them over here. And here's the logic." Stunned, Crocker asked [...]an [...]ke [...]es?" [...] otiator replied, "You can keep the map." The flow of information went both ways. On one occasion, Crocker said, he gave his counterparts the location of an Al Qaeda facilitator living in the eastern city of Mashha[...] The Iranians detained him and brought him to Afghanistan's new leaders, who, Crocker believes, turned him over to the U.S. The negotiator told Crocker, "Haji Qassem is very pleased with our coöperation."

The good will didn't last. In January, 2002, Crocker, who was by then the deputy chief of [...] American Embassy in Kabul, was awakened one night by aides, who told him that Preside[...] George W. Bush, in his State of the Union Address, had named Iran as part of an "Axis of Evil." Like many senior diplomats, Crocker was caught off guard. He saw the negotiator th[...] next day at the U.N. compound in Kabul, and he was furious. "You completely damaged m[...] Crocker recalled him saying. "Suleimani is in a tearing rage. He feels compromised." The negotiator told Crocker that, at great political risk, Suleimani had been contemplating a

complete reëvaluation of the United States, saying, "Maybe it's time to rethink our relationship with the Americans." The Axis of Evil speech brought the meetings to an end Reformers inside the government, who had advocated a rapprochement with the United States, were put on the defensive. Recalling that time, Crocker shook his head. "We were j that close," he said. "One word in one speech changed history."

Before the meetings fell apart, Crocker talked with the lead negotiator about the possibilit of war in Iraq. "Look," Crocker said, "I don't know what's going to happen, but I do have some responsibility for Iraq—it's my portfolio—and I can read the signs, and I think we're going to go in." He saw an enormous opportunity. The Iranians despised Saddam, and Crocker figured that they would be willing to work with the U.S. "I was not a fan of the invasion," he told me. "But I was thinking, If we're going to do it, let's see if we can flip an enemy into a friend—at least tactically for this, and then let's see where we can take it." Th negotiator indicated that the Iranians were willing to talk, and that Iraq, like Afghanistan was part of Suleimani's brief: "It's one guy running both shows."

After the invasion began, in March, 2003, Iranian officials were frantic to let the America know that they wanted peace. Many of them watched the regimes topple in Afghanistan a Iraq and were convinced that they were next. "They were scared shitless," Maguire, the former C.I.A. officer in Baghdad, told me. "They were sending runners across the border t our élite elements saying, 'Look, we don't want any trouble with you.' We had an enormou upper hand." That same year, American officials determined that Iran had reconfigured it plans to develop a nuclear weapon to proceed more slowly and covertly, lest it invite a Western attack.

After Saddam's regime collapsed, Crocker was dispatched to Baghdad to organize a fledgl government, called the Iraqi Governing Council. He realized that many Iraqi politicians were flying to Tehran for consultations, and he jumped at the chance to negotiate indirect with Suleimani. In the course of the summer, Crocker passed him the names of prospectiv Shiite candidates, and the two men vetted each one. Crocker did not offer veto power, but abandoned candidates whom Suleimani found especially objectionable. "The formation o the governing council was in its essence a negotiation between Tehran and Washington," said.

That exchange was the high point of Iranian-American coöperation. "After we formed the governing council, everything collapsed," Crocker said. As the American occupation falter Suleimani began an aggressive campaign of sabotage. Many Americans and Iraqis I

interviewed thought that the change of strategy was the result of opportunism: the Iranians became aggressive when the fear of an American invasion began to recede.

For years, Suleimani had sent operatives into Iraq to cultivate Shiite militias, so, when Saddam fell, he already had a fighting force in place: the Badr Brigade, the armed wing of Shiite political party called the Supreme Council for the Islamic Revolution in Iraq. The Party's leaders so thoroughly identified with the Iranian revolution that Badr's militiamen had fought alongside Iranian forces in the Iran-Iraq War.

The Badr Brigade spent much of its time carrying out revenge killings against Baathists, a largely held its fire against the Americans. But another Iranian-backed militia—the Mahd Army, headed by the populist cleric Moqtada al-Sadr—began confronting the Americans early. In August, 2004, after the Americans launched a particularly bloody counteroffensi I walked through a makeshift graveyard in the holy city of Najaf, south of Baghdad, and found dozens of shallow graves, each marked by a tiny glass jar containing a slip of paper with the fallen fighter's name and address. Many of them were marked "Tehran."

Suleimani found Sadr unpredictable and difficult to manage, so the Quds Force began to organize other militias that were willing to attack the Americans. Its operatives trained fighters in Iran, sometimes helped by their comrades in Hezbollah. Suleimani's control ov some of the Iraqi militias at times appeared to be total. At one point, a senior Iraqi official on a trip to Washington, publicly blamed the Supreme Leader for escalating the violence i Iraq. Soon after returning to Baghdad, he told me, he received messages from the leaders two Iraqi Shiite militias. Both posed the same question: Do you want to die?



THEN, ON THE EIGHTH DAY, GOD GETS CREATOR'S BLOCK.

to the Middle East," the Western diplomat in Baghdad told me. "Suleimani wanted to bleed the Americans, so he invited in the jihadis, and things got out of control."

Still, Iran's policy toward the Americans in Iraq was not entirely hostile—both countries, after all, were trying to empower Iraq's Shiite majority—and so Suleimani alternated between bargaining with the Americans and killing them. Throughout the war, he summoned Iraqi leaders to Tehran to broker deals, usually intended to maximize Shiite power. At least once, he even travelled into the heart of American power in Baghdad. "Suleimani came into the Green Zone to meet the Iraqis," the Iraqi politician told me. "I think the Americans wanted to arrest him, but they figured they couldn't."

As both sides sought an advantage, the shifting allegiances led to uncomfortable, sometimes bizarre encounters. The leaders of the two main Kurdish parties, Massoud Barzani and Jalal Talabani, met regularly with both Suleimani and the Americans. While the Kurds' relationship with the U.S. was usually warm, their ties to Iranian leaders like Suleimani were

deeper and more complex; the Iranian regime had sheltered Iraq's Kurds during their war with Saddam. But it was never an equal relationship. Kurdish leaders say that Suleimani's objective has always been to keep Iraq's political parties divided and unstable, insuring that the country stayed weak: the Iran-Iraq War was never far from his mind. "It is very difficult for us to say no to Suleimani," a senior Kurdish official told me. "When we say no, he makes trouble for us. Bombings. Shootings. The Iranians are our neighbors. They've always been there, and they always will be. We have to deal with them."

A senior intelligence officer in Baghdad recalled visiting Talabani at his house during a trip to northern Iraq. When he walked in, Qassem Suleimani was sitting there, wearing a black shirt and black jacket. The two men looked each other up and down. "He knew who I was, I knew who he was. We shook hands, didn't say anything," the officer said. "I've never seen Talabani so deferential to anyone. He was terrified."

In the years after the invasion, General McChrystal concentrated on defeating Sunni insurgents, and, like other American commanders in Iraq, he largely refrained from pursuing Quds Force agents. Provoking Iran would only exacerbate the conflict, and, in any case, many of the agents operated under the protection of diplomatic cover. But, as the war dragged on, the Iranian-backed militias loomed ever larger. In late 2006, McChrystal told me, he formed a task force to kill and capture Iranian-backed insurgents, as well as Quds Force operatives.

That December, American commandos raided the compound of Abdul Aziz al-Hakim, a powerful Shiite politician, and found General Mohsen Chizari, the head of operations for Quds Force. According to "The Endgame," by Michael Gordon and Bernard Trainor, the commandos detained Chizari, sending shock waves through Baghdad. "Everybody was stunned," a former senior military commander told me. "All the Iranians were stunned. We had broken the unwritten law." Nuri al-Maliki, the Iraqi Prime Minister, demanded that the Americans turn over Chizari. When they did—reluctantly—Maliki released him. After the incident, the American Ambassador told Maliki that the next time they caught an Iranian operative they were going to keep him.

A month later, McChrystal received reports that General Mohammed Ali Jafari, the head of Iran's Revolutionary Guard, might be in a convoy heading toward the Iraqi border. According to other intelligence sources, Suleimani was riding with him. A group of Kurdish fighters were waiting to welcome them when they crossed over. McChrystal decided to allow the Iranians to cross the border. "We didn't want to get into a gunfight with the Kurds," he said.

McChrystal's men tracked the convoy as it drove a hundred miles into Iraq, to the Kurdish city of Erbil, and stopped at a nondescript building, which had a small sign that read "Consulate." No one knew that such a consulate existed, but the fact that it did meant that the men inside were operating under diplomatic cover. The Americans moved in anyway, and took five Iranians into custody. All were carrying diplomatic passports, and all, according to McChrystal, were Quds Force members. Neither Suleimani nor Jafari was there; they had evidently broken off from the convoy at the last minute and taken refuge in safe house controlled by the Kurdish leader Massoud Barzani. "Suleimani was lucky," Dagan, the former Mossad chief, told me, referring to the raid. "It's important to be lucky."

Nine days later, five new black S.U.V.s pulled up to the gates of the Karbala Provincial Center, in southern Iraq. The men inside spoke English, wore American-style uniforms, and flashed I.D.s, and so they were allowed through the gates. In the compound, they jumped out of their vehicles and ran directly to a building where American soldiers were working. They killed one and captured four, ignoring everyone else. In a few hours, the four captives were dead, shot at close range.



*"Where the hell did that come from?"*

American officers concluded that the assault had been a retaliation. One of the men seized in the alleged consulate was a man named Mohammed Jafari. The Americans decided to take him to a prison. He was unable to speak, and the Americans nicknamed him Hamid the Mute. But after a time, they said, he started talking, and told them that the operation had been ordered by Iranian

officials. For the first time, American commanders pointed to Suleimani. At a press conference, Brigadier General Kevin Bergner said, "The Quds Force knew of and supported planning for the eventual Karbala attack that killed five coalition soldiers."

As the covert war with Iran intensified, American officials considered crossing into Iran to attack training camps and bomb factories. "Some of us wanted very badly to hit them," a senior American officer who was in Iraq at the time told me. Those debates lasted well into 2011, until the last American soldiers left the country. Each time, the Americans decided against crossing the border, figuring that it would be too easy for the Iranians to escalate the fighting.

Around the same time, Suleimani struck up a correspondence with senior American officials, sending messages through intermediaries—sometimes seeking to reassure the Americans, sometimes to extract something. One of the first came in early 2008, when the Iraqi President, Jalal Talabani, handed a cell phone with a text message to General David Petraeus, who had taken over the year before as the commander of American forces. "Dear General Petraeus," the text read, "you should know that I, Qassem Suleimani, control the policy for Iran with respect to Iraq, Lebanon, Gaza and Afghanistan. And indeed, the ambassador in Baghdad is a Quds Force member. The individual who's going to replace him is a Quds Force member." After the five American soldiers were killed in Karbala, Suleimani sent a message to the American Ambassador. "I swear on the grave of Khomeini I haven't authorized a bullet against the U.S.," Suleimani said. None of the Americans believed him.

In a report to the White House, Petraeus wrote that Suleimani was "truly evil." Yet at times the two men were all but negotiating. According to diplomatic cables revealed by WikiLeaks, Petraeus sent messages through Iraqi officials to Suleimani, asking him to call off rocket attacks on the American Embassy and on U.S. bases. In 2008, the Americans and the Iraqi Army were pressing an offensive against the Mahdi Army—Moqtada al-Sadr's Shiite militia —and, in retribution, the militia was bombarding the Green Zone regularly. Suleimani, who sensed a political opening, sent Petraeus a message lamenting the situation and saying that he had assigned men to apprehend the attackers. Petraeus replied, "I was born on a Sunday, but it wasn't last Sunday." Eventually, Suleimani brokered a ceasefire between Sadr and the government.

At times, Suleimani seemed to take pleasure in taunting his American counterparts, and stories of his exploits spread. In the summer of 2006, during the thirty-four-day war between Israel and Hezbollah in Lebanon, the violence in Baghdad appeared to ebb. When the fighting ended, the Iraqi politician told me, Suleimani supposedly sent a message to the

American command. "I hope you have been enjoying the peace and quiet in Baghdad," it read. "I've been busy in Beirut!"

In a speech in 1990, Khamenei said that the mission of the Quds Force is to "establish popular Hezbollah cells all over the world." Although that goal has not been met, Hezbollah has become the most influential force in Lebanon—a military power and a political party that nearly supersedes the state. Some experts on the region believe that it has grown less dependent on Iran as it has matured. But, at a dinner in Beirut last year, Walid Joumblatt, Lebanese politician, complained that Hezbollah's leaders were still in thrall to Tehran. "You have to sit and talk with them, but what do you say?" he said to me. "They don't decide. It's Khamenei and Qassem Suleimani who decide."

Hezbollah's leader, Hassan Nasrallah, has endorsed the concept of Velayat-e Faqih, which recognizes Iran's Supreme Leader as the ultimate authority, and he has acknowledged the presence of Quds Force operatives in Lebanon. From 2000 to 2006, Iran contributed a hundred million dollars a year to Hezbollah. Its fighters are attractive proxies: unlike the Iranians, they speak Arabic, making them better equipped to operate in Syria and elsewhere in the Arab world. Working with the Iranians, they have either launched or prepared to launch attacks in Cyprus, Azerbaijan, and Turkey.

They don't always act together. After a Hezbollah operative attacked a tour bus filled with Israelis in Bulgaria, last July, American authorities learned that Suleimani had asked his subordinates, "Does anyone know about this?" No one did. "Hezbollah acted on its own in that one," an American defense official told me. Nonetheless, the Quds Force appears to have been involved in a number of the most significant moments in Lebanon's recent history. In 2006, Nasrallah ordered a group of his fighters to kidnap Israeli soldiers—an operation that the Middle Eastern security official told me was carried out with Suleimani's help. A brief but fierce war ensued, in which the Israel Defense Forces destroyed much of Lebanon. "I don't think Suleimani expected that reaction," the official said.

The question of Iranian influence in Lebanon resurfaced in 2011, when the United Nations-backed Special Tribunal for Lebanon charged four senior members of Hezbollah with assassinating the former Lebanese Prime Minister, Rafik Hariri, in 2005. Hariri, a Sunni, had been trying to take Lebanon out of the Iranian-Syrian orbit. On Valentine's Day, he was killed by a suicide truck bomb whose payload weighed more than five thousand pounds.

Prosecutors identified the alleged Hezbollah assassins by means of "co-location analysis"—matching disposable cell phones used at the time of the murder with other phones that

belonged to the suspects. They refrained from indicting Syrian officials, but, they said, they had convincing evidence that Assad's government was involved in Hariri's killing. A senior investigator for the Special Tribunal told me that there was also reason to suspect the Iranians: "Our theory of the case was that Hezbollah pulled the trigger, but could not and would not have done so without the blessing and logistical support from both Syria and Iran." One of the phones believed to have been used by the killers had made at least a dozen calls to Iran before and after the assassination. But investigators told me that they didn't know who in Iran was called, and that they couldn't persuade Western intelligence agencies to help them. As it turned out, the agencies knew quite a bit. The senior intelligence officer told me that Iranian operatives were overheard talking minutes before the assassination. "There were Iranians on the phones directing the attack," he said. Robert Baer, a former senior C.I.A. official, told me, "If indeed Iran was involved, Suleimani was undoubtedly at the center of this."

Meanwhile, the four Hezbollah suspects in the killing have disappeared. One of them, Mustafa Badreddine—Imad Mughniyeh's brother-in-law and a longtime Hezbollah bomb maker—was spotted in Syria by the rebels, who say that he is fighting for Assad.

On December 22, 2010, James Jeffrey, the American Ambassador to Iraq, and General Lloyd Austin, the top American commander there, issued a note of congratulations to the Iraqi people on the formation of a new government, led by Prime Minister Nuri al-Maliki. The country had been without a government for nine months, after parliamentary elections ended in an impasse. The composition of the government was critical; at the time of the



Suleimani had pushed them out of the country but were too embarrassed to admit it in public. "We were laughing at the Americans," the former Iraqi leader told me, growing angry as he recalled the situation. "F**k it! F**k it!" he said. "Suleimani completely outmaneuvered them, and in public they were congratulating themselves for putting the government together."

The deal was a heavy blow to Ayad Allawi, a pro-American secular politician whose party had won the most parliamentary seats in the elections, but who failed to put together a majority coalition. In an interview in Jordan, he said that with U.S. backing he could have built a majority. Instead, the Americans pushed him aside in favor of Maliki. He told me that Vice-President Joe Biden called to tell him to abandon his bid for Prime Minister, saying, "You can't form a government."

Allawi said he suspected that the Americans weren't willing to deal with the trouble the Iranians would have made if he had become Prime Minister. They wanted to stay in Iraq, he said, but only if the effort involved was minimal. "I needed American support," he said. "I

they wanted to leave, and they handed the country to the Iranians. Iraq is a failed state no an Iranian colony."

According to American and Iraqi former officials, Suleimani exerts leverage over Iraqi politics by paying officials, by subsidizing newspapers and television stations, and, when necessary, by intimidation. Few are immune to his enticements. "I have yet to see one Shi political party not taking money from Qassem Suleimani," the former senior Iraqi official told me. "He's the most powerful man in Iraq, without question."

Even Maliki often feels like a prisoner of the Iranians. Exiled by Saddam, Maliki lived for short time in Iran, but then moved to Syria—in part to escape Iranian influence, Iraqis wh know him say. Crocker said that Maliki once told him, "You can't know what arrogance is until you are an Iraqi Arab forced to take refuge with the Iranians." The Iraqi politician, w is close to both men, told me that Maliki resents Suleimani, and that the feeling is mutual "Maliki says Suleimani doesn't listen," he told me. "Suleimani says Maliki just lies."

Still, Maliki may be amply repaying Suleimani for his efforts to make him Prime Minister According to the former senior intelligence officer, Maliki's government is presiding over number of schemes, amounting to hundreds of millions of dollars a year, to help the Irani regime outwit Western economic sanctions. A prominent Iraqi businessman told me that Iranian-backed agents regularly use the Iraqi banking system to undertake fraudulent transactions that allow them to sell Iraqi currency at a huge profit. "If the banks refuse, th are shut down by the government," he said.

The other main source of revenue for the Iranians is oil, officials say: Maliki's governmen sets aside the equivalent of two hundred thousand barrels of oil a day—about twenty milli dollars' worth, at current prices—and sends the money to Suleimani. In this way, the Qud Force has made itself immune to the economic pressures of Western sanctions. "It's a self funding covert-action program," the former senior intelligence officer said. "Suleimani doesn't even need the Iranian budget to fund his operations."

Last December, when Assad's regime appeared close to collapse, American officials spotte Syrian technicians preparing bombs carrying the nerve agent sarin to be loaded onto aircraft. All indications were that they were plotting an enormous chemical attack. Franti the Americans called leaders in Russia, who called their counterparts in Tehran. Accordin to the American defense official, Suleimani appeared to be instrumental in persuading Assad to refrain from using the weapons.

The Shadow Commander | The New Yorker

Suleimani's sentiments about the ethics of chemical weapons are unknown. During the Iran-Iraq War, thousands of Iranian soldiers suffered from chemical attacks, and the survivors still speak publicly of the trauma. But some American officials believe that his efforts to restrain Assad had a more pragmatic inspiration: the fear of provoking American military intervention. "Both the Russians and the Iranians have said to Assad, 'We can't support you in the court of world opinion if you use this stuff,' " a former senior American military official said.

The regime is believed to have used chemical weapons at least fourteen times since last year. Yet even after the enormous sarin attack on August 21st, which killed fourteen hundred civilians, Suleimani's support for Syria has been unbending. To save Assad, Suleimani has called on every asset he built since taking over the Quds Force: Hezbollah fighters, Shiite militiamen from around the Arab world, and all the money and matériel he could squeeze out of his own besieged government. In Baghdad, a young Iraqi Shiite who called himself Abu Hassan told me that he was recruited to fight by a group of Iraqi men. He took a bus to the Iranian city of Mashhad, where he and three dozen other Iraqis received two weeks of instruction from Iranian trainers. The men travelled to the Shiite shrine of Sayyidah Zaynab near Damascus, where they spent three months fighting for the Assad government, along with soldiers from Hezbollah and snipers from Iran. "We lost a lot of people," Abu Hassan told me.



happy to wage. "He has every reason to believe that Iran is the rising power in the region,"
Mattis told me. "We've never dealt him a body blow."

In June, a new, moderate President, Hassan Rouhani, was elected in Iran, promising to end
the sanctions, which have exhausted the country and demolished its middle class. Hopes
have risen in the West that Khamenei might allow Rouhani to strike a deal. Although
Rouhani is a moderate only by Iranian standards—he is a Shiite cleric and a longtime
adherent of the revolution—his new administration has made a series of good-will gestures,
including the release of eleven political prisoners and an exchange of letters with President
Obama. Rouhani is in New York this week to speak at the United Nations and, possibly, to
meet with Obama. The talks will surely center on the potential for Iran to restrain its nuclear
program, in exchange for relaxed sanctions.

Many in the West are hoping that Iran will also help find an end to the grinding war in Syria.
Assad's deputy prime minister recently offered the possibility of a cease-fire, saying, "Let
nobody have any fear that the regime in its present form will continue." But he did not say
that Assad would step down, which the rebels have said is a necessary condition of
negotiations. There have been hints from powerful Iranians that Assad isn't worth holding
on to. In a recent speech, the former President Hashemi Rafsanjani said, "The people have

been the target of chemical attacks by their own government." (After a leaked recording of the speech caused a stir in Iran, Rafsanjani denied the remarks.) But a less sympathetic regime in Syria would split the Axis of Resistance, and radically complicate Iran's partnership with Hezbollah. In any case, the Iranian regime may be too fragmented to come to a consensus. "Anytime you see a statement coming out of the government, just remember there's a rat's nest of people fighting underneath the surface," Kevan Harris, a sociologist at Princeton who has studied Iran extensively, told me. As Rouhani tries to engage the West, he will have to contend with the hard-liners, including Suleimani and his comrades, who for more than a decade have defined their foreign policy as a covert war on the U.S. and Israel. "They don't trust the other side," Harris said. "They feel that any concession they make will be seen by the West as a sign of weakness."

For Suleimani, giving up Assad would mean abandoning the project of expansion that has occupied him for fifteen years. In a recent speech before the Assembly of Experts—the clerics who choose the Supreme Leader—he spoke about Syria in fiercely determined language. "We do not pay attention to the propaganda of the enemy, because Syria is the front line of the resistance and this reality is undeniable," he said. "We have a duty to defend Muslims because they are under pressure and oppression." Suleimani was fighting the same war, against the same foes, that he'd been fighting his entire life; for him, it seemed, the compromises of statecraft could not compare with the paradise of the battlefield. "We will support Syria to the end," he said. ♦

# Sadeq Ardeshir Larijani

Sadeq Ardeshir Larijani (born 12 March 1961), more known as Amoli Larijani, is an Iranian cleric, politician and the current and fifth head of the judicial system of Iran after the 1979 revolution.

**Early life and education**

He was born in 1339 solar in Najaf.His father, namely Mirza Hashem Amoli, was an eminent Mujtahid of his time. He became familiar with religious sciences when he was a child. At the same time he learned modern sciences. He began his primary school in 1345 solar and finished the high school in 1356 solar. Exactly in that Time he interred to seminary. When he was a student in high school he could learn all books in mathematics and more. He could finish his studied in seminary in 1368 solar and in that time began to teach in seminary and university. He became also the member of scientific staffs of Qom University and taught many courses in theology and comparative philosophy. Larijani is the son of Ayatollah Mirza Hashem Amoli. His father was an ayatollah that worked in Najaf after being exiled by Mohammad Reza Shah. They moved to Iran after the Iranian Revolution in 1979. Larijani is also a brother of Ali Larijani (Speaker of the Majlis), Mohammad Javad Larijani, Bagher Larijani (Chancellor of Tehran University of Medical Sciences), and Fazel Larijani (Iran's former cultural attachée in Ottawa).



*Sadeq Ardeshir Larijani*

**Career**

Larijani served as one of the 12 members of the Guardian Council of the Islamic Republic of Iran for eight years. Described as "relatively junior" or "inexperienced cleric" with "close ties to Iran's military and intelligence agencies", he was appointed head of the judicial system of Iran by supreme leader Ali Khamenei on 15 August 2009.

According to leading Iranian human rights defense lawyer Mohammad Seifzadeh, the head of the Judicial System of Iran is required to be a Mojtahed with significant experience in the field. Larijani, however, was neither an experienced jurist nor a

highly ranked cleric and carried the title of "Hojjat-ol Eslam" up to a few months before his appointment to the post.

**Activities**

Shortly after his appointment, Larijani appointed Saeed Mortazavi to the post of deputy prosecutor general of Iran. Mortazavi was prosecutor general of Tehran for more than seven years during which he was involved in murdering and torturing a number of Iranian civilians and activists. One of the high-profile deaths attributed to Mortazavi is that of Canadian-Iranian photojournalist Zahra Kazemi. On 7 September 2009, Iranian police with permission from judiciary system and Tehran General Court entered the office for support of political prisoners and seized all the documents, computers among others. The police refused to give a receipt of the items. The office was organized by Mehdi Karroubi and Mir Hossein Mousavi for supporting the victims of torture in Iranian prisons. On 8 September 2009, Iranian Judiciary, unexpectedly closed and sealed the office of National Confidence Party and arrested Morteza Alviri and Alireza Beheshti and several of the closest allies of opposition leaders Mehdi Karroubi and Mir Hossein Mousavi. That same month, the authorities from the Judiciary System began targeting the children of leaders of the opposition groups. For instance, Atefeh Emam, the daughter of jailed activist Javad Emam, the Chief of Staff of Mousavi's campaign, was arrested on 9 September 2009, held in a secret facility and tortured to pressure her to make a "confession" implicating her father. The Judiciary released her after twenty-four hours in the South of Tehran in an inappropriate condition.

**Public image**

According to a poll conducted in March 2016 by Information and Public Opinion Solutions LLC (iPOS) among Iranian citizens, Larijani has 37% approval and 29% disapproval ratings and thus a +8% net popularity; while 23% of responders don't know him.

# Sadeq Larijani, Iran's Chief of Justice in the service of the Supreme Leader

Since August 2009, Sadeq Ardeshir Larijani has served as the head of the Iranian judicial system as the chief of justice, appointed by the Supreme Leader Ali Khamenei. He is one of five brothers within the Larijani family, also called "Iran's Kennedys," as they all hold prestigious positions throughout various Iranian government agencies and are, both politically and through marriage, closely linked to Khamenei and his inner circle. A devout philosophers and conservative cleric Sadeq Larijani taught himself English after perfecting Quranic Arabic in order to better understand and combat what he calls "the Western cultural invasion." His wife is the daughter of Grand Ayatollah Hossein Vahid Khorasani, one of his former teachers and one of the most widely followed religious leaders, whose rulings are regarded as binding by devout Shiites, which in turn puts Larijani and his family in high esteem among Iran's religious inner circles.



Sadeq Ardeshir Larijani. Photo Wikipedia

Sadeq Larijani, born in 1960 in Najaf, is the son of Grand Ayatollah Hashem Amoli. Considered an intellectual, he studied theology and comparative philosophy at Qom Seminary, where he later taught as the head lecturer for commanders of the Islamic Revolutionary Guard Corp. He first gained attention in 1988 in a series of publications criticising both renowned Islamic intellectuals such as Abdolkarim Soroush and former President Muhammed Khatami, as well as publishing translations and criticisms of English philosophers and, according to his personal biography, dedicating his efforts toward fighting Western "cultural invasion" and to furthering the goals of the Islamic Republic.

In 1988, Larijani was elected to the Third Assembly of Experts. In 2001, he was appointed to the Council of Guardians as its youngest member. During his time in the Guardian Council, where he was responsible for approving laws related to supervisory elections, Larijani avoided public appearances and interviews. His appointment in 2009 by the supreme leader as the head of the judiciary in the months following the Green Movement protests was a surprise because Larijani lacked experience in Islamic law required for the post. But his appointment was a means by which Khamenei could exert control over Larijani and therefore the judicial system as a whole. The move did not help the continuing perception that the judicial system lacked credibility and impartiality. His 2009 appointment came after the initial government backlash against the Green Movement protesters, and Larijani oversaw the majority of prosecutions that resulted in harsh punishment.

Shortly after entering his post, Larijani appointed Saeed Mortazavi as deputy prosecutor general, who was later linked to the torture and deaths of anti-government protesters and journalists, which earned him the nickname, "The Butcher of the Press." In 2010, Mortazavi was found responsible by the Iranian Parliament for dozens of human rights abuses and three death in the Kahrizak Detention Center. In November 2016, he was sentenced to 135 lashes for financial corruption.

Subsequently, the European Union sanctioned Sadeq Larijani for human rights abuses, holding him responsible as the head of the judiciary for approving harsh punishments for prisoners. This included implementing capital punishment, including for juveniles, as well as corporal punishments, which is allowed under Iranian law. The international condemnation, however, has not led to Larijani's removal, and his time in office has paved the way for the security forces to continue their arbitrary arrests and persecution of lawyers, political figures, activists and dual-nationals at the highest rate since the 1979 Islamic Revolution.

Furthermore, Larijani's actions in office have illustrated the extent of the supreme leader's dominance over all aspects of Iranian politics, including punishing and hindering various political parties. Examples include the unprecedented closure of the National Confidence Party, and the arrest of outspoken politicians and their family members. As the head of the judiciary, Larijani continuously hindered former President Mahmoud Ahmadinejad's power when the president fell out of favour with the supreme leader. This included the apprehension of Ahmadinejad's former press advisor, Ali Akhbar Javanfekr, and denying the former president's right to pardon or to access political prisons where individuals who both supported and opposed Ahmadinejad were being held. Larijani has similarly undermined the pragmatic and more internationally open administration of President Hassan Rouhani by opposing the lifting of a

legal ban on social media, more liberal interpretation of laws regarding female modesty and a more open media.

To date, the judiciary under Larijani's leadership has been found to be fraught with widespread corruption, which the supreme leader has acknowledged, resulting in the dismissals of judges and lawyers, and which marks the continued battle for power between the various political branches and alliances. Furthermore, the 77-year old Khamenei's deteriorating health has raised questions about who will be selected as Iran's next leader. Sadeq Larijani, with his powerful ties and position, has many times been mentioned as a possible contender.

6/10/22, 3:21 PM
Pompeo assails Iran's leaders, compares them to 'mafia' | Reuters
Case 1:18-cv-01619-CJN Document 45-14 Filed 06/13/22 Page 63 of 169

MEDIA AND TELECOMS
JULY 22, 2018 10:07 PM UPDATED 4 YEARS AGO

# Pompeo assails Iran's leaders, compares them to 'mafia'

By Warren Strobel, Dana Feldman



(Reuters) - U.S. Secretary of State Mike Pompeo launched a rhetorical assault on Iran's leaders on Sunday, comparing them to a "mafia" and promising unspecified backing for Iranians unhappy with their government.



U.S. Secretary of State Mike Pompeo holds a press briefing at U.N. headquarters in New York City, New York, U.S., July 20, 2018. REUTERS/Brendan McDermid

Pompeo, in a California speech to a largely Iranian-American audience, dismissed Iranian President Hassan Rouhani and Foreign Minister Javad Zarif, who negotiated a nuclear deal with the United States

and five other countries, as "merely polished front men for the ayatollahs' international con artistry."

U.S. President Donald Trump withdrew in May from the 2015 nuclear accord designed to stop Iran from developing nuclear weapons. Tehran has said its nuclear work is just for electricity generation and other peaceful projects.

Iran "is run by something that resembles the mafia more than a government," Pompeo said, citing what he called Iranian leaders' vast wealth and corruption.

Pompeo's speech was the latest step in a communications offensive launched by the Trump administration that is meant to foment unrest in Iran and help pressure its government to end its nuclear program and support of militant groups, U.S. officials familiar with the matter said.

The offensive is meant to work in concert with severe economic sanctions that Washington plans to reimpose in the coming months, including on Tehran's oil exports, its principal revenue generator.

The United States will work with countries that import Iranian oil "to get imports as close to zero as possible" by Nov. 4, Pompeo said.

Rouhani cautioned Trump on Sunday about pursuing hostile policies against Tehran, saying: "War with Iran is the mother of all wars." But he did not rule out peace between the two countries, which have been at odds since the 1979 Islamic Revolution.

"You are not in a position to incite the Iranian nation against Iran's security and interests," Rouhani said, in an apparent reference to reports of efforts by Washington to destabilize Iran's Islamic government.

RELATED COVERAGE

 Trump warns Iran to never threaten U.S.

Trump responded to Rouhani in a tweet late on Sunday, saying: "NEVER, EVER THREATEN THE UNITED STATES AGAIN OR YOU WILL SUFFER CONSEQUENCES THE LIKES OF WHICH FEW THROUGHOUT HISTORY HAVE EVER SUFFERED BEFORE. WE ARE NO LONGER A

COUNTRY THAT WILL STAND FOR YOUR DEMENTED WORDS OF VIOLENCE & DEATH. BE CAUTIOUS!"

'LONG-IGNORED VOICE OF PEOPLE'

Publicly, the Trump administration says its policy with Iran is not "regime change," but to change Tehran's behavior so it stops nuclear and missile work, support for proxies in the Middle East and backing of militant groups.

"While it is ultimately up to the Iranian people to determine the direction of their country, the United States ... will support the long-ignored voice of the Iranian people," Pompeo said.

ADVERTISEMENT

Pompeo spoke at the Ronald Reagan Presidential Library in Simi Valley, California, to a packed house of about 1,000 people. He received frequent applause, although one audience member heckled him over the Trump administration's immigration policies.

Several dozen protesters lined the route to the site, including one group that distributed fliers opposing both Iran's current government and any U.S. intervention in Iran.

Pompeo said senior Iranian leaders had benefited from embezzlement, sweetheart deals and other ill-gotten gains.

Iran's ayatollahs, he said, were "hypocritical holy men" who "seem more concerned with riches than religion."

Pompeo said the U.S. government broadcasting agency was launching a 24/7 Farsi-language channel on TV, radio, digital and social media platforms. The U.S. government also is taking steps to help Iranians get around internet censorship, he said.

# Iran's American and Other Western Hostages

May 2022



## Table of Contents

Background ........................................................................................................................................... 4

American Hostages .............................................................................................................................. 5

    **Afshin Sheikholeslami Vatani** ........................................................................................................ 5

    **Emad Shargi** ................................................................................................................................. 9

    **Morad Tahbaz** ............................................................................................................................ 12

    **Shahab Dalili** ............................................................................................................................. 15

    **Siamak Namazi** .......................................................................................................................... 16

Other Western Hostages .................................................................................................................. 19

    **Abdolrasoul Dorri-Esfahani** ...................................................................................................... 19

    **Ahmadreza Djalali** ..................................................................................................................... 20

    **Cécile Kohler and Jacques Paris** ................................................................................................ 29

    **Fariba Adelkhah** ........................................................................................................................ 31

    **Jamshid Sharmahd** .................................................................................................................... 35

    **Kamal Alavi** ............................................................................................................................... 40

    **Kamran Ghaderi** ........................................................................................................................ 41

    **Massud Mossaheb** .................................................................................................................... 43

    **Meimanat Hosseini-Chavoshi** ................................................................................................... 46

    **Mehran Raoof** ........................................................................................................................... 48

    **Reza Eslami** ............................................................................................................................... 53

Recently Released or Escaped ........................................................................................................... 55

    **Anousheh Ashoori** .................................................................................................................... 55

    **Gholamreza (Reza) "Robin" Shahini** ........................................................................................ 58

    **Jolie King and Mark Firkin** ........................................................................................................ 61

    **Kamal Foroughi** ......................................................................................................................... 62

    **Kameel Ahmady** ........................................................................................................................ 64

    **Kylie Moore-Gilbert** .................................................................................................................. 66

    **Michael White** .......................................................................................................................... 70

    **Nazanin Zaghari-Ratcliffe** ......................................................................................................... 74

    **Nizar Zakka** ............................................................................................................................... 83

    **Roland Marchal** ......................................................................................................................... 86

    **Sabri Hassanpour** ...................................................................................................................... 91

    **Saeed Malekpour** ...................................................................................................................... 92

    **Xiyue Wang** ............................................................................................................................... 95



Executed or Otherwise Died in Captivity ................................................................................................ 98

   **Robert Levinson**............................................................................................................................... 98

   **Ruhollah Zam**................................................................................................................................ 101



# Background

More than 40 years after the start of the Iran hostage crisis, Iran continues to take Americans and other Westerners hostage, particularly persons who also hold Iranian citizenship. The Iranian regime currently holds several known American and European citizens, residents, and asylees on trumped-up charges.

Iran takes hostages for several reasons. They serve as bargaining chips for the regime to extract geopolitical concessions from other countries. The government also seeks to punish undesirable behavior and send a message to Iranians to refrain from internal dissent. Finally, Iran does not recognize dual citizenship, so by targeting dual nationals, the regime demonstrates to the Iranian expatriate community that they are not beyond Tehran's grasp.

Some hostages' names have been made public by their loved ones in order to build international pressure on Iran to free them. Families of other captives have chosen to keep their cases secret in the hope of quietly obtaining their release. Here, UANI profiles current publicly disclosed hostages—as well as several recently released ones and two who were executed or otherwise died in captivity—to spotlight both their plight and the criminal nature of the regime in Tehran.



UNITED
AGAINST
NUCLEAR
**IRAN**

# American Hostages

**Afshin Sheikholeslami Vatani**
Iranian Kurdish Environmentalist and U.S. Permanent Resident



**Biography**

Afshin Sheikholeslami Vatani is a civil engineer, environmentalist, Iranian national, and U.S. permanent resident. He immigrated to America in 2015.

Prior to immigrating, Vatani, a Kurd, had served a year in prison for "propaganda against the state" because of his political activism. However, his sister said that in recent years, "[H]e has not engaged in any political activities… Other than his professional career, he has only been working with charities and focusing on environmental issues, cleaning up the environment and planting trees." Since immigrating, he had traveled to Iran several times without incident.

**Arrests**

Vatani was arrested on February 17, 2019, at his parents' home in Sanandaj, the capital of Kurdistan province. The authorities released him after a month. In March 2020, he was sentenced to three months and one day in prison for "spreading propaganda against the Islamic Republic of Iran," but his sentence was commuted because of the rapid spread of COVID in Iran's prison system. According to the Kurdistan Human Rights Network (KHRN), the authorities have prohibited Vatani from leaving Iran.

Iranian security agents rearrested Vatani on June 27, 2020, at his parents' home.

**Treatment in Captivity**

Vatani was held in solitary confinement for 86 days without access to his family or lawyer. The KHRN reported that the authorities questioned him "about cooperation with one of the Kurdish opposition parties, holding meetings and organizing street protests in October 2019 in Sanandaj in protest to the Turkish army's attack on Syrian Kurdistan."

**Release on Bail**

Vatani was released on bail on September 20, 2020, according to the KHRN.



**Baquer Namazi**
Iranian-American Former Senior U.N. Official, Father of Hostage Siamak Namazi



**Biography**

Iranian-American Baquer Namazi, born on October 1, 1936, worked in several significant Iranian government positions under the Shah, including as a provincial governor. He also worked as a UNICEF representative in several countries, including Kenya, Somalia, and Egypt. Baquer most recently ran Hamyaran, an umbrella organization of Iranian NGOs.

**Arrest**

On February 22, 2016, Baquer was arrested after arriving in Iran to visit his son, Siamak, whom the Iranian regime held and continues to hold hostage. Security forces detained Baquer at Tehran's Imam Khomeini airport at night as he returned home to Iran from Dubai, where he had gone for a medical check-up and visited his grandchildren.

According to a report by news agency Fars, which is affiliated with Iran's Islamic Revolutionary Guard Corps (IRGC), Namazi was arrested in order "to uncover the complex layers of vast financial and intelligence corruption by a network that is associated to the UK and America." The report also accuses Baquer of training his son Siamak in "espionage and infiltration and subversion operations." A state-run television news program called Baquer an "agent of the Pahlavi regime [the former Iranian monarchy]" and said that ever since he came to Iran in 2002, Baquer has worked with foreign political figures and groups to create a "network that would implement the ambitions of Western spy agencies and anti-revolutionary lobbies."

After Baquer's arrest, his wife, Effie Namazi, posted on Facebook, "Now both my innocent son Siamak and my Baquer are in prison for no reason."

**Treatment in Captivity**

The authorities threw Baquer into Tehran's notoriously brutal Evin Prison, where he was denied access to their family's lawyer and spent long periods in solitary confinement.

According to his wife, Baquer has a severe heart condition and a host of other serious medical problems that require treatment, including epilepsy and severe blockages in the major arteries to his brain. According to Baquer's son, Babak, his father has lost about 25 pounds during his

6



time behind bars. According to the New York Times, Baquer was hospitalized four times between January 2017 and January 2018. He also underwent triple bypass surgery during his captivity.

**Charges, Trial, and Sentencing**

On October 18, 2016, it was announced that Baquer and Siamak were sentenced to 10 years in prison and fined $4.8 million on charges of cooperating with the U.S. government. Tehran Islamic Revolutionary Court Judge Abolqassem Salavati, infamously known as "the Judge of Death" and "the Hanging Judge" for sentencing defendants to death or long prison terms, presided over the Namazis' trial, which lasted only a few hours. On August 28, 2017, the Tehran Appeals Court denied Baquer and Siamak's appeals.

**Furlough and Commutation of Sentence**

In August of 2018, Baquer was granted an extended medical furlough. The regime has not granted his family's requests to permit Baquer to travel outside Iran to receive treatment.

One of Baquer's sons, Babak Namazi, said in February 2021 that one year prior, Iran commuted his father's prison sentence to time already served.

**Inability to Leave Iran**

The regime still refuses to let Baquer leave Iran to get medical treatment. In the fall of 2021, Baquer required "immediate surgery for a 95–97% blockage in one of his internal carotid arteries—the pair of main arteries that supply blood to the brain," according to an October 2021 letter from his American lawyers to an official in the office of the U.N. High Commissioner for Human Rights. Attorney Jared Genser had claimed earlier that year that 80 percent of the artery was clogged, greatly increasing Baquer's risk of getting a stroke. He also now reportedly suffers from acute depression and adult-onset, stress-caused epilepsy.

The lawyers' letter said that if Baquer got surgery in Iran, he would continue to suffer from severe stress that would impede his post-surgery recovery, and also would likely become infected with COVID-19, which has ravaged Iran and overloaded its medical system. Moreover, Siamak Namazi's lawyer called on the regime to permit Baquer to go abroad for surgery. Barring that, attorney Hojjat Kermani said, Tehran should furlough Siamak to allow him to be with his father.

Prohibited from going abroad, Baquer underwent the aforementioned surgery in Iran on October 26, 2021. Genser said the procedure "appears to be a success," but again called on the regime to let Namazi leave Iran. "[D]ire concerns remain about the quality of aftercare available



in Iran, the significant risk of Covid-19 exposure in the hospital, and the need for a stress-free environment for recovery, all of which threaten Baquer's survival and long-term well-being," Genser said.

**International Reaction**

The U.S. Department of State has repeatedly protested Baquer's detention. Jared Genser said he and Baquer's family has been in touch with U.S. National Security Adviser Jake Sullivan and Special Envoy to Iran Robert Malley. In response to Baquer's lawyers' claims in October 2021 that he needed emergency surgery, U.S. Secretary of State Antony Blinken tweeted that Iran should permit Baquer "to seek the medical attention necessary to save his life." Blinken noted, "It's been almost six years since [Baquer]'s seen his children. At a time like this, he should be surrounded by his entire family."



**Emad Shargi**
Iranian-American Businessman



**Biography**

Emad Shargi is an Iranian-American businessman. He was born in Iran but left as a child, as did his wife, Bahareh Amidi Shargi, a poet.

Emad completed a bachelor's degree in economics from the University of Maryland and a master's in management information systems from George Washington University in Washington, DC. He worked for years in Dubai, United Arab Emirates, as a partner at Executive Aircraft Sales.

After their children left for college, Emad and Bahareh decided in 2017 to move back to Iran. He reportedly worked in a senior role at Sarava, an Iran-based venture-capital and holding company that made investments in Iran's technology sector. After Emad's arrest, Sarava claimed that his employment had ended in May of 2018. The firm added that the charges against him were unconnected to his service and that he could not have viewed information about the firm's clients or the companies Sarava invested in.

**Arrests**

On April 23, 2018, over a dozen agents of the authorities entered the Shargis' home and arrested Emad,. There are conflicting reports about whether Bahareh was also arrested. The regime also seized the Shargis' passports and electronic equipment.

As noted below, Emad was released from prison in December 2018 and cleared of all charges by Tehran's Revolutionary Court in late 2019. However, the regime held on to Emad's passport, and a news story wrongly reported that the Shargis were arrested again. The court also summoned him for three hearings during 2020.

Emad was arrested again on December 6, 2020, according to a January 14, 2021, article by the regime-affiliated Young Journalists' Club (YJC). The YJC claimed he had previously been sentenced to ten years in prison for "espionage and military intelligence gathering" but was released on bail pending appeal and that the authorities caught him at an airport as he was trying to flee Iran. The *New York Times* also reported that Emad had been detained while trying to escape into northern Iraq.

9



Emad is the first and only known American hostage of Iran taken after Joseph R. Biden Jr. was elected president of the United States.

**Treatment in Captivity**

After his first arrest on April 23, 2018, Emad was jailed for eight months at the notoriously brutal Evin Prison in Tehran and spent part of that time in solitary confinement. He was held in the prison's ward 2A, which is controlled by the IRGC's intelligence branch, and questioned about his travel and commercial dealings. Bahareh was also questioned and warned that they would retaliate if she spoke with U.S. officials or the media. The authorities released Emad in December 2018.

About six weeks after Emad was arrested again in December 2020, his family said in a statement that they "have no idea where he is or who has him." His daughters said in April 2021 that they "have no way of knowing how he is, except for a couple of short, monitored phone calls." They added: "He is trapped in terrible conditions during a deadly pandemic and is being refused a vaccine."

**Charges, Trial, and Sentencing**

Emad was reportedly charged with espionage, but, as noted below, he was cleared of all charges by Tehran's Revolutionary Court in late 2019. However, as noted above, the regime kept Emad's passport, and the court summoned him for three hearings during 2020.

After Emad's second arrest in December of 2020 was made public, a friend of the Shargis' said Emad had been told to go on November 30, 2020, to a court in Tehran and was informed then that the court had convicted him—with no trial or prior notice—of spying, and gave him a ten-year prison sentence. He was not allowed to retain a copy of the document detailing his conviction.

Emad was released on bail pending appeal. However, as noted above, he was arrested on December 6, 2020, as he tried to flee Iran.

**International Reaction**

After Shargi's arrest became public in January 2021, the U.S. Department of State commented that it was "aware of the reports that Iran has detained another U.S. citizen."

In agreement with her husband, Bahareh left Iran for the U.S. in 2020 to be with their children. She lives in Washington, DC, where she directs activities to free Emad.



Shargi's daughters, Ariana and Hannah, wrote in a 2021 editorial: "As we write this, he should be here with us, barbecuing in the backyard of the house he has lived in for more than 20 years… Instead, he is in a cell." They called on the U.S. government "to do everything in their power to bring home our dad and the other American hostages being unjustly detained in Iran," and for "the international community to persevere in seeking justice for these individuals torn away from their loved ones." They added, "We are pleading with the Iranian government to return our father safely to us."



**Morad Tahbaz**
Iranian-American-British Environmentalist



**Biography**

Morad Tahbaz (born October 1, 1955) is an environmentalist and a citizen of the United States, United Kingdom, and Iran. The Tahbaz family was reportedly wealthy, and his father once owned the preeminent newspaper *Kayhan* before the 1979 Islamic Revolution.

Tahbaz's passion for wildlife and nature began in his youth, according to an online biography. He co-founded the Persian Wildlife Heritage Foundation (PWHF), a wildlife-conservation organization that regularly gave to international conservation groups.

Tahbaz received a bachelor's degree from Colgate University in 1977 and a master of business administration from Columbia in 1983. As of July 2020, his Facebook profile lists his home as Weston, Connecticut.

**Arrest**

Tahbaz and eight of his PWHF colleagues were arrested in January 2018. They had been using camera traps to monitor endangered species, including the Persian leopard and Asiatic cheetah. Iran's Islamic Revolutionary Guard Corps (IRGC) said the environmentalists were committing espionage by photographing Iranian military installations.

Tehran Prosecutor Abbas Jafari Dolatabadi stated that the detainees had worked for the CIA and the Mossad for "infiltrating the scientific community, and collecting information from the country's sensitive and vital centers, including missile bases."  However, an Iranian opposition-run news website, Kalame, claimed the environmentalists were seized because they "had resisted the IRGC's excessive demands to encroach on environmentally protected regions for the installation of missile sites."

**Treatment in Captivity**

With one exception, the environmentalists, including Tahbaz, are being held in Tehran's notoriously brutal Evin Prison. They are in Ward 2-A, controlled by the Islamic Revolutionary Guard Corps (IRGC).



Reports [claim](#) Tahbaz suffers from cancer and was in critical condition, as of March of 2019, because his jailors denied him medication and other treatment and did not transfer him to a hospital.

The jailed environmentalists [reportedly](#) have been psychologically tortured in prison, including through: months of solitary confinement; threats of death; threats of the arrest and killing of their family members; and threats of injection with hallucinogens. Their jailors have denied them access to legal counsel and permitted only a few meetings with family. [Sources claim](#) some of the detainees were beaten.

**Charges, Trial, and Sentencing**

Tahbaz and his fellow prisoners were [initially accused](#) of espionage. However, in October 2018, nine months after their arrest, Tahbaz and three others were [formally charged](#) with "sowing corruption on earth"—a crime that carries the death penalty.  The regime refused to provide any evidence of wrongdoing to the defendants' attorneys before trial and [did not allow](#) the accused to see the full indictments and evidence before being convicted and sentenced.

The environmentalists' trial [began](#) in January of 2019 in Branch 15 of the Revolutionary Court in Tehran. Prosecutors reportedly relied mostly on confessions extracted by torture and later retracted.  The presiding judge was [Abolghassem Salavati](#), nicknamed "the Hanging Judge" or "the Judge of Death" for imposing harsh sentences, including capital punishment, in political cases. Salavati refused to let the defendants choose any lawyers except those on a judiciary-approved list.

The trial [was suspended](#) in March of 2019 before the Iranian new year. In May, a committee comprised of the intelligence, interior, and justice ministers and the president's legal deputy examined the environmentalists' case and stated that there was no evidence of espionage. Several senior Iranian government officials also urged that the prisoners be released.

Nonetheless, the trial [resumed](#) in August of 2019. However, in October, a judiciary spokesman announced that the capital crime of "sowing corruption on earth" had been dropped. The defendants remain accused of other offenses, [including](#) "assembly and collusion against national security" and "cooperation with the U.S. enemy government and [Israel] against the Islamic Republic of Iran for the purpose of spying for the CIA and Mossad." [According](#) to a lawyer for one of the accused, Tahbaz was tried on October 12, 2019.

On November 20, 2019, the authorities [reportedly](#) told Tahbaz and the other defendants—without legal counsel present—that they had been sentenced to prison sentences of varying lengths, with Tahbaz receiving ten years. In February 2020, Iran's judiciary [upheld](#) the prison sentences on appeal, including Tahbaz's.

13



**International Reaction**

The British government has publicly urged Iran to free all UK-national hostages. The Trump administration publicly called for Tahbaz's release, including in a State Department video posted on social media on World Environment Day, June 6, 2019. On June 9, Brian Hook, U.S. special envoy for Iran, said he had been negotiating with Tehran to free Tahbaz and other American nationals, trying to build on recent prisoner swaps that had freed U.S. citizens, Xiyue Wang and Michael White.

The United Nations Environment Programme has urged that the environmentalists be "guaranteed a fair, transparent and independent trial." Several human rights organizations have also spoken out against the environmentalists' imprisonment. Human Rights Watch has demanded that they receive adequate access to medical treatment, be released instead of being detained arbitrarily without being charged, and that a fair and transparent investigation be launched into allegations that they have been tortured. Amnesty International has also called for the environmentalists to be released and the charges against them to be dropped. Conservationist groups, including the Environmental Conservation Society and the World Wildlife Fund, have also issued statements supporting the hostages, as did famous anthropologist and primatologist Jane Goodall. Actor Leonardo DiCaprio also expressed support for the environmentalists on social media.

Relatives of the jailed environmentalists have written to Ayatollah Ali Khamenei, Iran's supreme leader, and Ebrahim Raisi, the head of Iran's judiciary, seeking their loved ones' immediate release.

**Possible Intimidation of Journalists**

Two Iranian environmental journalists who publicly panned the treatment of Rahbaz and his imprisoned colleagues later conspicuously backtracked, apologizing for their initial comments and expressing support for the Revolutionary Court's verdict. These recantations likely resulted from coercion by the regime, since Iran is one of the world's worst persecutors of journalists and has previously pressured members of the press to retract or correct pieces critical of the government.

14



**Shahab Dalili**
Iranian Retired Shipping Official and U.S. Permanent Resident

### Biography

Shahab Dalili is a retired Iranian shipping official. According to his LinkedIn page, he worked for over 26 years for the Islamic Republic of Iran Shipping Lines (IRISL), starting as a deck officer and retiring in 2012 as deputy general manager of the company's department of maritime affairs. The U.S. has sanctioned IRISL multiple times for its involvement in Iran's arms-proliferation activities.

Dalili's LinkedIn page indicates that in 2014, he immigrated to the U.S. and founded a Virginia-based "marine survey and consultancy service to all interests in marine industry." Reportedly, Dalili is a permanent resident of the U.S. His wife has said that she and their children are U.S. citizens.

### Arrest

According to Voice of America, Taghato, a Farsi-language news outlet operated by Iranians living in the U.S., first broke Dalili's case. In 2018, Taghato tweeted that the Iranian regime arrested Dalili on March 20, 2016, after he traveled back to Iran following the death of his father, and sentenced him to ten years in prison for "allegedly cooperating with a hostile government." Taghato also stated that Dalili's family had not gone public about his case.

In July of 2019, released Iran hostage Nizar Zakka told Voice of America he shared a cell with Dalili.

Dalili's wife broke her silence in a video statement that the hostage advocacy group Hostage Aid Worldwide tweeted on March 22, 2022. Mrs. Dalili said her husband had been jailed in Iran's notoriously brutal Evin Prison since 2016 on charges of "aiding and abetting the U.S." She added, "As I heard about Iran and how hostages are being released, I'm asking President Joe Biden and his team: Please bring Shahab home. Please don't forget Shahab Dalili. Please free Shahab Dalili."



UNITED
AGAINST
NUCLEAR
**IRAN**

**Siamak Namazi**
Iranian-American Businessman and Consultant, Son of Hostage Baquer Namazi



**Biography**

Siamak Namazi (born October 14) is an Iranian-American businessman who is the longest-held current American hostage in Iran. He resided in Dubai before Iran took him captive.

Siamak's father, Baquer, served as a former government official under the Shah, including as governor of the oil-rich province of Khuzestan in western Iran. Siamak's family came to the United States in 1983, when he was a boy. He became a U.S. citizen in 1993.

After graduating from Tufts University in Massachusetts, Namazi returned to Iran for compulsory military service. From 1994 to 1996, he worked as a duty officer with the Ministry of Housing and Urban Planning in Tehran. In 1998, Namazi founded Future Alliance International, a Washington, D.C.–based consulting company focused on the risks of doing business in Iran. Namazi later worked as managing director at his family's consulting firm, Atieh Bahar Consulting, which sought to assist Iranian businesses with developing ties with foreign firms seeking to operate in Iran.

He has served as a World Economic Forum Young Global Leader and is a former public policy scholar at the Wilson Center in Washington, D.C., where he advocated for closer relations between the U.S. and Iran. He had been the head of the strategic planning division for Crescent Petroleum, an oil and gas company based in the United Arab Emirates, when he was arrested in Iran.

**Arrest**

Namazi was stopped and interrogated by Iran's Islamic Revolutionary Guard Corps (IRGC) when he arrived in Tehran on July 18, 2015, after flying from Dubai to visit his parents. He was questioned daily by IRGC agents, who claimed he was committing espionage for Western governments for the following three months. The IRGC refused to let Namazi use legal counsel, telling him that he could only hire an attorney from a list handpicked by the regime and never give him the list.

The authorities arrested Siamak on October 13, 2015—one day before his birthday—and put him in Evin Prison's Ward 2-A, controlled by the IRGC's intelligence branch.



**Treatment in Captivity**

According to his brother Babak, Siamak has spent most of his time in prison in solitary confinement, has been tased, beaten, and otherwise tortured, been compelled to watch footage of his father in detention, and has undergone lengthy interrogations. His cell does not have a bed, and he sleeps on the floor. On February 21, 2016, Siamak's mother, Effie, wrote in a Facebook post that Siamak called her and said he had broken off a hunger strike he had recently initiated. Siamak's health has reportedly deteriorated significantly during his captivity.

**Charges, Trial, and Sentencing**

On July 11, 2016, Tehran's prosecutor revealed publicly that Siamak had been indicted on unmentioned charges.

On October 17, 2016, Iran's judiciary-linked Mizan news agency posted a video of Siamak's arrest as evidence of "America's humiliation."

On October 18, 2016, it was announced that Baquer and Siamak were sentenced to 10 years in prison and fined $4.8 million on charges of cooperating with the U.S. government. Tehran Islamic Revolutionary Court Judge Abolqassem Salavati, infamously known as "the Judge of Death" and "the Hanging Judge" for sentencing defendants to death or long prison terms, presided over the Namazis' trial, which lasted only a few hours. Effie, Baquer's wife, announced on Facebook, "Now both my innocent son Siamak and my Baquer are in prison for no reason."

On August 28, 2017, Baquer and Siamak's appeals were denied.

**Furlough Request**

The regime refuses to let Baquer Namazi leave Iran to get medical treatment, including "immediate surgery for a 95–97% blockage in one of his internal carotid arteries—the pair of main arteries that supply blood to the brain," according to an October 2021 letter from his American lawyers to an official in the office of the U.N. High Commissioner for Human Rights. Siamak's attorney, Hojjat Kermani, called on the regime to permit Baquer to go abroad for surgery. Barring that, Kermani said, Tehran should furlough Siamak to allow him to be with his father. Unable to leave the country, Baquer underwent the aforementioned surgery in Iran on October 26, 2021.

**International Reaction**

Siamak's friends and family have vociferously appealed for the regime to release him and his father. As the novel coronavirus ravaged Iran in the spring of 2020, and particularly endangered



inmates living in the Iranian prison system's appalling conditions, the regime temporarily released tens of thousands of prisoners. The Swiss government, which handles U.S. diplomatic interests in Iran, has requested that Siamak be granted a humanitarian furlough. To date, however, he remains in prison.



# Other Western Hostages

**Abdolrasoul Dorri-Esfahani**
Iranian-Canadian Accountant and Nuclear Negotiator



**Biography**

Abdolrasoul Dorri-Esfahani is an Iranian-Canadian accountant and former adviser to the governor of the Central Bank of Iran. He oversaw negotiations on the 2015 Joint Comprehensive Plan of Action's banking provisions, also known as the Iran nuclear deal.

**Arrest**

Dorri-Esfahani was arrested in August of 2016 as he was about to leave Iran and return to Canada. He was released on bail pending trial.

**Charges, Trial, and Sentencing**

Dorri-Esfahani was accused of having links to British intelligence and giving sensitive information to the United States in exchange for payments by both countries.

In October 2017, the judiciary announced that Dorri-Esfahani had been sentenced to five years in prison, and Iran's Tasnim News Agency reported that he would return to jail to begin his sentence. Even though Iran's intelligence minister claimed that Dorri-Esfahani was innocent and had even cooperated with the ministry's counterintelligence branch, his appeal was rejected.

**Smear Campaign**

In September of 2018, the intelligence wing of Iran's Islamic Revolutionary Guard Corps (IRGC) released a propaganda video portraying Dorri-Esfahani as having been paid to infiltrate Iran's negotiating team for the nuclear deal and being influential in the deal's formation. The video claimed Dorri-Esfahani worked with multinational firms like PricewaterhouseCoopers to provide key information to foreign negotiators.



**Ahmadreza Djalali**
Iranian-Swedish Expert in Emergency Disaster Medicine



**Biography**

Dr. Ahmadreza Djalali (born January 14, 1972) is an Iranian-born Swedish citizen (a Swedish resident at the time of his detention by the Iranian regime) and an expert in emergency disaster medicine. He is a scientist at the Research Center in Emergency and Disaster Medicine (CRIMEDIN), run by the University of Eastern Piedmont in Novara, Italy, and a professor at the Free University Brussels (VUB). His colleague Caroline Pauwels, Director of the Free University in Berlin, described his efforts as "important humanitarian work."

Dr. Djalali has a Ph.D. in medical science (disaster medicine) from Karolinska Institute in Sweden and an MD from Tabriz University in Iran. He has published 46 scientific articles in journals across the world. His previous work included collaboration with Tehran University and Shiraz University, and the Natural Disaster Medicine Institute in Iran.

**Arrest**

Dr. Djalali was arrested on April 24, 2016, in Tehran by Iran's Ministry of Intelligence agents. Djalali was visiting Tehran from Sweden, where he lived with his wife and two children, at the official invitation of Tehran University.

On January 5, 2017, Djalali's wife, Vida Mehrannia, publicly revealed that her husband was imprisoned in Iran. According to Vida, "Ahmadreza had always traveled to Iran by invitation of state organizations, including the Red Crescent, and never experienced problems before." The family had remained quiet after his arrest because they hoped, to no avail, that there was some "mistake or misunderstanding, and that he would be acquitted and released."

In an undated letter smuggled out of prison, Djalali wrote that the regime had arrested him for refusing to spy for Iran's intelligence ministry on European Union states.

**Treatment in Captivity**

Djalali was jailed without trial in the notoriously brutal Evin Prison since his arrest on bogus charges of "collaborating with enemy states." Djalali was reportedly placed in solitary confinement in the prison's Ward 209. The intelligence ministry—and not the prison system's bureaucracy— controls that ward, which houses political prisoners.



Ward 209 is infamous—even by the standards of Evin Prison—for its tormenting of inmates. The names of those detained there are not put on Evin's prisoner list, and Iranian parliamentarians have been denied access to it. Former prisoners there told Radio Free Europe / Radio Liberty that they were "subjected to long and multiple daily interrogations," "deprived of sleep and medical care,"  "threatened by authorities with indefinite imprisonment," and "beaten up."

Djalali was interrogated in Ward 209 for seven months without access to legal counsel, before being moved to a general ward. His wife noted that "[a]]fter he was transferred to a public ward, he was permitted legal counsel, but his lawyer told us he cannot talk about the case because it involves national security." After he was transferred, the Islamic Revolutionary Court still blocked every single attempt he made to engage a lawyer to represent him.

On December 25, 2016, when his interrogators threatened him with a harsh sentence, Djalali began one of several hunger strikes. According to his wife, "[H]e says that if they are going to execute him he prefers to die under hunger strike."

In October of 2017, an audio recording of Djalali was posted to YouTube. In it, he said the authorities had compelled him to recite while being videotaped two "confessions"—scripted by his captors—to committing espionage for a "hostile government." Djalali said the authorities had psychologically tortured him into making his recorded confessions, including by threatening to execute him and arrest his children. Djalali said the charges against him were false and made up by agents from the intelligence ministry. Iranian state television broadcast a forced confession by Djalali on December 17, 2017. His wife said that the authorities threatened to kill his family if he did not read the statement.

Djalali is experiencing severe health issues. His wife said in February of 2019 that after receiving test results indicating he may have leukemia, he was scheduled to travel from prison to see cancer and blood specialists. However, the authorities stopped him from going because he refused to wear his prison uniform while away from Evin. Djalali also reportedly lost 24 kilograms (almost 53 pounds) due to his hunger strike. According to several human rights and academic groups, Djalali also suffers from high blood pressure, a low heart rate, gallstones, a hernia, malnutrition, gastritis, and depression, among other maladies.

Djalali's wife stated that he had been moved from Evin on July 29, 2019, to an undisclosed location where he was in solitary confinement, watched by a camera.

The regime reportedly returned Djalali to solitary confinement on November 24, 2020, as a preparatory step for his execution. There Djalali remained, in limbo, until April 14, 2021, when he was put back in a multi-inmate cell.



In March 2021, U.N. human rights officials said Djalali was "in a critical condition and near death." They added that he has been in solitary confinement for more than 100 days, with bright light shined into his cell all day and night to prevent him from sleeping. Due to Djalali's medical problems, the officials also said that he had lost a "dramatic" amount of weight and had difficulty speaking.

The regime hasn't even temporarily released Djalali as the COVID-19 virus has ravaged Iran. Inmates living in appalling conditions in Iran's prison system are at particular risk of contracting the virus. As of April 3, 2020, Iran had released a reported 100,000 some-odd prisoners, presumably to reduce the population density in its prisons and thereby minimize the spread of the virus, but Ahmadreza Djalali remains in prison, simultaneously awaiting execution and at risk of contracting COVID-19.

Djalali's wife, Vida, told Amnesty Italy in January 2022 that the authorities had not allowed him to speak with his family for over 15 months. She said that his health has further deteriorated, and that he suffers from "amnesia, gastritis, gallstones… insomnia, anxiety, panic attacks, and severe depression. He also was not allowed to visit his mother when she got sick or to attend her funeral.

Djalali underwent emergency surgery later in January 2022 for an abdominal hernia, and the regime quickly returned him to prison thereafter, instead of allowing him to recuperate in a hospital.

The NGO Iran Human Rights reported in April 2022, that Djalali had been assaulted by staff in the prison infirmary on April 4. The staff allegedly "beat him up" after Djalali discovered that they were "stealing his medication" and asked for it back. Reportedly, the authorities continue to prevent Djalali from being in touch with his relatives.

**Charges, Trial, and Sentencing**

Djalali reportedly was charged with "working with enemy states" and "spreading corruption on earth." Djalali's trial began on January 30, 2017, in the Islamic Revolutionary Court in Tehran. On the first day, Judge Abolqassem Salavati read him the indictment and said, "Your sentence is death and it won't change at the end of the trial." Salavati is nicknamed "the Hanging Judge" or "the Judge of Death" for imposing harsh sentences, including capital punishment, in political cases. Djalali claimed that he had been compelled to make videotaped confessions, psychologically tortured, and threatened with death.

On February 3, 2017, Djalali's employer, Free University Brussels (VUB), announced that he had been sentenced to death and that the execution was scheduled to take place in two weeks. Ahmadreza informed his family in Iran that he was forced to sign a confession, which



became the basis for his death sentence. According to VUB, the charges appeared to be related to Djalali's international contacts. A joint master's program at VUB that Djalali completed "draws students and professors from countries around the world," *Science* magazine reported, "including the United States, Saudi Arabia, and Israel."

In December of 2017, Djalali's sentence was upheld on appeal.

**Imminence of Execution**

On September 17, 2020, the International Observatory of Human Rights received from Djalali's wife an audio recording of an interview with him. Djalali said, "I am still under continuous risk of being executed," adding that nonetheless, "I have decided to sustain and fight with this catastrophe."

Djalali added that the prosecutor's office told him that while he is still liable to capital punishment, "[T]hey are ready to solve this problem if Sweden decides to help me. Practically, not just verbally. As I heard from them, Sweden not only doesn't perform any real action to save me and release me, but also they may prefer that I'd be executed." Djalali said that the Swedish government's treatment of his family is "very unfriendly," claiming, "By now, none of Swedish authorities, such as the Minister of Foreign Affairs Ann Linde, or before her, have allowed my spouse or children to meet them. Never."

On November 24, 2020, Djalali reportedly called his wife and told her he thought the authorities would execute him soon. Reports conflicted as to whether he was thrown back into solitary in Evin's Ward 209 or Raja'I Shahr prison in the Iranian suburb of Karaj. Reportedly, the regime frequently transfers inmates to solitary in Raja'i Shahr before their executions. However, the *Guardian* reported on December 2 that the authorities had not transferred Djalali to Raja'i Shahr.

An Iranian news agency reported on May 4, 2022, that Djalali would be executed by May 21. The move to execute Djalali may be in response to a push by Swedish prosecutors for a life sentence for Iranian national Hamid Nouri, who is on trial for war crimes he allegedly committed during the Iran–Iraq War (1980–88). A Stockholm court said the verdict in Nouri's case would be announced on July 14. Iran summoned the Swedish ambassador on May 1 in protest, " describing the trial and Nouri's imprisonment "as completely illegal" and calling for the trial's end and Nouri's release.

On May 10, 2022, an Iranian judiciary spokesman ruled out a swap of Djalali for Nouri and maintained that Djalali would be executed. "These two issues are not related," Zabihollah Khodaian said. "Mr. Nouri is innocent and Mr. Djalali was arrested two years prior to Mr. Nouri's case. There is thus no possibility of an exchange of these two individuals... Djalali has



been sentenced to death on several charges and the verdict is final. The sentence will be carried out."

However, on May 16, 2022, a spokesman for Iran's foreign ministry said the judiciary is weighing a request by Djalali's lawyers to delay his execution.

**International Reaction**

Amnesty International repeatedly has demanded that the Iranian regime nullify Djalali's capital-punishment sentence.

A petition calling for Djalali's release and signed by over 300,000 supporters was sent to Iranian President Hassan Rouhani and Foreign Minister Mohammad Javad Zarif. In August of 2019, Zarif said the Iranian government would "do our best on humanitarian grounds to see if the sentences on Mr. Djalali can be delayed, but he has been accused of multiple capital crimes… and he has been convicted of them."

In February of 2018, the Swedish government granted Djalali citizenship in order to improve their ability to negotiate with Iran over his case.

In December of 2018, 121 Nobel laureates wrote to Supreme Leader Khamenei, asking him to permit Djalali to "return home to his wife and children and continue his scholarly work for the benefit of mankind."

United Nations human rights experts have expressed concern that Iran denied Djalali access to health care and called on Iran to stop his impending execution.

Swedish Foreign Minister Ann Linde tweeted that she spoke with her Iranian counterpart, Mohammad Javad Zarif, about Djalali's case on November 24. She added that "Sweden condemns the death penalty and works to ensure that the verdict against Djalali is not enforced." An Iranian foreign ministry spokesperson said that the Swedish government's understanding of Djalali's status was "incomplete and incorrect," and that Zarif told Linde that "Iran's judiciary is independent and any meddling in the issuance or execution of judicial rulings is unacceptable."

On March 18, 2021, seven U.N. human rights officials urged the Iranian government to release Djalali.



On July 21, 2021, 14 human rights and academic groups called on the U.S., EU, and individual European governments to obtain Djalali's release. The organizations included Scholars at Risk, the Middle East Studies Association, the International Observatory of Human Rights, and PEN America.

In 2021, Scholars at Risk gave Djalali the Courage to Think Award, which "recognizes individuals, groups, or institutions that demonstrate an exemplary commitment to protecting scholars and promoting academic freedom, whether through professional work, private or community service, or by facing personal risk."

After reports on May 4, 2022, that the regime would execute Djalali by May 21, Swedish Foreign Minister Ann Linde tweeted that the reports were "[e]xtremely worrying." She added that Sweden and the EU "condemn the death penalty and demands [sic] that Djalali be released. We have repeatedly stated this to Iranian representatives."

European Union Political Director Enrique Mora, coordinator of negotiations to revive the Iran nuclear deal, tweeted on May 13, 2022, that in meetings with Iran, he "raised the need to stop the execution of #AhmadrezaDjalali and asked for his release on humanitarian grounds."

A spokesperson for United Nations High Commissioner for Human Rights Michelle Bachelet has called on Iran not to execute Djalali and to annul his death sentence. "Use of the death penalty for espionage offences is incompatible with international human rights law," she said. "Countries that have not yet abolished the death penalty may only impose it for the 'most serious crimes,' which is interpreted as crimes of extreme gravity involving intentional killing."



**Benjamin Brière**
French Tourist



### Biography

Benjamin Brière is a French national who reportedly works in the events field. He is 35 as of March 2021.

### Arrest

According to his sister, Blandine Brière, Benjamin began a road trip in 2018 that took him by van to Scandinavia and later to Iran. The regime arrested Brière in May 2020 while he was flying a drone near Iran's border with Turkmenistan.

### Treatment in Captivity

The authorities are holding Brière hostage at Vakilabad Prison in the city of Mashhad. About a dozen other inmates are in his cell.  "Benjamin is holding up physically, even if it's very tough," his sister stated. She said in May 2021 that she had been able to speak with her brother four times in the past year. "They are 13 people in a dormitory, without any privacy… He has been through several interrogations but was not mistreated, that's what he tells us."

In February 2021, one of Brière's lawyers, Saeid Dehghan, disclosed publicly for the first time that his client had been arrested and claimed that the authorities were denying Brière access to legal counsel. The French embassy stated that it was in "regular contact" with Brière and providing him consular services. A report from March 2021 indicated that Brière now could meet with his attorneys.

### Charges and Trial

According to Dehghan, the regime charged Brière on March 14, 2021, with spying and "spreading propaganda against the system." Dehghan said the first charge was due to his "taking pictures in forbidden areas," and that the second count stems from a social media post by Brière that mentioned that wearing a hijab is required in Iran but not in other Muslim states.

On May 30, 2021, Dehghan said prosecutors had confirmed they had concluded their investigation and that Brière would indeed be tried for espionage and spreading "propaganda against the system." The form of espionage Brière was charged with reportedly is punishable by up to three years' imprisonment, while the propaganda charge is punishable by three months to one year in prison. Two other charges, propagating "corruption on earth" and consuming

26



alcohol, had been dismissed following the investigation. Iranian authorities announced Brière's trial would begin on January 20, 2022.

**Trial, Conviction, and Sentencing**

Brière's lawyers confirmed on January 21, 2022, that Brière had gone on trial in a closed courtroom. Dehghan claimed that the court indicated it might want to exploit his client for a prisoner trade. "Using the word #exchange, they made their stance clear," he said.

Brière was convicted on January 25, 2022, and sentenced to eight years and eight months in prison. According to Dehghan, Brière was convicted of a new, harsher charge, "cooperation with hostile states against Iran," and sentenced to eight years. He also received eight months for anti-regime propagandizing. Lawyer Philippe Valent said the trial was a "masquerade," that Brière was denied "a fair trial in front of impartial judges," and was not given access to the complete indictment. He said Brière would appeal his sentence.

**Hunger Strike**

Brière began a hunger strike on December 25, 2021, because, according to his sister, "the authorities had not permitted him to call his family for Christmas and "also to draw attention to the mistreatment he has suffered for twenty months." Blandine Brière and Benjamin's French attorney, Philippe Valent, also said the hostage's "feeling of abandonment—and distress" had prompted him to launch the strike to alert Iranian and French authorities to the absurdity of his detention." Blandine said prison guards were subjecting him to "psychological torture," including by promising him that he could speak with his family by phone and later reneging. "Physically he was doing OK (until now), but morally he has really started to sink," she added.

Benjamin's Iranian lawyer called out the judiciary for inaction on the case. "What is Mashhad's Revolutionary Court waiting for before investigating the political charges of (Benjamin Briere) who has been detained for 570 days?!" he said.

Blandine Brière announced on February 2, 2022, that Benjamin had ended his hunger strike after 35 days. Lawyer Saeid Dehghan said his client had lost 13 kilograms during the strike.

**International Reaction**

Brière's attorney and family did not go public about his captivity until February 2021, seeking to negotiate his release quietly. The French foreign ministry has said, as noted above, that it is providing Brière consular services and that he and the French embassy speak regularly. Brière's family is impatient, however. "We get regular updates from Benjamin, but ten months after his



arrest that's no longer enough," Blandine Briere stated. "We need to be sure that France will do everything to get him out of there."

Blandine Brière has called her brother's captivity "completely grotesque" and called the charges against her brother are unfounded. "His dream was to travel with his campervan, meet new people and discover new landscapes," she stated. "The accusations are baseless. He was a tourist who was hoping to snap pretty pictures. And here we are, in the middle of an outrageous story… We're talking about a simple gadget, a drone you can get for 100 euros in any shop, meant for tourism photos, that's all." She added, "He [Benjamin] says himself he doesn't understand what's happening to him."

On May 26, 2021—the anniversary of Brière's arrest— Blandine Brière pleaded for help from French President Emmanuel Macron in an open letter published in the French magazine *Le Point*. In a Facebook post that same day, Blandine "beg[ged]" Macron "to make this detention stop" and "to use all the diplomatic means necessary to obtain [her brother's] liberation." She also said:

> Mr. President, it's after a long year of waiting, of worrying and of incomprehension that I write to you, to call on you to help free Benjamin who is today cut off from his own life, from those who love him, and from the rest of the world. One year that Benjamin, and we, his loved ones, have gone through hell. We are powerless, facing a scenario as unreal as it is incomprehensible.

She told the press, "We are angry, we have no visibility. We carefully kept silent for months—as we had been asked—but it is no longer possible, as we are not moving forwards."

After one of Briere's lawyers revealed in late May of 2021 that Brière would go on trial, France's foreign ministry called the charges "incomprehensible," adding that it "knew of nothing that could back [them] up."

France's foreign ministry condemned Iran's January 2022 conviction and imposition of a prison sentence on Brière, calling it "unacceptable" and not factually grounded. During a phone call on January 29, 2022, President Macron expressed "concerns" over Brière's status.



**Cécile Kohler and Jacques Paris**
French Trade Union Official and Her Husband/Partner



**Biography**

Cécile Kohler is a French national and educator who heads the National Federation of Education, Culture and Vocational Training (FNEC FP-FO), reportedly the largest federation of teachers' unions in France. Jacques Paris is her husband or partner, according to reports.

**Arrest**

Iran's Ministry of Intelligence and Security announced on May 11, 2022, that it had arrested two Europeans for "promoting unrest and instigating chaos," in the words of the Iran International news service. The ministry claimed the two had entered Iran in order to exploit ongoing protests to undermine Iranian society and had met with the Coordination Council of Iranian Teachers' Trade Associations, which has organized numerous demonstrations.

On May 12, a French trade union stated that the two detainees as Kohler and her unnamed husband and said they had traveled to Iran as tourists for Easter. Iran International reported that the two had arrived in Tehran on April 29, stayed two days, and then visited the cities of Kashan and Esfahan before being arrested during their return to Paris on May 8.

Iranian state television broadcast more particulars on May 17, identifying both Kohler and Paris by name and claiming "the two spies intended to foment unrest in Iran by organizing trade union protests." The broadcast said the two "took part in anti-government protests and met members of the so-called Teachers' Association," displaying footage of the detainees meeting with demonstrating Iranian teachers and participating in demonstrations. A recording of the arrest was also shown.

29



**International Reaction**

On May 12, the French foreign ministry "condemn[ed]" what it called a "groundless arrest" and "call[ed] for [the detainees'] immediate release." The ministry said the government had "fully mobilized" to help the two, had sought consular access to them, and had summoned the head of Iran's embassy in Paris to explain the arrest.



**Fariba Adelkhah**
French-Iranian Academic



**Biography**

Fariba Adelkhah is a French-Iranian anthropologist at the university SciencesPo in Paris. She has published a study of Islamic women in Iran and, more recently, has focused on Shiite clerics' movements between Iran, Iraq, and Afghanistan. She has spent extensive time researching in Iran, and has largely stayed out of politics. In 2009, she wrote an open letter to Iran's then-president, Mahmoud Ahmadinejad, protesting the government's equating of academic research to espionage.

**Arrest**

On June 5, 2019, Adelkhah was arrested in Iran—reportedly by the intelligence service of the Islamic Revolutionary Guard Corps (IRGC)—where she was conducting research and visiting her mother. Her SciencesPo colleague and longtime companion Roland Marchal, who had flown to Tehran to spend the Eid holiday with her, was also arrested.

**Treatment in Captivity**

Marchal was held, and Adelkhah remains, in Tehran's notoriously brutal Evin Prison. Unlike Marchal, Adelkhah has not been allowed to meet with French consular officials because Iran does not recognize dual nationality.

On June 22, 2020, Agence France-Presse published a story about a secret audio recording from Anousheh Ashoori, another hostage held by Iran. Ashoori said a fellow detainee told him the detainee saw Adelkhah entering the prison being beaten and dragged by her hair.

Adelkhah's international support committee claims that the Iranian authorities offered to release her if she stayed in Iran and stopped her scholarly activities. She allegedly refused that offer. Marchal said after his release from prison that Adelkhah wants an unconditional release. "She wants to go out with her head held high, with her computer and her field notes, and does not want her release to be subject to restrictions on her rights of expression in Iran. She wants to continue doing her research work in Iran and does not want to submit to any blackmail."



On December 24, 2019, Adelkhah started a hunger strike to demand that the regime release Marchal and her. She ended it on February 12, 2020, due to health concerns, and shortly after that, Adelkhah was admitted to the prison's hospital for acute kidney damage. Her lawyer said in May of 2020 that Adelkhah still had kidney problems and walked with difficulty.

In early February of 2020, Marchal and Adelkhah petitioned for permission to marry so that they could meet with each other in prison. No judgment on their petition was made public.

Reports in September of 2020 claimed that Adelkhah was being transferred from Evin Prison, but no further details were provided.

**Charges, Trial, and Sentencing**

The regime held Marchal and Adelkhah for months without making criminal charges public, but finally disclosed that he would be tried for "collusion to endanger national security," while she would be tried for both that charge and "propaganda against the political system of the Islamic Republic." She had also initially been charged with "espionage" (by contacting dissidents and civil rights activists under the pretense of her research) and "disturbing public opinion" (by opposing laws mandating gender discrimination and requiring women to wear head-coverings), but those counts were dropped.

The trial commenced on March 3, 2020, though only Adelkhah appeared. Further proceedings were postponed until April 18, 2020.

After the couple's trial began on March 3, 2020, their Paris-based committee of supporters condemned the hearing as a "masquerade of justice" and accused the regime of "deliberately putting in danger the lives of our two colleagues—already weakened—by keeping them in an overcrowded jail while the country is hit by a serious coronavirus epidemic whose scale is being played down and which is not under control."

On May 16, 2020, Adelkhah was sentenced to five years in prison for the aforementioned "collusion" charge and one year for the "propaganda" charge. Her lawyer said that he expected the prison terms would be served concurrently. An Iranian judiciary spokesman announced on June 30 that Adelkhah's appeal was denied and she would serve a total of five years in prison. Her prison sentence ends in June 2024.

**Marchal's Release**

Iran freed Marchal on March 20, 2020, in exchange for France simultaneously releasing Jalal Rohollahnejad, an Iranian accused of violating U.S. sanctions laws. Marchal returned to France the next day. The regime continues to hold Adelkhah hostage in Evin Prison.



**Adelkhah's Temporary Release**

Adelkhah's lawyer announced on October 4, 2020, that she had received an indefinite furlough and is staying with her sister and brother-in-law in Tehran. The authorities required her to wear an electronic ankle monitor and not go further than 300 meters from where she lives. Her attorney did not say if the regime released her due to the widespread COVID-19 infections in Iranian prisons.

**Reincarceration**

The Iranian authorities imprisoned Adelkhah again in January 2022, claiming she had broken the conditions of her house arrest "dozens of times" despite multiple warnings.

**International Reaction**

In July of 2019, French President Emmanuel Macron personally asked Iranian President Hassan Rouhani to explain the reason for Adelkhah's arrest. France's foreign ministry also insisted on consular access to her "without delay," to no avail. In October 2019, the ministry outright demanded Adelkhah's release.

In December of 2019, the French government summoned Iran's ambassador and demanded again that Marchal and Adelkhah be released and that French consular officials be allowed to meet with them. France's foreign minister reiterated those demands to his Iranian counterpart in February of 2020, and President Macron again urged Tehran to free Adelkhah after Marchal was freed in March of 2020.

SciencesPo has claimed that it is taking several steps to help Adelkhah and Marchal, working closely with the French Ministry of Europe and Foreign Affairs and the French National Centre for Scientific Research. The university specifically mentioned that it had made sure that the two hostages had a very experienced attorney who is on the Iranian regime's approved list. In July of 2019, the SciencesPo faculty issued a message expressing their "warmest support" for Adekhah and her family and their "strong hope" for her speedy release. The International Sociological Association endorsed that message.

Also, in July of 2019, the president of the Middle East Studies Association (MESA) and the chair of its Committee on Academic Freedom sent a letter in support of Adelkhah to Ayatollah Ali Khamenei, Iran's supreme leader, and Major General Hossein Salami, the IRGC's commander-in-chief. The MESA officials objected to the regime's increasing imprisonment of academics and urged the recipients to free Adelkhah immediately and make sure she returned to France safely.



In May of 2020, French Foreign Minister Jean-Yves Le Drian decried Adelkhah's prison sentence. "This sentencing was founded on no serious elements and was politically motivated," he said. "So, we firmly say to the Iranian authorities to release Fariba Adelkhah without delay." Le Drian added that "This decision makes our relations with the Iranian authorities a lot more difficult." A foreign ministry spokesman condemned the denial of her appeal in late June of 2020.

Adelkhah's support committee has characterized Iran's repeated hostage-taking of scholars and researchers as a challenge to academic freedom and the "international scientific community." In that vein, the committee criticized France's minister of higher education, research, and innovation, Frédérique Vidal, for showing "indifference" to Adelkhah's case despite its significance for academic freedom. The committee said Vidal had "confined herself to a few mechanical statements" and referred questions to the French foreign ministry. "Her silence is shocking and contemptuous of our profession as researchers and teachers," they added.

Vidal, a former biochemist and university administrator, denounced the Iranian judiciary's rejection of Adelkhah's appeal in late June of 2020, calling it "unacceptable" and saying, "The freedom of researchers must be guaranteed everywhere in the world." The support committee also criticized European countries for their silence on Adelkhah's detention, and called for "suspension of international scientific cooperation with Iran" until the regime released imprisoned academics.

A portrait of Adelkhah was displayed on the façade of Paris's City Hall on June 5, 2020, the one-year anniversary of her arrest.

In late September 2020, France, Germany, and the U.K., in a coordinated action, each summoned the Iranian ambassadors to those respective countries to protest the Iranian regime's imprisonment of citizens of those countries, as well as other human rights abuses. However, there were no reports that any of the three governments threatened Iran with any consequences if those policies continued.

In December 2020, Adelkhah was granted the Irène Joliot-Curie Prize for Woman Scientist of the Year by the French Ministry of Higher Education, Research and Innovation.

After Iran again imprisoned Adelkhah in January 2022, France's foreign ministry said the government "demands the immediate release of Ms. Adelkhah," adding the move "can only have negative consequences on the relationship between France and Iran and reduce confidence between our two countries." President Macron stated that the action was "entirely arbitrary" and that "the whole of France" was "mobilized for her release." During a phone call on January 29, 2022, President Macron urged Iranian President Ebrahim Raisi to immediately free Adelkhah.



UNITED
AGAINST
NUCLEAR
**IRAN**

**Jamshid Sharmahd**
Iranian-German Activist, Broadcaster, and Businessman



**Biography**

Jamshid Sharmahd is a businessman and broadcaster and an official of the Kingdom Assembly of Iran (aka Tondar). Tondar is a small exile group that opposes the Iranian regime and seeks to restore the monarchy, but opposes Crown Prince Reza Pahlavi, making it an outlier among monarchist groups.

According to a profile on Tondar's website, Sharmahd was born in Iran in 1955 and emigrated to Germany, where he studied electronic engineering in university and then worked for large multinational corporations like Siemens and Bosch.

In 1997, per Tondar, Sharmahd founded his own software engineering firm in Germany. In 2002, he formed the U.S. company Sharmahd Computing and moved to Los Angeles the following year. He holds a U.S. visa but is not an American citizen or permanent resident, according to the Global Liberty Alliance, which represents him.

**Involvement in Tondar**

According to Tondar, Sharmahd joined the group while living in LA, which has a large Iranian expatriate community. He set up Tondar's website and created and ran Tondar's broadcasting arm, Radio Tondar.

The Iranian regime claims that Tondar, with the help of the U.S. and U.K., has carried out terrorist attacks in Iran, including a 2008 explosion at a Shiraz mosque that killed 14 and wounded more than 200. The group initially appeared to take credit for the attack but later distanced itself from responsibility for the blast and claimed the site was not a mosque but a base of the Basij, the volunteer paramilitary branch of the Islamic Revolutionary Guard Corps (IRGC). Tondar did assume responsibility for a blast at an Iranian refinery in 2016 and the bombing of a seminary school in 2019.  However, the group itself has not offered much evidence for its claims, and the U.S. has not designated Tondar a foreign terrorist organization.

After Tehran announced Sharmahd's capture in 2020, Tondar proclaimed that it "will continue to fight even in the absence of companions and commanders." However, Sharmahd's family says that he is only Tondar's spokesperson and was not involved in any attacks. Likewise,

35



according to Sharmahd's legal representatives, he "has repeatedly held that he had no involvement in any attack. He merely advocates for the freedom of the Iranian people." In 2009, the regime convicted and executed three men for the Shiraz mosque explosion, alleging they were affiliated with Tondar and had acted on instructions from a CIA agent. In 2010, the government hanged two Tondar members who had "confessed to obtaining explosives and planning to assassinate officials."

**Assassination Attempt**

The Iranian government allegedly sought to assassinate Sharmahd in 2009. An Iranian American, Mohammad Reza Sadeghnia, reportedly tried to contract with a hit man to kill Sharmahd, but the desired hit man instead reported Sadeghnia to the police and testified against him. A leaked U.S. State Department cable claimed that Sadeghnia had confessed to working for the Iranian regime and surveilling Sharmahd.

Sadeghnia served one year in prison before being released on probation. After receiving permission to visit his sick father in Iran, he did not return for a court date and disappeared.

**Capture**

According to the Global Liberty Alliance, Sharmahd traveled from the U.S. to India and Germany in March 2020, reportedly for business. During his trip, he was stranded for three months in Mumbai due to COVID restrictions. According to his counsel, Sharmahd then went to Amsterdam to get a flight home, but the U.S. did not allow Sharmahd to return because he did not hold citizenship or a green card. Sharmahd then decided to return to India via a connecting flight to the United Arab Emirates city of Dubai.

While in Dubai, Sharmahd corresponded with his family on July 28. He then went incommunicado. His phone's GPS indicated that Sharmahd remained at his hotel in Dubai that day. According to the hotel, Sharmahd checked out on July 29, and GPS tracking shows his phone crossed the border from the UAE to Oman that day, even though Oman did not permit tourists to enter then due to the coronavirus. His wife received a text from his phone saying he was OK and would call her. The next day, July 30, his phone's signal terminated.

Iran's intelligence ministry announced two days later, August 1, 2020, that it had arrested Sharmahd "following a complicated operation." The regime called Sharmahd "the ringleader of the terrorist Tondar" and said he "directed armed and terrorist acts in Iran from America," including the aforementioned 2008 Shiraz mosque bombing.

Iranian foreign ministry spokesman Abbas Mousavi thanked Iran's intelligence services for capturing Sharmahd and criticized the U.S. for "supporting this terrorist group."



**Treatment in Captivity**

Iranian state television has broadcast two coerced "confessions." In the first, aired shortly after the regime announced his capture, a blindfolded Sharmahd, his face seemingly swollen, assumed responsibility for the Shiraz mosque attack, saying, "They needed explosives and we provided it."

Sharmahd's family and human rights groups have expressed concern for his health, claiming he has Parkinson's disease, diabetes, and heart disease.

Germany's foreign ministry official stated that their embassy has "frequently requested consular access" to Sharmahd. "However," he added, "Iranian authorities have denied these requests." Tehran does not recognize dual nationality, and therefore does not grant foreign consular access to Iranians who hold additional citizenships.

As permitted by Islamic Republic law, the authorities have also refused to let the lawyer picked by Sharmahd's family meet with him or see the charges against him, according to his daughter, Gazelle, "because his case is in an investigation phase at this time." They have offered to grant access to an attorney from a list approved by the regime, provided the family paid the lawyer $250,000.

Sharmahd has been allowed a few phone calls with his family. He informed them in November 2020 that he was jailed in Iran's infamously brutal Evin Prison, but later told them he had been moved to a location he did not name. In March 2021, he mentioned that he had lost about 40 pounds and that the authorities had pulled several of his teeth, but did not provide additional details.

**Charges**

The regime has not publicly revealed the formal charges against Sharmahd, but has accused him of responsibility for the 2008 Shiraz mosque attack. After Sharmahd's arrest, Iranian state TV also accused Tondar of launching an explosion at the Tehran mausoleum of Iran's first supreme leader, Ayatollah Ruhollah Khomeini, that wounded several persons, and of planning to attack a dam and to detonate cyanide bombs at a book fair in Tehran.

**Trial**

Sharmahd went on trial on February 6, 2022, for "spreading corruption on earth," which carries a death sentence. Sharmahd's daughter, Gazelle, said he had not been allowed to meet with his lawyer and that the lawyer had not been permitted to review the evidence.



**International Reaction**

The day the regime announced Sharmahd's capture, a U.S. Department of State spokesperson said the administration was "aware of reports related to the detention of Mr. Sharmahd. The Iranian regime has a long history of detaining Iranians and foreign nationals on spurious charges. We urge Iran to be fully transparent and abide by all international legal standards." In June 2021, another spokesperson from the State Department said, "We will work with our allies, many of which have citizens currently detained by Iran, to seek their citizens' release and stand up to the disgraceful practice of using unjust detentions of foreign citizens as a political tool."

The German government has said little about Sharmahd's case, aside from affirming that it has repeatedly and unsuccessfully sought consular access to him. Sharmahd's daughter, Gazelle, has criticized Berlin for negotiating with Iran to restore the 2015 nuclear deal while Sharmahd remains in prison. "The Foreign Office is negotiating with the kidnappers of a German citizen in Vienna," she said. "How can you tolerate that as a free citizen? Germany is a big trading partner, and they can put pressure on them. They can do something, they have to do something, they cannot accept such an injustice, but they do nothing."

Human rights organizations, including Human Rights Watch and Amnesty International, have protested Sharmahd's detention.

"We're seeking support from any democratic country, any free country," Sharmahd's son, Shayan, said. "It is a violation of human rights. You can't just pick someone up in a third country and drag them into your country." He added in July 2020: "Don't be keep silent, we have to speak up. Now is definitely the time. And that goes out not just to all the people, but to all the governments, and the organisations. It affects everybody."

Gazelle Sharmahd has stated that her father's detention has devastated their family. "My mother has not had a single night of sleep since her partner and love of her life was forcefully taken after 40 years of marriage," she said. "My brother and I are desperate about what to do without our role model, our father, and our best friend. My daughter, his only grandchild, was born five months ago, and I do not even want to imagine that he may never have the chance of holding her in his arms." Gazelle said that Jamshid "did not commit any crime, unless freedom of speech or the press are considered illegal in this world. He has spent his life speaking up for the oppressed people of Iran and has taught us through his actions that helping those that cannot help themselves is one of the most important virtues of humanity."

After Sharmahd went on trial, Gazelle Sharmahd criticized the American and German governments for their inaction on her father's case. "America and Germany, where are you?" she asked. "You go to Vienna to fancy hotels [for nuclear talks] while my dad is paraded in this



made for a television show or kangaroo trial. Where is your humanity? The so-called international community: Where is this compassion for your fellow human being? If Iran wants to be treated as an equal among the nations, it has to earn it. The supreme leader is making a mockery of you all."

She added, "We still do not know how he is, we just saw these pictures that were allowed to be circulated by the press. I can see the sheer terror in my dad's face, even hidden behind the mask and the prisoner uniform. They could not hide the terror that is evident in his eyes. 555 days of isolation, torture and forced confessions, yet he is still in shock when they present this garbage of a show trial to him. How can anyone endure this amount of physical and psychological pressure for such a long time?"

Sharmahd's U.S.-based attorney, Jason Poblete, echoed Gazelle's criticisms. "The German and American governments have a duty to secure Mr. Sharmahd's unconditional release from Iran; they are not doing nearly enough. If the U.S.-Iran envoy, Robert Malley, cared more about helping Americans rather than inking a deal Iran is already breaking, Jimmy and other hostages would be home today."



**Kamal Alavi**
Iranian-Swiss Businessman



**Biography**

Kamal Alavi is an Iranian-Swiss dual national and the CEO of Stratxx, a telecommunications company. He reportedly worked for the Iranian regime in the 1980s.

Alavi, who received a degree in physics from the University of Texas, announced in the mid-2000s that he had a strategy to use solar-powered airships, instead of cellular phone towers, to provide wireless mobile reception in Switzerland.

In 2014, Stratxx declared that it had launched a tethered airship, called the X-Tower, "to carry telecommunications and broadcast payloads." In a test, the airship "broadcasted 12 digital television and two FM radio channels," Stratxx claimed. However, Stratxx did not proceed with its plan, instead, declared bankruptcy later that year. The company's assets were transferred beforehand to Swiss Space Sensors Technologies AG, which Alavi runs.

According to a news report, Alavi has "been active in the introduction of advanced technology of military night-vision radars and space balloons in [Iran]."

**Detention**

When Alavi traveled to Iran in recent years is unknown. The regime has reportedly held Alavi in the notoriously brutal Evin Prison since no later than 2017 because he allegedly revealed "confidential information of the Iranian Space Agency." He has reportedly completed his prison sentence but is not being released until he pays the government $250 million and transfers all his shares in Swiss Space Sensors Technologies AG to Iran's security and police organs.



**Kamran Ghaderi**
Iranian-Austrian Businessman



**Biography**

Iranian-Austrian businessman Kamran Ghaderi, a Kurd, is the CEO of Avanoc, an Austrian IT management and consulting company that has operated in Iran for many years. Ghaderi had been living with his wife and three children in Vienna at the time of his arrest.

**Arrest**

Ghaderi was detained upon arrival in Tehran on January 2, 2016, when visiting for an official Austrian-Iranian trade meeting attended by senior Austrian officials. In response to his arrest, his wife Harika said, "everything he's been doing is legal, he was working in Iran; it's not forbidden."

**Treatment in Captivity**

Ghaderi is currently being held at Tehran's notoriously brutal Evin Prison, and was kept in solitary confinement for almost a year. He has been denied access to Austrian consular assistance and was not allowed to speak with a lawyer until two days before his trial. He was allowed to call his mother in April of 2016 for the first time since his arrest. Since then, she has been allowed to visit him in prison every other week. Harika said her husband had lost a lot of weight since his arrest. In December 2018, a report claimed that the authorities were denying him treatment for a tumor in his left leg and had not provided him the opportunity to do physical therapy to recover from surgery to relieve disc pain in his back.

The Hengaw Organization for Human Rights, which reports on violations of Iranian Kurds' human rights, claimed in December 2020 that Ghaderi had contracted COVID-19 in prison.

**Charges, Trial, and Sentencing**

On October 18, 2016, Tehran Prosecutor General Abbas Jafari Dolatabadi said that Ghaderi was among six individuals who received 10-year prison sentences for spying and working with the U.S. government. According to the anonymous source, the prosecution used a coerced



confession to convict Ghaderi. "They threatened him that if he didn't cooperate, his wife would be taken into custody. They forced him to sign a confession under intimidation and psychological torture, otherwise they had nothing to convict him of espionage." Ghaderi also stated that his interrogators lied to him, claiming that they had arrested his mother and brother and would keep them imprisoned until he agreed to make their desired confession.

Responding to the charges, his wife said, "How can they say something like that about Kamran? I don't understand," adding that he had no ties to the United States and was not involved in politics. She said that the family is planning to appeal the sentence.

In an open letter to Austrian Foreign Minister Alexander Schallenberg in April 2021, the families of Ghaderi and fellow Iranian-Austrian hostage Massud Mossaheb slammed Schallenberg for refusing to pressure Iran publicly to release the captives. "You do not publicly request their release, nor do you publicly acknowledge the injustice, torture and illegality of their imprisonment," the families wrote. "After years of continuing to rely on 'silent diplomacy,' we interpret this either as a sign of resignation, a lack of commitment or a lack of will to consider alternative strategies." The hostages also criticized the minister for not communicating with them for over a year. They urged him to use the April international negotiations in Vienna over the Iran nuclear deal to publicly demand that Iran free Ghaderi and Mossaheb.

Austria's Foreign Affairs Ministry told the media that the cases of the two hostages were at the "top of our agenda" and that the ministry had raised the issue during the Vienna talks. "We have been consistently advocating for their unconditional release in all our contacts with the Iranian government at all levels. Austrian citizens imprisoned abroad are entitled to consular protection. We constantly work on obtaining improvements of prison conditions and adequate medical treatment for the persons concerned. In our efforts, we are in close touch with the families' of the prisoners. Our ultimate goal is the prisoners' release and to see them reunited with their families and loved ones." In solidarity with the #FreeTheHostages campaign launched by former American hostage and UANI Senior Advisor Barry Rosen during the Vienna nuclear negotiations in 2022, Ghaderi's wife announced that her husband would undertake a hunger strike in Evin Prison.



UNITED
AGAINST
NUCLEAR
**IRAN**

**Massud Mossaheb**
Iranian-Austrian Businessman



### Biography

Massud Mossaheb is an elderly Iranian-Austrian dual national based in Vienna. He was born in 1937 in Iran and moved to Austria in 1965, attaining a doctorate in mechanical engineering from the Vienna University of Technology. He worked in Iran for the International Atomic Energy Agency in 1977–78, prior to the Islamic Revolution. He later worked for the German technology company Siemens, where he served as technical project manager of Austria's first space mission.

According to Mossaheb's daughter, he worked pro bono for the Iranian-Austrian Friendship Society (ÖIG), which was founded in 1991 by the then–foreign ministers of Iran and Austria. Mossaheb served as secretary-general of the society, which names as one of its focuses "developing economic relations between the two countries, with ÖIG acting in close cooperation with the Austrian Federal Economic Chamber and the Tehran Foreign Trade Office." The group states that it "has numerous contacts with Iranian authorities and can informally assist in initiating and maintaining contacts."

### Arrest

The regime arrested Mossaheb in late January of 2019 when he traveled to Iran with a delegation from MedAustron, an Austrian radiation therapy and research firm seeking to establish a center in Iran. The president of ÖIG, former Austrian defense minister Werner Fasslabend, expressed surprise that the Iranians took Mossaheb as a hostage, given the latter's devotion to building Iranian-Austrian cooperation. "[T]here is no connection" between Mossaheb's arrest and his consulting work for the MedAustron project," Fasslabend said.

### Treatment in Captivity

Amnesty International stated that the regime initially detained him in a hotel room, where they deprived him of sleep and questioned him without access to legal counsel, eventually forcing him to sign documents. He was then transferred to Tehran's notoriously brutal Evin Prison, where he was placed in solitary confinement for weeks, refused health care, threatened with physical abuse, denied sleep, and not permitted access to legal counsel. Because Iran does not recognize dual citizenship, Mossaheb has not been granted Austrian consular access.



Amnesty International released an alert in November 2020 claiming Mossaheb suffers from "serious medical conditions, including heart and kidney failure, diabetes and high blood pressure, for which he needs ongoing specialist medical care and daily access to medication." Amnesty said the regime refused to let him see a cardiologist outside the prison.

In January 2021, a secret audio recording of Mossaheb was released. In it, he pled with listeners to "help me and rescue me from this hell." He said that he suffers from multiple medical illnesses, including diabetes, a faulty heart valve, neuropathy, cystic lung disease, and a kidney cyst. Mossaheb added that he also had a stroke, received nine rounds of kidney dialysis, and contracted COVID-19. Mossaheb's daughter added that he "now suffers from asthma, shortness of breath, and severe depression."

**Charges, First Trial, Sentencing, and Second Trial**

Mossaheb languished in prison for close to one year before his trial, which commenced on January 4, 2020. According to a pro-Mossaheb Twitter account, on May 20, the Revolutionary Court sentenced him to ten years' imprisonment for espionage, and an appeals court upheld Mossaheb's sentence on July 13. However, al-Jazeera did not report that Mossaheb had been convicted until August 11.

A judiciary spokesperson said Gholamhossein Esmaili said Mossaheb was "spying for [the] Mossad and Germany in the guise" of his ÖIG work, giving them intelligence on the "missile, nuclear, nanotechnology and medical fields" in Iran.

On May 5, 2021, Iranian human rights lawyer Hosein Taj tweeted that Branch 41 of Iran's Supreme Court had granted Mossaheb a new trial.

**International Reaction**

The Austrian government is in touch with Mossaheb's family and has tried to use "silent diplomacy" to get Mossaheb released, to no avail. In July of 2019, Austrian Foreign Minister Alexander Schallenberg contacted his Iranian counterpart, the supposedly moderate Mohammad Javad Zarif, seeking his help to free Mossaheb.  On July 31, 2019, seven months after Mossaheb's arrest, an Austrian foreign ministry spokesman said his government had insisted—unsuccessfully—that Tehran release Mossaheb as a humanitarian gesture, given his age.

Mossaheb's daughter, Fanak Mani, has written, "I wish my homeland—Austria and the European Union—would fight more for their hostages in Iran. The careful exchange of courtesies… proves to be a dead end. We are not talking about individual cases, but now about systematic hostage-taking. Shouldn't you reclaim your own people first before continuing



profitable business with Iran? In any case, we will not accept the fact that an innocent man should spend the rest of his life incarcerated….”

ÖIG President Werner Fasslabend urged Iranian President Hassan Rouhani and Foreign Minister Mohammad Javad Zarif to enforce “clarity and the rule-of-law principles” in this “absolutely incomprehensible and absurd matter.”

In an open letter to Austrian Foreign Minister Alexander Schallenberg in April 2021, the families of Mossaheb and fellow Iranian-Austrian hostage Kamran Ghaderi slammed Schallenberg for refusing to pressure Iran publicly to release the captives. “You do not publicly request their release, nor do you publicly acknowledge the injustice, torture and illegality of their imprisonment,” the families wrote. “After years of continuing to rely on ‘silent diplomacy,’ we interpret this either as a sign of resignation, a lack of commitment or a lack of will to consider alternative strategies.” The hostages also criticized the minister for not communicating with them for over a year. They urged him to use the April international negotiations in Vienna over the Iran nuclear deal to publicly demand that Iran free Mossaheb and Ghaderi.

Austria’s Foreign Affairs Ministry told the media that the cases of the two hostages were at the “top of our agenda” and that the ministry had raised the issue during the Vienna talks. "We have been consistently advocating for their unconditional release in all our contacts with the Iranian government at all levels. Austrian citizens imprisoned abroad are entitled to consular protection. We constantly work on obtaining improvements of prison conditions and adequate medical treatment for the persons concerned. In our efforts, we are in close touch with the families’ of the prisoners. Our ultimate goal is the prisoners’ release and to see them reunited with their families and loved ones."

45



**Meimanat Hosseini-Chavoshi**
Australian-Iranian Academic



### Biography

Meimanat Hosseini-Chavoshi is an Australian-Iranian citizen and demographer who is employed as an academic at the University of Melbourne's School of Population and Global Health. She has written about the Iranian government's population-control policies.

### Arrest

Hosseini-Chavoshi visited Iran in 2018 to go on a study tour and speak at a conference on aging populations at the invitation of the labor and social-welfare ministry.

Hosseini-Chavoshi was arrested in Tehran on her way to leave Iran in December of 2018.  after going on a study tour in the country and speaking at a conference on aging populations after being invited to do so by the labor and social-welfare ministry.

### Charges

The authorities charged Hosseini-Chavoshi with trying to "infiltrate" Iranian institutions in order to impede the government's efforts to increase the country's birth rate.

### International Reaction

In December of 2018, a Human Rights Watch researcher published an analysis of Hosseini-Chavoshi's case and the broader problem of detention of dual nationals and foreign nationals in Iran. She stated that "Iranian authorities should ensure the rights of these detainees and grant them fair trials to end this grave misjustice."

Additionally, the Committee of Concerned Scientists wrote to Ayatollah Sadegh Larijani, then the head of Iran's judiciary, in December of 2018, urging that she "be released immediately and unconditionally" and that she and a fellow family-planning scholar whom had been brought in questioning be allowed "to continue their academic work without harassment or intimidation." The Middle East Studies Association's Committee on Academic Freedom also wrote to Larijani

46



and to Supreme Leader Ayatollah Ali Khamenei as well, urging them to release Hosseini-Chavoshi and other imprisoned scholars immediately and "ensure their safe return to their countries of residence and to their families."

**Release and Possible Exit Ban**

Hosseini-Chavoshi's lawyer announced in January of 2019 that she had been released. Iranian state television later reported that the charges against her were dismissed. However, the Australian Broadcasting Corporation reported in October of 2019 that she had not been heard from since her release and that the regime may be preventing her from leaving Iran.

**Trial and Sentence**

On November 1, 2020, the BBC reported that Hosseini-Chavoshi had been convicted of "colluding against national security" by researching the use of birth control in Iran, and had been sentenced to five years' imprisonment. She reportedly is out on bail.



**Mehran Raoof**
British-Iranian Labor Activist



### Biography

Mehran Raoof is a labor rights activist and national of Iran and the U.K. who has divided his time between the two countries.

### Arrest

On October 16, 2020, IRGC intelligence functionaries raided and searched Raoof's home and arrested him, confiscating his computer and several other belongings. The Iranian regime arrested other labor rights activists throughout the country that month.

A colleague of Raoof who lives in London told the *Daily Telegraph* that Raoof helped translate news articles from English to Farsi. He added that the Iranian government had detained Raoof and 15 other workers because a young girl had surreptitiously recorded their conversations about labor rights at a coffee shop.

### Treatment in Captivity

The authorities threw Raoof into Iran's notoriously brutal Evin Prison. He has been in solitary confinement for months, and the authorities have refused to let him contact his immediate family—none of whom live in Iran—or meet with the judiciary-certified Iranian attorneys whom his family hired to represent him. His friends have attempted to hire an attorney of Raoof's choice, but the government has refused to make Raoof's case file available to that lawyer before Raoof's trial.

### Charges and Trial

The regime has never publicly stated the precise charges against Raoof and the status of his case. His trial date was set for April 28, but little or no news from his trial was reported publicly.

### Sentencing

Raoof was sentenced to 10 years' imprisonment by Branch 26 of Tehran's Islamic Revolutionary Court, according to an August 4, 2021, tweet by his lawyer. The attorney, Mostafa Nili, said that Raoof was sentenced to ten years for the crime of "participating in the management of an illegal group" and eight months "for propaganda activities against the regime."



A Britain-based supporter of Raoof, Satar Rahmani, said that the judge who presided over Raoof's trial told Raoof in Evin Prison that he "deserved" the sentence. Raoof had told the judge that he was afraid that he would die in prison.

**International Reaction**

The British government "strongly" condemned Raoof's sentence, stating, "We continue to do all we can to support Mehran and his family, and continue to raise his case at the most senior levels."

Amnesty International first brought Raoof's case to light and has called for his immediate release.

49



**Nahid Taghavi**
German-Iranian Human Rights Activist



**Biography**

Nahid Taghavi is a longtime human rights activist who resided in Germany but also had an apartment in Iran, according to Middle East Eye.

**Arrest**

The authorities arrested Taghavi while she was visiting Tehran in October 2020. Satar Rahmani, a supporter of imprisoned British-Iranian hostage Mehran Raoof, said that both Taghavi and Raoof were arrested after going to secretly record meetings of activists at a Tehran coffee shop.

**Treatment in Captivity**

Amnesty International said in February 2021 that the regime was keeping Taghavi in "prolonged solitary confinement." The *National* reported that she was being held at Tehran's notoriously brutal Evin Prison and had been infected with COVID-19.

Taghavi's daughter, Miriam Claren, said that the authorities only permitted Nahid's brothers to visit her in April 2021, almost seven months after her arrest.

**Charges and Trial**

Taghavi's trial reportedly started on April 28, 2021. Taghavi's daughter said the proceedings were held in secret.

**Sentencing**

Taghavi was sentenced to more than ten years' imprisonment by Branch 26 of Tehran's Islamic Revolutionary Court, according to an August 4, 2021, tweet by her lawyer. The attorney, Mostafa Nili, said that she was sentenced to ten years for the crime of "participating in the management of an illegal group" and eight months "for propaganda activities against the



regime." Taghavi's daughter, Miriam, confirmed the sentence, saying the trial was held in secret.

**International Reaction**

A spokesperson for Germany's foreign ministry stated in August 2021 that Germany could not provide Taghavi consular aid because she was on trial in her native country. Frank Schwabe, the German opposition Social Democratic Party's human rights spokesman, criticized Taghavi's conviction and sentencing, saying, "The charges are baseless and the verdict a farce."

Taghavi's daughter said Nahid, and other human rights activists sentenced at the same time as her, are "not members, or leaders, of a group. Their minds are left-wing, but this is it. "They are in prison because of the systems of belief and [the regime] created a case against them."





**Reza Eslami**
Iranian-Canadian Academic



### Biography

Reza Eslami is an Iranian-Canadian [professor of human rights and environmental law](#) at Shahid Beheshti University (SBU) in Tehran. He [earned a Ph.D. in law](#) from McGill University in Montreal, Canada, and taught at SBU for [almost 20 years](#). He was a [visiting fellow at McGill](#) from 2019–20. He has [authored](#) 17 books and more than 50 articles on human rights.

### Arrest

Eslami was [arrested](#) at SBU in May 2020 by agents of Iran's Ministry of Intelligence and Security (MOIS). They searched his office and seized his personnel effects, including computers, books, and cellular phones. They also searched his home. He was arrested because he [participated in a legal training course](#) in the Czech Republic put together by a U.S.-funded Czech nongovernmental organization.

The regime jailed Eslami in the notoriously brutal [Evin Prison](#). He is held in [Ward 209](#), which houses political prisoners, is reportedly run by MOIS, and is known for particularly harsh conditions for inmates.

### Charge, Trial, and Conviction

The authorities [charged](#) Eslami with "cooperating with an enemy state"—namely, the U.S.— through his involvement in the aforementioned course. In an audio recording from prison, Eslami said the charges were "baseless" and said his scholarship was free of "political, security and foreign-relations issues."

Eslami's trial [began](#) on October 20, 2020, in Branch 15 of the Islamic Revolutionary Court of Tehran. He was tried before Tehran Revolutionary Court [Judge Abolqassem Salavati](#), who is [nicknamed](#) "the Hanging Judge" or "the Judge of Death" for imposing harsh sentences in political cases.

In February 2021, he was [convicted and sentenced](#) to seven years' imprisonment and prohibited from traveling abroad or teaching. On appeal, his sentence was [reduced](#) to five years. After Eslami was sentenced, he was [reportedly](#) put in the general population of Evin.



**Shahram Shirkhani**

Iranian-British Lawyer



**Biography**

[Shahram Shirkhani](#) is an Iranian-British attorney, founding partner of the Tehran international-law firm Shirkhani and Alavi, and teacher at the faculty of law of Islamic Azad University in Tehran. Shirkhani's [Twitter profile](#) states that he "offers in-depth experience in finance, banking, and commercial law."

**Charges, Conviction, and Sentence**

An Iranian judiciary spokesperson [announced](#) on August 12, 2020, that Shirkhani had been sentenced to ten years in prison for espionage. The spokesperson, Gholamhossein Esmaili, said that in recent months, the regime had arrested Shirkhani; fellow Western hostage [Massud Mossaheb](#), an Iranian-Austrian; and three other unnamed Iranians "who were spying for foreign intelligence services." Esmaili did not disclose any information about Shirkhani's arrest, his pre-trial detention, the prison where he is incarcerated, or the country for which he allegedly spied.



# Recently Released or Escaped

**Anousheh Ashoori**
Iranian-British Businessman



**Biography**

Anousheh Ashoori (born April 9, 1954) is a British-Iranian dual national and businessman who ran a building-supplies company and lived periodically in the U.K. since he was 17. His daughter Eilka, an actress, residing in London, said, "My father has nothing to do with politics and told us not to get involved in politics."

**Arrest**

Ashoori was detained in Tehran in 2017 while visiting his mother.

**Treatment in Captivity**

Ashoori's daughter said that he was held in solitary confinement for five months. She added that her father's captors had put him through "systematic torture," including telling him that the Iranian regime-controlled gangs could "stab your daughter or wife in London." She stated that Ashoori tried to kill himself because he was so distressed and wanted to protect his family.

Ashoori suffers from chronic dental problems and requires regular checkups, but his jailers have refused to treat him outside the prison. Ashoori's family claims that the prison's dentists are "15th-century butchers" who use the same unsterilized instruments on one patient after another. Ashoori said in an audio recording that the dentists in prison charge inmates for any treatment other than extracting teeth.

The regime has not given Ashoori British consular access because Iran does not recognize dual nationality.

On June 22, 2020, Agence France-Presse published a story about a secret audio recording from Anousheh Ashoori. He pleaded for help from U.K. Prime Minister Boris Johnson, saying, "My fear is that the British government has forgotten us." Another audio message from Ashoori was released on August 13, 2020, the third anniversary of his imprisonment. "With the rampant rise



of Covid-19 in Iran, particularly in Evin, I am not even sure if I will have the chance to hold my wife and children in my arms again," Ashoori said. "Dear Prime Minister Johnson and President Rouhani, please put yourselves in my position and tell me what lengths you would go to as an innocent man to be with your family. I implore you to get me and my fellow British nationals out of this hellhole before it is too late for us. Our lives are in your hands."

Ashoori has also used his recordings to reveal information on human rights violations at Evin Prison. These abuses include prisoners being killed as they were brutally interrogated and dying of medical illnesses that resulted from the abject conditions in Evin. Common ailments because of squalid conditions at Evin include heart disease, high blood pressure, stroke, diabetes, cancer, tooth and hair loss, eye problems, anxiety, and depression. The authorities also authorized administering electric shock treatments to prisoners at psychiatric hospitals.

**Trial and Sentencing**

On August 27, 2019, Iran's judiciary announced that Ashoori had been convicted for connections to the Mossad and "acquiring illegitimate wealth" and sentenced to a combined 12 years in prison.

**Hunger Strike**

Elika Ashoori announced on January 22, 2022, that her father would begin a hunger strike the next day in solidarity with others, including former American hostage and UANI Senior Advisor Barry Rosen, striking to seek the release of all Iran hostages."

**International Reaction**

A spokesperson for the British Foreign Office said, "We have been supporting the family of [Ashoori] since his detention and our embassy in Tehran continues to request consular access, The treatment of all dual nationals detained in Iran is a priority and we raise their cases at the most senior levels. We urge Iran to let them be reunited with their families."

Elika Ashoori criticized the British government in May 2021, saying U.K. ministers and other officials "refused to use the name" of her father when speaking publicly about the plight of British-Iranian dual nationals detained by Iran. "Boris Johnson has never mentioned us or been in contact with us privately," Elika told the *Times of London*. She expressed concern that the government would give up fighting for Ashoori's freedom if it obtained the release of more prominent British-Iranian hostage Nazanin Zaghari-Ratcliffe.



**Release**

On March 16, 2022, the Iranian regime released Ashoori and her fellow hostage Nazanin Zaghari-Ratcliffe (also a British-Iranian) into the custody of the British government, and the two left Iran. The two were freed after the U.K. paid Iran $530 million to erase a debt dating back to the 1970s. The shah's government had purchased military vehicles from the British, but the vehicles were not delivered due to the intervening overthrow of the shah and the establishment of the Islamic Republic in its place.



UNITED
AGAINST
NUCLEAR
**IRAN**

**Gholamreza (Reza) "Robin" Shahini**
Iranian-American human rights activist and student



**Biography**

Iranian-American Gholamrez (Reza) Shahini, who goes by "Robin," left Iran as a refugee in 1988 and lived in Germany before moving to the United States in the early 2000s, where he completed a bachelor's degree at San Diego State University. Speculating on why Shahini was arrested, Denera Ragoonanan, a friend of his, said, "Robin has been known for his advocacy of human rights on social media. This advocacy, unfortunately, did not sit well with the Iranian government."

According to family members, Shahini converted to Christianity, which could have added to his troubles with the Islamic Republic. Shahini also had planned to continue his studies and had been accepted into a graduate program in homeland security at San Diego State. This fact may have contributed to the Iranian judiciary's decision to prosecute him.

**Arrest**

Shortly after graduating from San Diego State University, the 46-year-old returned to Iran to see his sick mother on May 25, 2016. On July 11, 2016, security forces arrested Shahini in the northern city of Gorgan. According to Shahini, "it was a terrifying moment, and they blindfolded me and they took me to the custody and I did not know where I was."

**Treatment in Captivity**

Reza has asthma and before he was detained, one of his teeth was operated on and needed further treatment. The authorities did not respond to his family's requests to send him to a dentist outside the prison to prevent an infection. Shahini was held for six days in solitary confinement at the Neynava Detention Center in Gorgan and then transferred to the city's main prison, where he was held in solitary confinement for four days.

Shahini's family also alleged that authorities withheld his asthma medicine and placed him in smoking areas of Gorgan prison to aggravate his condition. In addition, Shahini said, speaking to Vice News via phone from prison, "[T]hey were interrogating me every morning, every afternoon, and I was always by myself in my cell."

58



When Shahini's sentence was announced on October 24, 2016, he said that he was planning to go on a hunger strike to protest his imprisonment, and did so in the spring of 2017. In retaliation, Shahini's captors shaved his head, took away his notebook, suspended phone calls with his family, and threw him into solitary confinement.

**Charges and Conviction**

On August 16, 2016, the International Campaign for Human Rights in Iran (ICHRI) reported that Shahini was formally charged with "acting against national security," "participating in protest gatherings in 2009," "collaborating with Voice of America (VOA) television," and "insulting the sacred on Facebook," but that his lawyer had not been granted access to the evidence being used against Shahini.

The ICHRI viewed the arrest of Shahini as a sign of Iran's "lasting paranoia" over the Green Revolution of 2009, which authorities accused Shahini of actively supporting. Shahini told Vice News, "Whatever information they had is all in the pictures I posted in Facebook, in my web blog, and they use all those evidence to accuse me." He acknowledged that he voiced support for the Green Movement in its protests against the disputed 2009 election results, but had since been a supporter of current President Hassan Rouhani.

On October 24, 2016, it was reported that Robin Shahini was sentenced to 18 years in prison for "collaboration with a hostile government." Shahini said he "just laughed" after hearing his sentence. Shahini was also convicted of "insulting sanctities." That charge can include a number of offenses, such as criticizing Islam or principles of the Islamic Republic. The sentence was issued after only one session before the Revolutionary Court in Gorgan on October 15, 2016. Shahini's trial lasted only three hours, and his lawyer had less than 30 minutes to defend him.

**International Reaction**

The U.S. Department of State told news media that it had seen reports of Shahini's detention, but for privacy reasons, it would not go into specifics about its efforts in particular consular cases. The Department also stated, "The safety and security of U.S. citizens remains our top priority. We continue to use all the means at our disposal to advocate for U.S. citizens who need our assistance overseas."

**Release on Bail, Escape, and Lawsuit**

Shahini was released on $62,000 bail in 2017 after a hunger strike. Sometime in 2017 or 2018, he left Iran (method undisclosed) and came to the U.S.



Shahini filed a lawsuit in a U.S. federal court against the Iranian government and several senior officials of Iran's Islamic Revolutionary Guard Corps (IRGC). The suit claims that Shahini's jailers subjected him to "sleep deprivation, interrogation, solitary confinement, painful shackling, malnutrition, and denial of medical care." Shahini also said that he was attacked, injured, and traumatized by two prisoners—at the government's direction—using a garrote, and threatened with sexual assault if he did not admit to committing espionage for the Central Intelligence Agency (CIA).

Shahini's lawsuit accuses the Iranian regime of engaging in racketeering by taking hostages to extract financial concessions from the U.S. and other countries. The suit asserts that Iran has violated the Racketeer Influenced and Corrupt Organizations (RICO) Act, which has usually been applied against organized-crime and drug-cartel leaders.

Through his lawsuit, Shahini seeks to build in U.S. courts a record of senior Iranian regime figures engaging in taking Westerners hostage. Wins in court could serve as justification for sanctions against Iranian government officials by national governments and international organizations, like the United Nations.



**Jolie King and Mark Firkin**
British-Australian Travelers



**Biographies**

Jolie King, a British-Australian national, and her Australian boyfriend, Mark Firkin, visited Iran in 2019 as part of their plan to travel the globe by car from their home in Australia to London and blog about their trip. King is a building designer and Firkin is a construction manager.

**Arrest**

King and Firkin were arrested in Iran in June of 2019, reportedly after they flew a drone without a permit in an area near Iranian military installations.

**Treatment in Captivity**

King was reportedly held in Tehran's notoriously brutal Evin Prison, where, according to a fellow prisoner's husband, she spent weeks in solitary confinement. Firkin's whereabouts during his detention were not disclosed.

**Release**

Australia's foreign minister announced on October 5, 2019, that, after extended conversations between her and Iranian Foreign Minister Mohammad Javad Zarif, King and Firkin had been released, the charges against them were dropped, and they had returned to Australia. Simultaneously, the Australian attorney general publicly disclosed that it would not extradite to the United States an Iranian student accused of exporting U.S.-origin military radar equipment to Iran.



**Kamal Foroughi**
British-Iranian Consultant



**Biography**

Kamal Foroughi is an elderly British-Iranian who worked in Tehran as a consultant for the Malaysian oil-and-gas firm Petronas. He was born on September 3, 1939. His work for Petronas included facilitating meetings with senior Iranian oil-and-gas officials and arranging Iranian government-funded scholarships for Iranians to study in Malaysia.

**Arrest**

Foroughi's family claims plainclothes officers arrested him in Tehran in May of 2011 without producing a warrant.

**Treatment in Captivity**

Foroughi was held in Tehran's notoriously brutal Evin Prison, and reportedly spent 18 months in solitary confinement. Because Iran does not recognize dual nationality, the regime did not let British diplomats meet with him. As of 2015, the authorities also did not permit Foroughi's relatives to meet with him in prison, though they were allowed to speak by phone.

Foroughi's family repeatedly expressed concern about his access to medical care, stating that he did not undergo any medical tests until 2015. They said in 2016 that he was awaiting an operation for cataracts in both eyes. In 2017, Foroughi's family claimed that the authorities were denying them and Foroughi access to his medical test results.

**Charges, Trial, and Sentencing**

Foroughi was convicted in 2013 of espionage and possessing alcohol and sentenced to a combined eight years in prison. His family claimed the judiciary did not provide them any supporting evidence of those charges. Foroughi was tried before Tehran Revolutionary Court Judge Abolqassem Salavati, who is nicknamed "the Hanging Judge" or "the Judge of Death" for imposing harsh sentences, including capital punishment, in political cases.



Twice, the authorities raised hopes that Foroughi would be released, only to dash them. In July of 2016, Foroughi's son publicly announced that the Iranian judiciary had told the prisoner's lawyer the would be freed within a week, but no release occurred. In 2017, Foroughi was granted brief medical leave from prison but a promised longer furlough was later denied.

**International Reaction**

Kamal Foroughi's son, Kamran, ran a campaign for his father's release, including a Change.org petition with over 230,000 signatures. 219 British MPs and 42 members of the House of Lords signed a 2007 letter to then–Foreign Secretary Boris Johnson asking him to seek the release of Foroughi and two other British nationals held hostage by Iran.

The British Foreign Office said in 2015 that it provided help to the Foroughi family, was worried about Foroughi's health, and had brought it up repeatedly with the Iranian government at the highest levels, pressuring them to provide him with access to regular health care and an attorney, and ultimately to release him on the grounds of his poor health.

European Union then-High Representative Federica Mogherini stated in 2017 that she "is aware of the imprisonment of both Nazanin Zaghari-Ratcliffe [another British national] and Kamal Foroughi and their cases remain of utmost concern to the EU. The EU has raised their cases on a number of occasions with the Iranian authorities. The EU has asked for their release on humanitarian grounds and underlined the need to provide adequate medical care during their detention. The EU will continue to closely follow the cases and use every opportunity to raise them…"

Amnesty International called for Foroughi to receive specialized medical care outside prison and to be released outright. The organization noted that "Foroughi's treatment appears to be part of a wider pattern whereby the Iranian authorities have brought spurious national security-related charges against dual-nationals and other individuals with foreign connections."

**Release**

In late 2018, the Iranian regime released Foroughi, but he had to remain in Iran until his Iranian passport was renewed, which did not happen until February of 2020. Foroughi remained in Iran several weeks more because most flights were full because of the coronavirus pandemic and the Iranian new year. In March 2020, Foroughi left Iran and returned to his family in London. His son said that Foroughi "seem[ed physically healthy."

Foroughi was imprisoned by the Iranian regime for over seven years and held in Iran against his will for almost nine years in total.



**Kameel Ahmady**
British-Iranian Academic



**Biography**

Kameel Ahmady is a British-Iranian social anthropologist who has conducted research in areas including female genital mutilation (FGM) and child marriage in Iran. He is an ethnic Kurd.

Ahmady left Iran at age 18 to go to university in the U.K. He attended several British universities, including the London School of Economics and Political Science and the University of Kent, and became a U.K. citizen.

Ahmady moved back to Iran in 2005 to research FGM in his home country. In 2015, he published the first comprehensive study of FGM in Iran, claiming the practice is performed in at least four major Iranian provinces, even as local authorities ignored the issue or said that FGM was not being carried out.

**Arrest**

Ahmady was arrested on August 11, 2019, and jailed in Tehran's notoriously brutal Evin Prison, according to his wife, Shafagh Rahmani.

**Treatment in Captivity**

Ahmady was initially placed in solitary confinement. On August 28, 2019, Rahmani claimed the authorities had not allowed her to visit Ahmady and the two were only allowed to speak by phone three times. She added that she was not told the reason for his arrest and that the judiciary had rejected several attorneys that Ahmady's family had hired to represent him. In mid-September, Rahmani and Ahmady were finally able to meet at the prosecutor's office. He told her that he had been moved to a cell with other inmates and was no longer being interrogated.

That month, Rahmani said that the authorities had extended her husband's detention by another month and still had not disclosed the charges against him, telling her that he faced several charges for unnamed actions. However, Ahmady had told her his interrogators had focused on his research activities.



**Release on Bail**

Ahmady was released in November 2019 on a five-million-rial bail, equivalent to about $40,000 in the U.S.

**Charges and Trial**

On October 1, 2019, the Iranian judiciary confirmed Ahmady's arrest for the first time, claiming he was connected to institutes affiliated with foreign intelligence agencies. A judiciary spokesman said that Ahmady's case was still in its initial investigation stage.

Ahmady's trial was presided over by Tehran Revolutionary Court Judge Abolqassem Salavati, who is nicknamed "the Hanging Judge" or "the Judge of Death" for imposing harsh sentences, including capital punishment, in political cases. Ahmady said the trial consisted of "two staged, farcical court sessions full of legal flaws."

In December 2020, Salavati found Ahmady guilty and sentenced him to a total of nine years and three months in prison and a $700,000 fine. His purported crimes included:
- cooperating with the U.S., a "hostile government";
- cooperating with foreign governments, parliamentarians, and embassies to carry out and/or research a "homosexual product in Iran" and "early child marriage project in Iran", and to advocate for legislation to raise the legal age for marriage in Iran;
- advocating for the United Nations Sustainable Development Agenda;
- cooperating with "foreign obstinate Medias [*sic*],"
- sending a report critical of the regime to the United Nations special rapporteur on the human rights situation in Iran;
- "communicat[ing] with anti-revolution and problematic institutes and foundations";
- Traveling to Israel;
- possessing a taser and pepper spray; and
- possessing alchohol.

A higher court denied Ahmady's appeal.

**Escape**

While free on bail and appealing his conviction, Ahmady fled Iran through the mountains on Iran's western border in December 2020 and returned to the U.K.



UNITED
AGAINST
NUCLEAR
**IRAN**

**Kylie Moore-Gilbert**
Australian-British Academic



**Biography**

Kylie Moore-Gilbert is an Australian and British citizen and a lecturer in Islamic studies at the University of Melbourne. She has a doctorate in Gulf studies from that institution. She has published research on the 2011 Arab Spring and numerous Gulf political issues. Her most recent grant-funded project was a study of "Iran's relationship with Bahrain's Shi'a after the Arab Uprisings."

**Arrest**

Moore-Gilbert was arrested and imprisoned in September of 2018, several weeks after reportedly taking a course on Shiite Islamic studies in the Iranian holy city of Qom. Her name was not made public until September of 2019 due to her family's preference to seek her release quietly, through diplomatic channels, and their fear that naming her could damage her chances of being released.

**Treatment in Captivity**

The regime held Moore-Gilbert for almost two years in Tehran's notoriously brutal Evin Prison—reportedly in Ward 2-A, which is controlled by the intelligence wing of the Islamic Revolutionary Guard Corps (IRGC). She was reportedly held in solitary confinement, sleeping on the floor and with the lights always on. Her family was not permitted to visit her, but she was allowed to meet with Australian consular officials. She reportedly was denied access to legal counsel, and went on several hunger strikes to protest her treatment by the prison authorities. Iranian law only permits the use of solitary confinement during interrogation and investigation, but Moore-Gilbert reportedly remained isolated at Evin long after her conviction.

Human rights activist and former Evin Prison inmate Reza Khandan wrote on Facebook in May of 2020 that Moore-Gilbert had tried to kill herself on multiple occasions, but the imprisoned academic's family denied that assertion.

In letters smuggled out of prison, Moore-Gilbert affirmed her innocence, affirming that she is not and never has been a spy, and rejected offers from the Iranian regime to commit espionage on behalf of Tehran. She also wrote that her health had "deteriorated significantly," and that

66



she had been taken to a hospital twice and to Evin's infirmary six times. "I think I am in the midst of a serious psychological problem," she said, adding, "I can no longer stand the pressures of living in this extremely restrictive detention ward anymore. My situation here is even more difficult due to the ban on having any phone calls with my family. I worry a lot about their reactions to my verdict but I cannot talk to them. This is really inhumane."

News media reported in June of 2020 that prison guards beat and drugged Moore-Gilbert after she organized a choir to protest their detention.  She had also been contacting new prisoners to warn them about whom to trust and to give them moral support in the face of threats from the jailers. Moore-Gilbert was later observed to be virtually comatose at points and covered with bruises.

In July of 2020, Australian government officials told journalists that the regime had moved Moore-Gilbert to the notorious Qarchak women's prison (formally called Shahr e-Rey) southeast of Tehran. Qarchak, reportedly built in an idle chicken farm, "holds prisoners in overcrowded and unhygienic conditions, without access to safe drinkable water, decent food, medicine and fresh air," according to Amnesty International, also noting that "Prisoners have reported urine-stained floors, filthy showers and bathroom facilities, a severe shortage of beds and the prevalence of contagious diseases."

While Qarchak is primarily used to hold inmates convicted of common crimes, the facility has also been used to hold and further harm prisoners of conscience, who have been subject to physical and verbal abuse and denied medical treatment. A number of inmates have also been diagnosed with the novel coronavirus.

The Qarchak prison's management ordered two inmates to follow Moore-Gilbert constantly and monitored her communications with others, some prisoners reported. She apparently did not contract COVID-19 and had sufficient funds in her commissary account to purchase food and water.

In October 2020, Moore-Gilbert reportedly discussed problems regarding her detention with Mohammad Mehdi Haj Mohammadi, who runs Iran's Prisons Organization, and Ali Bagheri-Kani, who is the secretary of the Iranian High Council for Human Rights. Later that month, the authorities transferred her back to Evin's Ward 2A.

**Charges, Trial, and Sentencing**

CNN reported on September 18, 2019, that a source told them Moore-Gilbert had been tried and sentenced to ten years' imprisonment for espionage. Iran's foreign ministry and judiciary gave conflicting statements about the matter, with the former confirming that Moore-Gilbert



had been sentenced in 2018 for espionage, but the latter claiming she was "spying for another country" but has yet to be tried.

**International Reaction**

Australian Foreign Minister Marise Payne has stated that she has brought up the cases of Moore-Gilbert and other Australian hostages in Iran "many times" with Iranian Foreign Minister Mohammad Javad Zarif. The foreign ministry said in May of 2020 that "Dr. Moore-Gilbert's case is one of our highest priorities, including for our embassy officials in Tehran. We do not accept the charges upon which Dr. Moore-Gilbert was convicted and continue all efforts to have her returned to Australia as soon as possible." On September 11, 2020, the second anniversary of Moore-Gilbert's arrest, Payne issued a similar statement, adding, "The Government believes the best approach to secure Dr Moore-Gilbert's release is through diplomatic channels."A ministry spokesperson made a similar comment, saying, "We believe the best chance of resolving Dr Moore-Gilbert's case lies through the diplomatic path and not through the media," a spokesman said.

However, Free Kylie Moore-Gilbert, an organization of her colleagues and friends, have criticized Canberra's reliance on quiet diplomacy. "We are growing increasingly concerned that the Australian government has accepted Kylie's incarceration in Qarchak prison, the 'worst women's prison in the world' as her new normal," it said. "Its current strategy has failed even to protect the most fundamental rights of this Australian citizen abroad." The group believes that "[t]he key to bringing Kylie home is exerting significant pressure on the Australian government." It added, "Our government needs to use every political and diplomatic tool at its disposal to bring her home… So far, there has been very little publicity or public discussion around Kylie's case in Australia, which means that there have been few improvements in Kylie's situation."

On September 15, 2019, Rudy Giuliani, a lawyer for then-President Donald Trump and former mayor of New York City, tweeted his outrage at the Iranian regime's treatment of Moore-Gilbert, writing, "Dr. Kylie Moore-Gilbert, the third foreign national revealed this week to be imprisoned in Iran. Arrested, charged, and convicted for undisclosed actions. Sentenced to 10 YEARS without any public record of a trial! These are typical actions of the Ayatollah's #REIGN OF TERROR!"

An Amnesty International official has expressed concern that the authorities may have engaged in "serious human rights violations" against the detained Australians, "including denial of access to a lawyer and even torture or other ill-treatment."



**Release**

On November 25, 2020, Iran released Moore-Gilbert as part of a three-way swap with Australia and Thailand. Thailand released three Iranians imprisoned there for scheming to assassinate Israeli diplomats in Bangkok in 2012. The Iranian regime was linked to the attack, and IRGC-affiliated social media accounts named the three plotters as Saeed Moradi, Mohammad Khazaei, and Masoud Sedaghat Zadeh. A spokesperson for Thailand's foreign ministry claimed one of the three had completed his sentence and the other two would serve the remainder of their sentences in Iran.



**Michael White**
U.S. Navy Veteran



**Biography**

Michael White is a California native who served for 13 years in the U.S. Navy. He suffers from asthma and cancer. He flew from Los Angeles to Dubai on July 9, 2018, and then from there to Iran to visit a woman he claimed was his girlfriend. He visited her four times in several years, prior to his detention.

**Arrest**

White's family announced in January of 2019 that he was arrested in July of 2018 while in Iran to visit his girlfriend. The Iranian foreign ministry claimed in January of 2019 that White was arrested "in the city of Mashhad a while ago, and within a few days after his arrest the U.S. government was informed of the arrest through the Swiss Embassy in Tehran." According to his mother, Joanne, he was taken to court at least twice and has been held in Vakilabad Prison. White is the first American—to public knowledge—that Iran has taken hostage during the presidency of Donald Trump.

**Treatment in Captivity**

According to his mother, White, who has asthma and previously had cancer, "was badly beaten when he was arrested and… has been taken to court at least twice for proceedings in Farsi that he couldn't understand. My son is not well. His health is deteriorating, and I want him back so I can get him the care he badly needs." A spokesman for White's mother later said that she was concerned that his cancer had returned. And in August of 2019, after the authorities permitted them to meet with White, Swiss diplomats learned that his cancer had come back. The diplomats were told that prison hospital physicians had excised a melanoma from his back and that White still had other health problems, including dental issues caused by his previous courses of chemotherapy. His mother said that the authorities whipped his bare feet and put a gun to his head.

Just after Christmas in 2019, White spoke with his mother, who recorded the conversation, about his jailers' appalling treatment of him. "They've done everything to press me," White said. "They really have. I mean, they put me in isolation. They, like I said, subjected me to

70



torturous conditions, deprivation of food and water, numerous times." White added, "I'm going crazy. This place is a junk hole. Right now, I'm in a cell that's overcrowded, big time. Here's the thing: They don't really bring me food. The prisoners have to pay for it, but I don't have money to be paying for that." White also mentioned that he was so "distraught" that he had wanted to commit suicide and tried to hang himself.

**Charges, Trial, and Sentencing**

An Iranian prosecutor stated in January 2019 that White's arrest was premised on the claim of an "individual plaintiff" and that he might be charged with security-related offenses, but was also being investigated for other, undisclosed possible security crimes.

The White family's lawyer announced in March 2019 that White had been convicted of two charges—insulting Iran's leadership and posting private photos on public platforms (namely, uploading a photo of him sitting with his girlfriend)—and sentenced to ten years in prison. The lawyer added that White's court-appointed lawyer did not know English. However, then–Secretary of State Michael Pompeo later stated that White was serving a 13-year sentence. White appealed the sentence, but in September of 2019, White's mother said that he had lost his appeal. White's family started a GoFundMe account in 2019 to pay for legal representation.

In a conversation with his mother (who recorded the call) in December of 2019 about the legal system's processing of his case, White claimed that the fix was in against him. "I went to this appellate court thing supposedly," he said, "and they had a phony hearing. Then they bring up allegations of spying that they said before. I'm like what the hell are these guys doing? They have zero evidence. They made stuff up."

**International Reaction**

Prior to his conditional release, the Trump administration largely did not comment on White's case in particular, while repeatedly calling for Iran to release all its American hostages. In February of 2020, before Iran conditionally released Iran on medical furlough, White's mother complained about the administration's treatment of his case, saying, "If it was a priority, they would have brought him back already. I don't think they're paying enough attention."

When asked about White's case by a journalist in January 2019, then–Secretary of State Mike Pompeo lauded the administration's work to get hostages released but demurred from commenting about White. "With respect to the Michael White case in particular, I can't say much," Pompeo said. "It's an ongoing consular matter." However, in January of 2020, Pompeo tweeted about White, saying, "For the second straight year, U.S. Navy veteran Michael White spent his birthday suffering in a horrible Iranian prison. The Iranian regime must release all American and foreign hostages!" In March of 2020, as the novel coronavirus spread in Iran's



prisons, Pompeo warned Iran that "[t]he United States will hold the Iranian regime directly responsible for any American deaths. Our response will be decisive."

In March of 2020, in light of the COVID-19 pandemic, the United Nations special rapporteur on human rights in Iran, Javaid Rahman, called on the regime to temporarily release prisoners of conscience and political prisoners.

**Temporary Release**

The regime temporarily released White and tens of thousands of other prisoners as the COVID19 virus has ravaged Iran, killing over 62,000 people as of March 27, 2021. Inmates living in appalling conditions in Iran's prison system are at particular risk of contracting the virus.

White was freed on a medical furlough on March 19, 2020, but was prohibited by the regime from leaving Iran. White was transferred to the custody of the Swiss embassy, which handles U.S. diplomatic interests in Iran, and was immediately flown to Tehran for treatment.

The White family's spokesman announced on March 25, 2020, that since White's release, he had exhibited "symptoms consistent with COVID-19" and was hospitalized "in a crowded ward for COVID-19 patients." The family requested that White be granted "an immediate humanitarian medical evacuation" to the U.S. The *New York Times* later reported that White had indeed been infected with COVID-19 while imprisoned but had recovered.

White's mother had previously expressed worry that he would contract COVID-19 and die in prison because his immune system was compromised. She said prison personnel had not properly flushed and cleaned White's chemotherapy port, which could cause a possibly lethal blood infection.

**Permanent Release**

Michael White left Iran on June 4, 2020, after an apparent U.S.-Iranian deal to exchange White for two Iranians detained in the U.S. for alleged crimes. The release capped off months of negotiations between the two governments and aided by Switzerland, which represents U.S. interests in Iran.

An Iranian official and the White family's spokesman confirmed in early May of 2020 that the Iranian and American governments were negotiating a deal to send White home in return for the release of an unnamed Iranian-American doctor out on bail in the U.S. Reports later identified the doctor as Majid Taheri, aka Matteo Taerri. Federal prosecutors charged the doctor, a Florida resident, with violating U.S. sanctions by attempting to export to Iran a filter with applications for biological and chemical warfare. Taheri was also charged with evading the



Bank Secrecy Act, which requires that any bank transfers of $10,000 or more be reported to the Treasury Department, by setting up transfers under the reporting threshold. Taerri pled guilty but was released on bail in March of 2020 at the request of federal prosecutors because of his possible involvement in a swap for Michael White.

Reuters reported that a prisoner trade might involve deportation from the U.S. of another Iranian, academic Sirous Asghari, who was charged with violating American sanctions on Iran by stealing American trade secrets. Asghari was acquitted in 2019 but detained by the U.S. Immigration and Customs Enforcement (ICE) agency, which was unable to deport him because he had contracted COVID 19 and, because of the pandemic, the number of flights to Iran were drastically diminished. The aforementioned Iranian official stated that "[t]hese three cases are entangled together, Asgari, White, and the Iranian American doctor."

On May 11, 2020, President Trump retweeted a link to an article by *Time* that reported that Iran's cabinet spokesman had indicated his government's willingness to negotiate with Iran "without preconditions" about a prisoner exchange.

On June 2, 2020, two days before Tehran permitted White to leave, the U.S. deported Sirous Asghari to Iran. The day of White's release, the Justice Department also asked a judge to sentence Majid Taheri to time served, and the jurist granted the prosecutors' request. The U.S. government is allowing Taheri to visit relatives and obtain medical care in Iran and then return.



**Nazanin Zaghari-Ratcliffe**
British-Iranian Project Manager at Nonprofit



**Biography**

Nazanin Zaghari-Ratcliffe is a British-Iranian project manager at Thomson Reuters Foundation, a charitable organization promoting socio-economic progress, independent journalism, and the rule of law.

**Arrest**

Zaghari-Ratcliffe was detained on April 3, 2016, at Tehran's Imam Khomeini Airport by officials believed to belong to Iran's Islamic Revolutionary Guard Corps (IRGC). She had traveled to Iran on March 17, 2016, to visit her family during the Persian New Year holiday. She was detained as she was about to return to the U.K., along with her toddler daughter, Gabriella.

Before being taken into custody, Zaghari-Ratcliffe was allowed to leave Gabriella in the care of her parents, who had accompanied her to the airport. The authorities initially confiscated Gabriella's British passport, but it was eventually returned, and Gabriella left Iran for the U.K. in October of 2019.

**Treatment in Captivity**

Zaghari-Ratcliffe was interrogated and held in solitary confinement for 45 days in an undisclosed detention center in Kerman in southern Iran. Her family paid bail to keep her from being returned to solitary. On June 5, 2016, Zaghari-Ratcliffe was transferred from Kerman Prison to a ward in Iran's notoriously brutal Evin Prison controlled by the intelligence organization of the Islamic Revolutionary Guard Corps (IRGC). While in Evin, she briefly shared a cell with Homa Hoodfar, a Canadian-Iranian professor arrested in June of 2016 and released on September 26, 2016.

After her arrest, Zaghari-Ratcliffe was long denied the right to access a lawyer. She was allowed a meeting with her parents and daughter for the first time on May 11, 2016, in a hotel room in Kerman. The meeting, which lasted over two hours, took place in the presence of security agents. According to her husband, "When she met [her family] at that hotel, she wasn't able to



stand up she was so weak. She couldn't walk without getting a blackout. She wasn't able to pick up her baby, and our baby had to be put on her lap, she was so weak."

Zaghari-Ratcliffe was permitted to make several brief phone calls to family members in Iran and, intermittently, to her husband outside the country, and those were only to tell him she had stood trial and been sentenced to five years in prison. Authorities halted the phone calls to her family in Iran on June 5, 2016. In July 2016, her husband reported that she had lost weight, seen her hair fall out, and was virtually unable to walk.

As interrogators grilled Zaghari-Ratcliffe in 2016, they reportedly lied to her, claiming her husband was cheating on her and that they had proof. "It's a very practised technique of really breaking someone," Richard said. "That fear and abuse led her to feel suicidal. She said to me: 'It would be better if I just died and you could get on with your lives.'"

In October 2016, Zaghari-Ratcliffe's husband told Amnesty International that his wife's health had sharply deteriorated and that she was even contemplating suicide. She was suffering from heart palpitations in addition to pain in her hands, arms, and shoulders, and blurred vision. On November 13, 2016, she began a hunger strike to express her despair over the prospect of never being released.

On November 25, 2016, Zaghari-Ratcliffe told her family that IRGC officials had pressured her to choose between them moving their two-year-old daughter Gabriella into Section 2A of Evin Prison with her for up to three days a week, or Nazanin signing a document to say that she does not want "the right to be with her young daughter."

On August 23, 2018, Zaghari-Ratcliffe was granted a three-day furlough to see her daughter and other family members in Iran, but her request for an extension was denied and she returned to prison on August 26.

In January of 2019, the British press reported that the IRGC had unsuccessfully tried to recruit Zaghari-Ratcliffe as a spy in exchange for her release. The Guards wanted her to spy on the U.K. Department for International Development and the Small Media Foundation, which describes itself as a "human rights research lab and information design studio."

Zaghari-Ratcliffe went on a hunger strike in January of 2019 to protest her lack of medical care for multiple health problems, including neck pain, lumps in her breasts, and numbness in her arms and legs. She ended the strike when the prison authorities agreed to give her medical treatment.



Zaghari-Ratcliffe and her husband launched a joint hunger strike in June of 2019, seeking her unconditional release. The strike lasted 15 days, and Richard Ratcliffe spent it on the street outside the Iranian embassy in London.

In July of 2019, Zaghari-Ratcliffe was moved to a hospital psychiatric ward. Her husband said she was put in de facto solitary confinement and chained to her bed for six days, after which the authorities gave in and transferred her back to prison.

Zaghari-Ratcliffe issued an unprecedented open letter in October of 2019. She pleaded for her release and claimed that "My child and I are the playthings of politicians, inside and outside our homeland, who have used us as tools to try to achieve their own political goals."

Zaghari-Ratcliffe and her family expressed concern in February of 2020 that she had contracted COVID-19. "I feel very bad in fact," she said. "It is a strange cold. Not like usual. I know the kinds of cold I normally have, how my body reacts. This is different. I am just as bad as I was. I often get better after three days. But with this there is no improvement. I haven't got one bit better." She added that she had had a very sore throat and intermittent fever, as well as breathing difficulties and general pains and fatigue, and was not tested for the virus. A spokesman for Iran's judiciary claimed Zaghari-Ratcliffe was healthy and not suffering from COVID-19.

Zaghari-Ratcliffe needs urgent mental health care immediately, according to an international NGO. The Independent Forensic Expert Group of the International Rehabilitation Council for Torture Victims, upon request of the human rights advocacy group Redress, evaluated Zaghari-Ratcliffe's health. It concluded that the evidence they collected is "highly" consistent with her claims of torture and other ill-treatment in prison, and that because of that ill-treatment, she "suffers from serious and chronic post-traumatic stress disorder (PTSD), major depression and obsessive-compulsive disorder."

Further, due to her experiences in prison, Zaghari-Ratcliffe also lives with "physical pain and impairment that developed over the course of her imprisonment, including neck, shoulder and arm pain and numbness, tooth pain, possible an[e]mia, and breast lumps, which have not been adequately evaluated or treated."

The body also stated that even though Zaghari-Ratcliffe is presently out of prison, her symptoms will worsen until and unless the regime lets her leave Iran and reunite with her family in the U.K.



**Initial Charges, Trial, and Sentencing**

Richard Ratcliffe has stated that his wife and her family "have never seen a copy of the charges on which she was sentenced. There is no written documentation on anything. So they preserve the space to make it up as they go along at every stage."

On April 27, 2016, the family was told that Zaghari-Ratcliffe was being held for "reasons related to national security," without elaborating on further details, and that she would likely be held for another two or three months until the completion of an investigation. She was subsequently accused of partaking in a plot to overthrow the Iranian government.

On June 9, 2016, Richard Ratcliffe said Nazanin telephoned her family in Iran informing them that she had been told she was going to be released, "and then, after she did that, someone called her parents and said: 'there has been a mistake, we are changing things, and she is being transferred.'"

On June 15, the IRGC in the Kerman Province accused Zaghari-Ratcliffe of being a "top operative in a foreign network" who participated in a "plot for the soft overthrow of the Islamic Republic." An official IRGC statement in Iranian media accused her of attempting to overthrow the Islamic Republic as "one of the chief members of networks of adversary institutions who — with the direction and support of foreign media and espionage services — has committed her criminal acts over the past few years."

On August 14, 2016, Zaghari-Ratcliffe faced a secret trial before Revolutionary Court Judge Abolqasem Salavati, nicknamed "the Hanging Judge" and "the Judge of Death" for imposing harsh sentences, including capital punishment, in political cases. On September 9, 2016, Salavati sentenced her to five years in prison for undisclosed crimes.

Zaghari-Ratcliffe appealed the sentence, but according to her husband, a Revolutionary Court judge dismissed her appeal in a secret session on January 4, 2017, though the decision was only announced on January 22.

During the appeal hearing, two new accusations were raised against Zaghari-Ratcliffe. These charges included the claim that she was knowingly married to a British spy, and that she acted as the head of recruitment for BBC Farsi at the time of its founding in 2009. She never worked for BBC Farsi and she had been to Iran on holiday many times without a problem since she left her role as Project Assistant for BBC Media Action in 2010.

In April of 2017, the Supreme Court rejected Zaghari-Ratcliffe's final appeal, leaving her five-year prison sentence in place.



In October of 2017, Tehran's prosecutor general said Zaghari-Ratcliffe was imprisoned for directing "a BBC Persian online journalism course aimed at recruiting and training people to spread propaganda against Iran." In December of 2017, Iranian state television said she was "found guilty of spying and spreading propaganda against the Islamic Republic." Specifically, Zaghari-Ratcliffe allegedly ran "training courses for recruits at the BBC World Service Trust and the ZigZag Academy," the latter engaged in "training and recruitment of human resources for the launch of BBC Persian Service and deployment of undercover reporters in Iran to gather intelligence." She purportedly "identified potential Iranian recruits and invited them to attend the training courses, received and reviewed their resumes, managed financial affairs related to the courses in Malaysia and India, picked trainers, assessed the performance of the participants and managed the ZigZag Academy's websites."

Also, in October of 2017, Zaghari-Ratcliffe's family disclosed that at a hearing at Evin Prison, she was told that she was facing new charges, including "joining and receiving money from organizations working to overthrow the Islamic Republic, and attending a demonstration outside the Iranian Embassy in London." The additional charges disqualified her from applying for early release and could tack on 16 more years in prison to her sentence.

A judge told Zaghari-Ratcliffe in July of 2018 that she would remain in prison until the British government repaid Iran a debt of 400 million pounds for an unfulfilled military sale in the 1970s, implicitly reaffirming that the regime was holding her hostage as leverage to extract concessions from the U.K. In September 2019, Iranian Foreign Minister Mohammad Javad Zarif said that in 2016, the British government offered to release those funds to Iran in exchange for Zaghari-Ratcliffe's release, but British Foreign Minister Jeremy Hunt retracted the offer upon taking office in 2018. In September of 2020, British Defense Secretary Ben Wallace told lawyers for Zaghari-Ratcliffe and other British hostages that the government was trying to repay Iran.

**Furlough**

As the novel coronavirus ravaged Iran in the spring of 2020, and particularly endangered inmates living in the Iranian prison system's appalling conditions, the regime temporarily released Zaghari-Ratcliffe and tens of thousands of other prisoners. She left Evin Prison on a medical furlough on March 17, 2020, and was placed under de facto house arrest. She was forced to wear an ankle monitor—for which her family had to pay a fee—and may not move more than 300 meters (less than one-fifth of a mile) from her parents' home. (Reportedly, she was the only temporarily released political prisoner required to wear one.)

Zaghari-Ratcliffe's furlough originally was to end on April 4, but on May 20, her family tweeted that her medical furlough had essentially been extended indefinitely—until the regime decides whether to grant her request for clemency.



On September 20, 2020, according to Zaghari-Ratcliffe, IRGC officers harassed her at her parents' home. They falsely claimed that she had broken her ankle monitor—even though the IRGC had no legal involvement in managing the device—and threatened to take her back to the Revolutionary Court. She refused to let the officers in and called the Tehran prosecutor's office to protest the harassment.

**Finish of Original Sentence, New Charges, New Trial, and New Sentence**

On September 8, 2020, while Zaghari-Ratcliffe was furloughed at her parents' home in Tehran (see above), and reportedly about six months before her original prison sentence would end, she appeared before Tehran's Revolutionary Court. The court told her she would be tried on new charges on September 13, just five days later.

However, on September 13, at the last minute, the court postponed Zaghari-Ratcliffe's trial without providing a reason. She reacted with anguish and fury, telling her husband, "People should not underestimate the level of stress. People tell me to calm down. You don't understand what it is like. Nothing is calm."

"This morning I just wanted to scream out loud for 10 minutes," she said, "or to bang my head against the wall— just to let it out. I really can't take it anymore. They have all these games, and I have no power in them. Sometimes I am just full of anger, ready to explode. I find myself hating everything in this life, including myself. There is no escape.

"I would have rather it happened today," added Zaghari-Ratcliffe. "I do not sleep at all while the case is hanging over me. This morning I wanted to get it over with—to know where I stand now rather than continue with this whole stupid game."

On March 7, 2021, while Zaghari-Ratcliffe was under house arrest, her original five-year jail sentence ended. The authorities removed her ankle monitor and permitted her to leave her parents' house. However, they refused to let her leave Iran and put her on trial again on March 14 for the new charge of "spreading propaganda against the regime." Specifically, the regime accused her of taking part in a demonstration outside Iran's embassy in the U.K. in 2009 and speaking with the BBC's Persian service.

The second trial lasted one day and was again presided over by Abolqasem Salavati. Richard Ratcliffe said that his wife had been allowed to make a statement denying the charges and that the verdict would likely come within days.



In late April 2021, Nazanin was sentenced to a year in prison and prohibited from leaving Iran for a year thereafter. Zaghari-Ratcliffe's lawyer said in October 2021 that an appeals court had upheld her sentence "without holding a hearing." She has yet to return to prison, but, according to her husband, "she's now just waiting for the phone call, saying 'Turn up at this prison on this day.'"

**International Reaction**

Since going public with the news of Zaghari-Ratcliffe's arrest, her husband, Richard, has relentlessly campaigned for her freedom. He launched a petition calling for her release that more than three million people signed as of March 2020.

The British government has sent mixed signals about its responsibility for Zaghari-Ratcliffe and its view of her detention. When Iranian Foreign Minister Zarif suggested her release in 2019 as part of a prisoner exchange, Britain's then–foreign secretary, Jeremy Hunt, called the offer "vile," saying, "what is unacceptable about what Iran is doing is that they are putting innocent people in prison and using it as leverage."

The U.K. granted her diplomatic protection in 2019, which Iran has rejected. This move has raised the matter beyond a consular dispute and into a full bilateral legal dispute between Iran and the U.K. However, the Foreign Office wrote to her attorneys that the U.K. was not legally required to provide consular services to British nationals overseas, that it does not view her case as hostage-taking, and that it could not look into claims that the Iranian regime tortured or otherwise ill-treated her.

Jeremy Hunt, at that time no longer foreign secretary, criticized his government's move, claiming the country was "beginning to look weak." "We must show the world that if you imprison a British citizen on trumped-up charges you will pay a very heavy price," Hunt stated, "because Britain is a major player on the world stage and intends to remain one [after its withdrawal from the European Union]."

When the regime granted Zaghari-Ratcliffe a two-week medical furlough in March of 2020, British then–Foreign Secretary Dominic Raab said that he was "relieved," and urged the regime to "ensure she receives any necessary medical care… [and] now to release all UK dual nationals arbitrarily detained in Iran, and enable them to return to their families in the UK."

In early September of 2020, the U.K. Foreign Office protested after the Revolutionary Court in Tehran told Nazanin it would try her on additional charges. "Iran bringing new charges against Nazanin Zaghari-Ratcliffe is indefensible and unacceptable," a Foreign Office spokesperson said. "We have been consistently clear that she must not be returned to prison." Former British Foreign Secretary Jeremy Hunt tweeted, "Nazanin has already served most of her sentence for



a crime she didn't commit. This is hostage diplomacy and Iran needs to know that Britain will not stand for it."

In late September, the U.K., France, and Germany, in a coordinated action, each summoned the Iranian ambassadors to those respective countries to protest the Iranian regime's imprisonment of citizens of those countries, as well as other human rights abuses.

According to the _Guardian_, the U.K. Foreign Office gave the Iranian ambassador a letter saying, as the newspaper described, that "Iran's policy of arbitrary detention is seriously undermining its international standing" and claiming that "British citizens, including dual nationals, are languishing in Iranian prisons, often under harsh conditions and without justification. It argues they have been arbitrarily detained and deserve to be reunited with their families." The letter also takes issue with Iran's oppression of domestic human rights advocates and protesters, and states, verbatim, "A free and independent media is essential to a functioning society. Cultural organisations, that connect people across borders, benefit all our peoples."

However, the letter reportedly did not threaten any repercussions if Iran continued the aforementioned policies, and the Foreign Office has never described British dual-national detainees in Iran as hostages.

On October 29, 2020, the British government summoned the Iranian ambassador "following news that imprisoned British-Iranian aid worker Nazanin Zaghari-Ratcliffe is to be recalled to court in Iran…." According to a statement from the U.K. Foreign Office, "We have made it clear to the Iranian ambassador that his country's treatment of Nazanin Zaghari-Ratcliffe is unjustified and unacceptable, and is causing an enormous amount of distress."

A report from the United Nations Working Group on Arbitrary Detention condemned the imprisonment of Zaghari-Ratcliffe. On October 24, 2016, petitions were delivered to the U.K. Foreign Office with a letter co-signed by 117 Members of Parliament and 24 Members of the House of Lords calling for the release of Zaghari-Ratcliffe and two other British-Iranian citizens. The petition, signed by more than 73,000 supporters, was sponsored by Amnesty International.

After an Iranian appeals court upheld Zaghari-Ratcliffe's new sentence in October 2021, British Foreign Secretary Liz Truss said the decision to sustain the "baseless" charges against Zaghari-Ratcliffe was an "appalling continuation of the cruel ordeal she is going through." She added, "We are doing all we can to help Nazanin get home to her young daughter and family and I will continue to press Iran on this point."

However, Zaghari-Ratcliffe's British member of Parliament, Tulip Siddiq, slammed the U.K. government, saying, "Whatever the Prime Minister [Boris Johnson] has been doing to free Nazanin is clearly not working. It's time for the UK Government to pay the debt we owe to Iran,

81



stand up to their despicable hostage taking and finally get Nazanin home." The hostage's husband, Richard, also criticized the Johnson government. "One of the challenges I find with this Government is that it doesn't deal with problems until they become crises," he stated. This is Iran threatening a crisis. One hopes that the Government takes it seriously."

British Foreign Secretary Truss called Zaghari-Ratcliffe on December 26, 2021, telling her, "You are a priority, we are working on things," according to Richard Ratcliffe.

**Release**

On March 16, 2022, the Iranian regime released Zaghari-Ratcliffe and her fellow hostage Anousheh Ashoori (also a British-Iranian) into the custody of the British government, and the two left Iran. The two were freed after the U.K. paid Iran $530 million to make up for the aforementioned unfulfilled military sale.



**Nizar Zakka**
Information Technology Expert and Advocate of Internet Freedom



**Biography**

Nizar Zakka is a Lebanese national and permanent U.S. resident. He is an information and communications technology expert and secretary-general of the Arab information and communications technology organization IJMA3. Zaskka holds both a bachelor's and master's degree in computer science from the University of Texas at Austin. Zakka has led development projects for corporations such as Cisco and Microsoft, and has also done contract work for the U.S. State Department.

**Arrest**

Zakka traveled to Tehran at the invitation of the Iranian government—specifically by Iran's then-Vice President for Women and Family Affairs Shahindokht Molaverdi, an ally of President Hassan Rouhani—on September 15, 2015 to participate in the second International Conference and Exhibition on Women in Sustainable Development, held between September 15 and 18.

Zakka was last seen on September 18 leaving his hotel in a taxi to the airport to fly to Beirut, but he never boarded his flight. On October 31, 2015, the Beirut-based *Daily Star* reported that Iran's Islamic Revolutionary Guard Corps (IRGC) was holding Zakka. Zakka was reportedly transferred to Ward 2-A of Evin Prison, which is used to hold political prisoners and is under control of the IRGC.

**Treatment in Captivity**

Iranian authorities imprisoned Zakka for over 1,350 days, where he was repeatedly interrogated about his ICT work and asked if he was a spy, which he denied. He was forced under pressure to give his email address and password to his interrogators. Zakka was not allowed to have any contact with his family for several months after his arrest. In protest of the authorities' refusal to allow him access to his family, he went on hunger strike between March 13 and April 4, 2016, and was later given intermittent access to his family through telephone calls and visits.

While in prison, Zakka had several health conditions, including severe back pain and blood in his stool. His family said that he lost a significant amount of weight and became very weak. Despite this, the authorities denied him proper medical care, including his medication. He launched a



second week-long hunger strike in August 2016 to protest the placement of four additional prisoners in his cell, including one who claimed to be a member of the Islamic State (ISIS). According to his lawyer, Jason Poblete, Nizar was subject to psychological torture and physical strains and his family members have also been intimidated.

**Trial and Sentence**

On November 3, 2015, Iranian state broadcaster IRIB reported that Zakka was in the custody of authorities on suspicion of being an American spy. IRIB described him as a "treasure trove" because of "connections with intelligence and military bodies in the United States." As evidence, Iranian state TV displayed a photo of Zakka in army-style fatigues, which Zakka's family said was from a homecoming parade he participated in as an alumnus of the American military high school he attended in Georgia.

In January 2016 Zakka was allowed to appoint a lawyer, but he was not allowed to meet with him in private until April 2016. Up until this point, he was not made aware of the charges against him. On April 4, 2016, he learned from his lawyer that his charges included "collaborating with hostile governments," presumably the U.S. government.

On August 22, 2016, Nizar Zakka was taken before Branch 15 of the Revolutionary Court in Tehran for his first trial session. This was followed by a 30-minute session on August 30 when he was told that his trial had concluded and that he would receive the verdict within 12 days. Nizar Zakka's lawyer was denied full access to his case file to prepare his defense and was only allowed limited opportunities to communicate with his client before the trial. On September 20, 2016, Zakka's lawyer announced that he had been sentenced to 10 years in prison and a $4.2 million fine for collaborating against the state.

On September 24, 2016, Nizar's brother Ziad responded to his sentencing: "This trial was a total mockery of Justice; Nazir was sentenced after only two court sessions and Iran refused to permit the attendance of the Lebanese consul." The family is now asking for a retrial in front of an international body such as Amnesty International, in the presence of a legal representative of the Lebanese Republic. Nizar, said through his attorney on October 26, 2016, that Iranian officials in April told him it would take as much as $2 billion to ensure his release from captivity. In September, Iranian officials lowered that amount to $4 million and told him that he was spared the death penalty but would remain in prison for ten years until the payments are made.



**Release**

In June 2019, reports surfaced that Iran would hand Zakka over to Lebanese officials.  Dueling accounts of Zakka's release then began to leak.  Lebanese media claimed that Zakka had been pardoned at the request of President Michel Aoun, who is a political ally of Iran's terror proxy Hezbollah.  However, the Iranian press alleged that Zakka had been freed only because of the intervention of Hezbollah Secretary-General Hassan Nasrallah.  When Iranian officials finally released Zakka on June 10, General Abbas Ibrahim, the head of Lebanon's General Security Directorate, was in Tehran to oversee the transfer.



**Roland Marchal**
French Academic



**Biography**

Roland Marchal is a French sociologist employed by the university SciencesPo in Paris. Marchal's research focused on sub-Saharan Africa, particularly civil wars and state formation in that region. He formerly served as chief editor of the French academic journal *Politique Africaine*. He holds degrees from the Ecole des Hautes Études en Sciences Sociales and the University of Paris VI.

**Arrest**

Marchal flew to Tehran in June of 2019 to spend the Eid holiday with his colleague and longtime companion, Faribah Adelkhah, but he was arrested upon arriving in Tehran— according to Marchal, by the Islamic Revolutionary Guard Corps (IRGC). Adelkhah, a French-Iranian dual national, was also arrested.

**Treatment in Captivity**

Marchal was held, and Adelkhah remains, in Tehran's notoriously brutal Evin Prison. He said in an interview after his release that he was initially held in solitary confinement, with the light on 24 hours a day, and he was only allowed out of his isolation for a half hour twice daily.  At first, he did not have a bed, and the authorities permitted him to call his family only three times during his detention.

Adelkhah, who holds both Iranian and French citizenship, has not been allowed to meet with French consular officials because Iran does not recognize her dual nationality. Marchal was permitted to meet with the French officials several times, as well as with an attorney.

Roland's health reportedly deteriorated in prison. In December of 2019, Adelkhah started a 49-day hunger strike to demand that the regime release Marchal and her. Marchal said after his release that his detention contributed to weight loss, exacerbated osteoarthritis, chest pains, and an abdominal hernia.



In early February of 2020, Marchal and Adelkhah petitioned for permission to marry so that they could meet with each other in prison. No judgment on their petition was made public.

**Charges and Trial**

The regime held Marchal and Adelkhah for months without making criminal charges public. Marchal said in an interview after his release that typically, the IRGC would arrest and isolate people first and then interrogate them to find crimes to charge them with.

Finally, the government disclosed that Marchal would be tried for "collusion to endanger national security," while Adelkhah would be tried for both that charge and "propaganda against the political system of the Islamic Republic." Their trial commenced on March 3, 2020, but after Adelkhah appeared and objected to the regime's choice of her attorney, Marchal was not brought into the courtroom and further proceedings were then postponed indefinitely without explanation.

**International Reaction**

Marchal's detention was initially not made public at the request of his family and the French Foreign Ministry, the latter of whom reportedly did not want the matter to become a reason for a "nationalist flare-up" in Iran. The academic's imprisonment was reported for the first time by the French newspaper *Le Figaro* in October 2019. At that time, the French Ministry of Europe and Foreign Affairs (MEAE) said it was "mobilised to obtain his release" and "urge[d] the Iranian authorities to be transparent and act without delay to put an end to this unacceptable situation."

In December of 2019, the French government summoned Iran's ambassador and demanded again that Marchal and Adelkhah be released and that French consular officials be allowed to meet with them. France's foreign minister reiterated those demands to his Iranian counterpart in February of 2020.

SciencesPo has claimed that it has taken several steps to help Marchal and Adelkhah, working closely with the MEAE and the French National Centre for Scientific Research. The university mentioned that it had made sure that the two hostages had a very experienced attorney who is on the Iranian regime's approved list.

After the couple's trial began on March 3, their Paris-based support group condemned the hearing as a "masquerade of justice" and accused the regime of "deliberately putting in danger the lives of our two colleagues—already weakened—by keeping them in an overcrowded jail while the country is hit by a serious coronavirus epidemic whose scale is being played down and which is not under control."



**Release**

Iran freed Marchal on March 20, 2020, in exchange for France simultaneously releasing Jalal Rohollahnejad, an Iranian accused of violating U.S. sanctions laws. Marchal returned to France the next day.

The Iranian government had recently released 85,000 prisoners temporarily to limit infections as a coronavirus epidemic ravaged the country. The day before Marchal's release, the regime announced that Supreme Leader Ali Khamenei would grant amnesty to 10,000 prisoners, including an unstated amount of political ones.

The regime continues to hold Adelkhah hostage in Evin Prison.  On May 16, 2020, Adelkhah was sentenced to five years in prison for the aforementioned "collusion" charge and one year for the "propaganda" charge.  French President Emmanuel Macron has urged Tehran to also free her.

The U.S. sought to prosecute Rohollahnejad for trying to illegally export military-use American technology to Iran on behalf of a company allegedly linked to Iran's Islamic Revolutionary Guard Corps (IRGC). Earlier in March, the highest court in France approved his extradition to the States. The U.S. State Department slammed France for its "unilateral decision" to release Rohollahnejad, stating, "It is regrettable in this instance that France failed to uphold its treaty obligations and prevented justice from being pursued." Rohollahnejad went back to Iran after his release.



**Roya Saberi Negad Nobakht**
British-Iranian Dual National



**Arrest**

Nobakht was arrested by the cybercrime intelligence unit of the Revolutionary Guards in October 2013 while visiting friends in the city of Shiraz, Iran. She traveled to Tehran to see family that month, and about two weeks into the trip, she flew to Shiraz to visit a friend and was arrested at the airport.  She was then taken back to Tehran and charged with "gathering and participation with intent to commit crimes against national security" and "insulting Islamic sanctities." Her husband said his wife's arrest was over comments she had made on a Facebook group about the Iranian government being "too Islamic" and that she had only been charged after a confession was extracted from her "under duress."

**Biography**

Roya Saberi Negad Nobakht moved to Stockport, Manchester, England, to join her husband, Daryoush Taghipoor, in 2007. Nobakht and her husband are naturalized British citizens.

**Treatment in Captivity**

Nobakht was taken to Tehran's notoriously brutal Evin Prison, where she was reportedly subjected to "physical and psychological torture, insults and humiliation" in jail. She was moved to Shahre Rey Prison, an all-female jail with "unspeakably inhuman" conditions where inmates are often subject to beatings by guards. Nobakht has also been denied access to medication, held in solitary confinement, and forced to stand outside in the winter in wet clothes which resulted in kidney problems for which she has been denied treatment.  She was later returned to Evin, where she was suffering from an unknown disease. Nobakht had limited conversations with her family. She was allowed to phone her husband and speak to him for a few minutes every one or two months while the security guards monitored the call.

**Charges, Trial, and Sentencing**

Nobakht was put on trial alongside seven other people and sentenced to 20 years in prison on April 14, 2014, for Facebook posts which allegedly criticized the Iranian regime for being too controlling and Islamic. During the trial, her lawyer was present but was not allowed to speak on her behalf. Later in 2014, Nobakht was granted a retrial where she was allowed to defend herself for the first time. Nobakht was verbally told that her sentence was reduced to seven



years, but she was given no legal papers to confirm this. According to her husband, "Roya is not a political activist in any way. She is just a normal citizen."

**International Reaction**

In 2014 the "Free Roya Now" campaign was launched to highlight Roya's plight and encourage the British government and European Union to put pressure on the Iranian regime to secure Roya's release.

On October 24, 2016, a petition was delivered with a letter co-signed by 117 Members of Parliament and members of the House of Lords calling for the release of Roya Saberi and two other British-Iranian dual nationals. The petition, signed by more than 73,000 supporters, was sponsored by Amnesty International, was delivered to the UK Foreign Office. In addition, a petition from Change.org was signed by more than 230,000 supporters and was delivered to Prime Minister Theresa May.

**Release**

Nobakht was released from prison on August 25, 2017, but she was prohibited from traveling for two years. It is unclear as of June 2020 whether the ban has already expired and whether Nobakht has left Iran.



**Sabri Hassanpour**
Dual Iranian-Dutch National, Political Activist



**Biography**

Hassanpour is a Dutch-Iranian dual national and outspoken critic of the Iranian regime who serves as the executive director and host of the Persian-language online network "Simay-e Rahayi" (Vision of Liberation). He is also reportedly a member of the National Iranian Congress to Save Iran, which aims to establish a shadow government and parliament in exile for Iranians."

**Arrest**

Hassanpour was arrested in Iran on April 21, 2016. Hassanpour, who currently is a resident and citizen of the Netherlands, had reportedly traveled to Iran to visit relatives. Some sources close to him claim "he was abducted from Turkey during a meeting with family and transferred to Iran."

**Treatment in Captivity**

Hassanpour was reportedly transferred to Evin Prison's clinic following a heart attack on November 15, 2016. Prison officials reportedly refused requests by Hassanpour for needed open-heart surgery. A source close to Hassanpour said that he "suffers from asthma and heart disease [and] is in a bad health condition due to constant insults and mistreatment…" In addition, Hassanpour's wife was unable to follow up on his case because she lives in the Netherlands and feared that if she traveled to Iran, she might also have been arrested.

**Charges, Trial, and Sentencing**

Hassanpour was put on trial by Iran's Revolutionary Court on November 12, 2016, for "propaganda against the state and acting against national security." Presiding Judge Abolghasem Salavati reportedly told Hassanpour he would receive a "heavy verdict" for signing a letter in support of prisoners on a hunger strike. Hassanpour started a hunger strike—including refusing to take his medication—in protest on May 9, 2017. He was released and permitted to return to the Netherlands in May of 2018.



**Saeed Malekpour**
Iranian National and Canadian Permanent Resident Who Escaped from Imprisonment for Life



### Biography

In 2004, Saeed Malekpour emigrated from Iran to Canada with his wife Fatima Eftekhari so she could continue her studies. They both attended the University of Victoria, where Fatima earned her PhD and Saeed followed in her footsteps. Saeed had earned a degree in mechanical engineering from Sharif University of Tehran and hoped that a Canadian degree would help him earn a better job. Before his move to Canada, Saeed worked for Iran Khodro, one of the country's largest automakers.

By the fall of 2008, Fatima was enrolled in a post-doctoral degree at the University of Toronto and preparing for their move to a new home in Richmond Hill. Saeed had been working as a freelance web designer and programmer. He created a program to improve the uploading of photos to websites. At the time of his arrest, Malekpour was a Canadian permanent resident, with protection under Canada's Charter of Rights and Freedoms. He was on a path to receiving Canadian citizenship and did not participate in Iranian politics.

### Arrest

Malekpour was arrested on October 4, 2008, while visiting his dying father in Iran. Malekpour was "snatched from a Tehran street in broad daylight and stuffed into the back of a car. He was blindfolded, beaten, and then taken to a detention center." In March 2010, Malekpour wrote a letter about his arrest: "[A] few agents physically beat me severely and verbally abused me, while I remained handcuffed and blindfolded. They forced me to sign a few forms, but I was not able to read the contents." According to Amnesty International, Malekpour's arrest and sentencing were part of a larger operation called *Gerdab* (Whirlpool) which was conducted by the Cyber Crimes Unit of the Revolutionary Guards in 2008 and sought to crack down on on-line activities deemed "immoral" or "un-Islamic."

### Treatment in Captivity

At Iran's notoriously brutal Evin Prison, Malekpour was tortured physically and psychologically into confessing to "running a network of porn sites, being a pedophile and a pervert." He was held in solitary confinement from his arrest until August 16, 2009, during which time he was denied contact with his family or legal counsel. Malekpour was again transferred to solitary confinement on December 21, 2009, and remained there until February 8, 2010. He told



journalists after his escape that he had been thrown into solitary two more times, once for two days and one for 195.

Prison guards dislocated Malekpour's jaw in January 2009 when they beat him and kicked him in the face. Malekpour made a televised "confession" in 2009 that he later retracted in a letter sent from inside prison. Malekpour wrote, "A large portion of my confession was extracted under pressure, physical and psychological torture, threats to myself and my family, and false promises of immediate release upon giving a false confession to whatever the interrogators dictated ... Such mistreatment was aimed at forcing me to write what the interrogators were dictating, and to compel me to play a role in front of the camera based on their scenarios."

Malekpour "suffered severe injuries due to beatings, and serious illnesses while in prison, including kidney problems and rheumatism, none of which have been properly treated." He detailed the torture he endured in a March 2010 letter: "Most of the time, the torture was performed by a group. While I remained blindfolded and handcuffed, several individuals armed with cables, batons, and their fists struck and punched me. At times, they would flog my head and neck… Sometimes, they used extremely painful electrical shocks that would paralyse me temporarily… Once, in October 2008, the interrogators stripped me while I was blindfolded and threatened to rape me with a water bottle."

In addition to describing the physical torture in his letter, Malekpour reported that he found the psychological torture he experienced even worse. He writes: "The physical torture was nothing compared to the psychological torments. I endured long solitary confinement without phone calls or the possibility of visiting my loved ones, constant threats to arrest and torture my wife and family if I did not co-operate, threats to kill me. They also gave me false news that my wife had been arrested. My mental health was severely threatened. I had no access to any books or journals in the solitary cells, and at times, I would not speak to anybody for days."

After the authorities commuted Malekpour's second death sentence, he was moved into the prison's general population, but his health paid the price for years of physical and emotional abuse. He suffered a heart attack and was taken to the hospital, where he was shacked to his bed and kept under permanent guard.

**Sentencing and Conviction**

Malekpour's trial began on November 29, 2009, over a year after his arrest. He was represented by a lawyer that was not permitted to meet with him until a few minutes before the trial started. During the trial, the court dismissed Malekpour's allegations of torture and mistreatment as lies. In December 2010, he was sentenced to death, convicted of "designing and moderating adult content websites," "agitation against the regime," and "insulting the sanctity of Islam." At the same time, he was sentenced to seven and a half years' imprisonment



on charges of "insulting the Leader," "insulting the President," "insulting Islamic sanctities," and "spreading propaganda against the system." There was no evidence against Saeed other than the forced confession extracted under torture.

The death sentence was rescinded by the Iranian Supreme Court in June 2011 and the case was transferred to a lower court for further investigation. Following a retrial, in October 2011 Saeed was again sentenced to death in November 2011 by a branch of the Revolutionary Court. In January 2012, this second death sentence was upheld by the Supreme Court.

After international condemnation, Malekpour's death sentence was subsequently commuted to a life imprisonment. In August 2013, his lawyer announced that the death sentence had been reduced by Iran's Amnesty and Clemency Commission because Malekpour had "repented for his actions." Malekpour then began serving a life sentence in Evin Prison.

**International Reaction**

In 2011, Canada's foreign ministry issued a statement expressing concern over the fate of Malekpour as a Canadian of dual nationality. In 2012 the Canadian House of Commons took an urgent and unanimous stance expressing deep concern for Malekpour's safety and demanding that Iran be held accountable for his treatment and release Malekpour and other unjustly detained prisoners.

In October 2016, the international digital rights NGO Electronic Frontier Foundation (EFF) published a statement and online action urging Canadian Prime Minister Justin Trudeau to fight for Malekpour's release. His case has also been pursued by Amnesty International and other prominent human rights organizations.

**Furlough and Escape**

In the summer of 2019, the Iranian authorities granted Malekpour a furlough. He then escaped Iran via another country and returned to Canada.

94



UNITED
AGAINST
NUCLEAR
**IRAN**

**Xiyue Wang**
Chinese-American Graduate Student at Princeton University

### Biography



[Xiyue Wang](#) was born and raised in Beijing, China and became a naturalized U.S. citizen in 2009. Wang studied in China as a child and into his first year of college when he then dropped out for a chance to study in India. In 2003, Wang was [accepted](#) to the University of Washington and received a bachelor's degree in International Studies. He later studied Russian and Eurasian studies at Harvard University, and in 2008 he [worked](#) as a Princeton in Asia fellow at the law firm Orrick in Hong Kong. After [working](#) at Orrick for a year, Wang moved to Afghanistan to become a Pashto translator for the International Committee of the Red Cross (ICRC). In Afghanistan, Wang helped collect bodies or body parts of those killed in clashes and offered aid to those injured and captured, including Taliban militants.

In [2013](#), Wang began graduate studies in Eurasian History at Princeton University. At the time of his arrest, Wang was working on his [dissertation](#) studying regional governance practices across multiple countries in the late 19th and early 20th century. In Iran, he was interested in studying decades-old archival materials on the administrative and cultural history of the Qajar dynasty, which ruled from 1785 to 1925.

Princeton professor Stephen Kotkin [described](#) Wang as a polite, respectful, and inquisitive researcher who traveled extensively in Central Asia, Russia, Afghanistan, and Iran. Wang is "linguistically gifted," his adviser said, with the ability to speak in Chinese and read in Persian, Turkic, Pashto, and Russian. Kotkin added, he is "everything an adviser could hope for" in a graduate student.

### Arrest

Wang was arrested by Iranian authorities on August 8, 2016, as he tried to leave Iran for Russia. Between January 25 and March 10, 2016, Wang [visited](#) Iran to attend a Farsi language program at the Dehkhoda Lexicon Institute and International Center for Persian Studies. On May 1, 2016, he [returned](#) to Iran to continue his language studies and conduct dissertation research at libraries in Iran. Before traveling to Iran, Wang sent letters [explaining](#) his research to the Iranian Interest Section at the Pakistani Embassy in Washington, DC (which issued his visa), and to the libraries in Iran that he planned to visit. According to a [statement](#) from Princeton, "he was not involved in any political activities or social activism; he was simply a scholar trying to gain access to materials he needed for his dissertation."



Princeton and Wang's family learned of his arrest in August 2016, but decided to keep it confidential based on recommendations that publicity might obstruct efforts to secure Wang's release. Wang's confinement became known publicly on July 16, 2017, when Iran's judiciary announced his sentence, accusing him of "infiltrating" the country and sending confidential material abroad.

**Treatment in Captivity**

Wang was held at Tehran's notoriously brutal Evin Prison starting in August 7, 2016, where he spent his first 18 days in solitary confinement. While Wang was still locked up, Princeton University said, "the prison conditions are difficult and have contributed to a worrisome decline in Mr. Wang's health." Wang has been permitted to make phone calls to his wife on a weekly basis and has had several visits from his attorney.

**Charges, Trial, and Conviction**

On July 17, 2017, Iran's judiciary announced that Wang was sentenced to 10 years in prison on charges of spying for the United States. A spokesman for Iran's judiciary said that an American had entered the country at the direction of the U.S. and was identified and arrested. "It has been confirmed and verified that this individual has come to Iran for infiltration," the spokesman was quoted as saying.

Wang was accused of entering Iran under the cover of a master's student, but digitally archiving 4,500 pages of Iranian documents and conducting "super confidential research for the U.S. Department of States, Harvard Kennedy School and British Institute of Persian Studies." A report from Mizan, a news agency associated with Iran's judiciary, contains a quote from Wang in which he praises the British Institute for Persian Studies for facilitating access to Iran's National Archives and other libraries. The quote was used as evidence of his spying activities, the report said, adding, "Wang admits his mission in Iran." In the announcement, Iran's judiciary confirmed that Wang is appealing the Iranian court's initial sentence.

**International Reaction**

On July 18, 2017, Wang's wife Hua Qu, called on authorities to release her husband, saying he was "unjustly imprisoned." In her first comments on his case, Wang's wife described her husband as "one of the kindest, most thoughtful, and loving men I have ever known... Our son has missed his father for more than a year of his young life, as my husband has been unjustly imprisoned for espionage that I know he did not and would never commit." Princeton University Professor Stephen Kotkin also said, "He is innocent of the charges of espionage."



The U.S. State Department did not provide details on Wang's case but called on Tehran to immediately release "all U.S. citizens unjustly detained in Iran." According to Princeton University, the U.S. communicated with and provided support to Wang while in prison. Since his confinement, Wang has had four consular visits by the Swiss embassy, which represents U.S. interests in Iran.  Princeton University has also retained counsel for Wang in Iran, working daily to secure Wang's release and to support him and his family.

In May 2019, Wang reached his 1,000th day in prison—as his wife wrote in an op-ed, a period "twice the time the American diplomats were held hostage from 1979 to 1981."

**Release**

On December 7, 2019, the Iranian regime released Wang from prison and transferred him to U.S. custody as part of a prisoner swap. Tehran freed Wang in exchange for the U.S. dropping charges against and releasing Iranian national Massoud Soleimani. Soleimani, a scientist, was arrested in 2018 for violating American sanctions laws by conspiring and attempting, without authorization, to export biological materials from the U.S. to Iran. Wang was held hostage by Iran for over 1,200 days.

On November 3, 2021, Wang filed suit against Princeton University alleging that Princeton urged "him to study in Iran in the wake of the nuclear deal and then leaving him to 'rot' in a notorious torture prison after he was arrested on bogus espionage charges." Wang's lawsuit identifies researchers and scholars at Princeton who he claims stymied efforts to free him from prison. Specifically, "Dr. Rahmani, Mr. Mousavian, and other Princeton employees made the intentional decision not to utilize their political capital in Iran to assist Mr. Wang."



# Executed or Otherwise Died in Captivity

**Robert Levinson**
American Private Investigator and Retired FBI Agent



**Disappearance**

American private investigator and retired FBI agent Robert Levinson disappeared on March 9, 2007, on Iran's Kish Island, while reportedly on an unauthorized CIA mission to investigate corruption by Iranian regime officials. Levinson's family received a hostage video and photos of him in 2010–11. That aside, he was not "publicly seen or heard from since" his disappearance. A U.S. district court judge found in March of 2020 that the Iranian regime most likely took Mr. Levinson hostage (see the "Lawsuit" section below).

**Treatment in Captivity**

In November 2010, the Levinson family received a hostage video of Mr. Levinson in which he appeared gaunt, emaciated, and heavily bearded. Levinson was known before his disappearance to suffer from gout, hypertension, and diabetes. In April 2011, the Levinson family received a series of pictures of him. Levinson's family has never received any other information from his captors. A U.S. district court judge found in March of 2020 that the Iranian regime most likely tortured Mr. Levinson. (See the "Lawsuit" section below.)

**Attempts to Locate**

In April 2007, about a month after Mr. Levinson disappeared, the Iranian regime's English-language media channel Press TV published an article entitled "Ex-FBI man in Iran not 'missing' at all." The report stated that an unnamed "American businessman and retired FBI agent gone missing from Iran's Kish Island" had been "in the hands of Iranian security forces since the early hours of March 9." The piece added that while U.S.–Iran tensions "complicated" the situation, "the authorities [were] well on the way to finishing the procedural arrangements that could see him freed in a matter of days." No further such reports appeared in Iran's state-run media.

In March 2011, then–Secretary of State Hillary Rodham Clinton stated that the U.S. government had "received recent indications that Bob is being held somewhere in southwest Asia." (A State

98



Department spokesperson said in 2009 that southwest Asia includes Bahrain, Iran, Iraq, Kuwait, Oman, Qatar, Saudi Arabia, the United Arab Emirates, and Yemen.)

In an interview in September of 2012, Mahmoud Ahmadinejad, then president of Iran, did not deny that Iran held Levinson and indicated that Iran and the U.S. had negotiated about Levinson.

In December 2013, Iran-based American fugitive Dawud Salahuddin disclosed that he witnessed Iranian police detaining Mr. Levinson at the time of his disappearance. Iranian Foreign Minister Mohammad Javad Zarif has "denied all knowledge of Levinson's whereabouts." Yet, there is "consensus" among U.S. officials that the Iranian government is responsible for images taken of Mr. Levinson by his captors.

According to documents disclosed on January 22, 2016, Iranian officials knew far more about Mr. Levinson then previously suggested. The documents are from a memo sent to the FBI in 2011 after a meeting in Paris between an American, a Russian, and Iran's ambassador to France.

During the meeting, the Iranian ambassador said that his government was willing to release Mr. Levinson, who was being held by Iran, if the U.S. helped delay an assessment criticizing Iran's nuclear activities. "The ambassador made it clear that they have Robert Levinson and that they are willing to release him without conditions," said the report. "They do, however, want tangible, 'symbolic' assurances that the messages they are sending have been received at the highest levels." It is unclear what actions, if any, American officials took after the meeting.

In January 2016, President Barack Obama said Iran had "agreed to deepen our coordination as we work to locate Robert Levinson." Secretary of State John Kerry stated a day later that "the Iranians are cooperating" in the effort. However, at a press briefing on October 18, 2016, then–State Department spokesperson Mark Toner said the Iranians "haven't lived up to" their commitment to providing information about Mr. Levinson's whereabouts.

In 2017, a National Security Council spokesperson said executive-branch officials had contacted Mr. Levinson's relatives to promise them that the Trump administration was prioritizing his case.

In October of 2019, the United Nations Working Group on Enforced or Involuntary Disappearances informed the Levinson family that "According to the statement of Tehran's Justice Department, Mr. Robert Alan Levinson has an on going case in the Public Prosecution and Revolutionary Court of Tehran." However, Tehran later said that the "on going case" was simply an investigation of Mr. Levinson's disappearance.



In November 2019, the U.S. State Department offered a $20 million reward for information leading to Levinson's "safe location, recovery, and return." The FBI has long extended a similar reward of $5 million.

**Lawsuit**

In March of 2017, Mr. Levinson's wife and children sued Iran for taking him hostage and torturing him, seeking $150 million in compensatory damages and $1.35 billion in punitive ones. Iran did not contest the lawsuit, and on March 9, 2020, a U.S. district court judge for the District of Columbia entered a default judgment for the Levinsons. The judge also appointed a "special master" to assess damages for Mr. Levinson's wife and each of his children and recommend the amount of damages awarded.

**Death**

On March 25, 2020, Mr. Levinson's family announced that "We recently received information from U.S. officials that has led both them and us to conclude that our wonderful husband and father died while in Iranian custody. We don't know when or how he died, only that it was prior to the COVID-19 pandemic." They added, "His body has not yet been returned to us for a proper burial.  We don't even know when, or even if, his body would be returned to us. This is the very definition of cruelty."

Then-President Donald Trump said Mr. Levinson was "a gentleman" and "outstanding," but expressed doubt about the former FBI agent's purported death. "They've been making the statement to the family, I believe," he stated. "It's not looking good; he wasn't well for years anyway, in Iran. It's not looking promising ... we feel terribly for the family. It's not looking great, but I won't accept that he's dead. They haven't told us that he's dead, but a lot of people are thinking that that's the case."

Then–U.S. National Security Adviser Robert O'Brien later expressed more certainty about Mr. Levinson's fate, saying, "While the investigation is ongoing, we believe that Bob Levinson may have passed away some time ago… Iran must provide a complete accounting of what occurred with Bob Levinson before the United States can fully accept what happened in this case." Iranian Foreign Minister Mohammad Javad Zarif reportedly informed the U.S. government of Mr. Levinson's death.

4,766 days passed between Mr. Levinson's disappearance and the announcement of his likely death—over 13 years, and more than ten times as long as the 1979–81 Iran hostage crisis. Mr. Levinson may be the longest-held hostage in American history, depending on when he died.



**Ruhollah Zam**
Activist and Journalist, French Resident, and Iranian National



**Biography**

Ruhollah Zam was an Iranian activist and former journalist who lived in exile with refugee status in France and openly sought the overthrow of the Islamic Republic. He ran Telegram channels used to spread information to Iranians protesting the regime and encourages viewers to join demonstrations. Zam's channels—particularly AmadNews—disseminated times and places of upcoming rallies to its subscribers, who numbered more than a million. He also published controversial materials undermining the regime, including documents revealing government corruption and malfeasance.

Zam was born in Tehran in 1973. He said he left Iran after being jailed in Tehran's notoriously brutal Evin Prison after the controversial 2009 presidential election and accused of working with foreign intelligence agencies. His father is a cleric who served in the Iranian government in the 1980s and has condemned his son's work. Zam has said that some of his relatives in Iran have been detained for months in order to compel him to shut down his Telegram channel and return to Iran.

**Arrest**

In mid-October of 2019, Iran's Islamic Revolutionary Guard Corps (IRGC) announced that it had arrested Zam after he was "guided into the country" via a "complicated intelligence operation," adding that Zam had "stepped into intelligence trap of the Guards some two years ago." The IRGC posted news of Zam's arrest on his Telegram channel, as well as a photo of Zam in captivity, with the caption "This is just the beginning."

The IRGC claimed Zam was being guided and safeguarded by American, Israeli, and French intelligence agencies, and called him "one of the main people of the enemy's media network and psychological warfare." A senior IRGC general said, "Zam was a key figure of intelligence services for throwing the country into disarray… and driving a wedge between the Iranian people and government."

The *Times of London* reported that a female Iranian intelligence agent persuaded him to go to Iraq, where he was abducted and brought back to Iran. According to Radio Farda, the French newspaper *Le Figaro* said that it had sources who said Zam was lured to Iraq with a promise of meeting leading Shiite Ayatollah Ali al-Sistani. Iranian exiles and experts in Paris have theorized

101



that French intelligence at least tacitly agreed to the IRGC operation in order to get Iran to release two imprisoned French academics.

According to the _Financial Times_, Zam's wife, Mahsa Razani, said her husband was traveling to Iraq "for a business meeting and knew and trusted the woman in question." A friend of Zam's told Iranian media that he was keen to raise money for a television channel, adding that Shirin Najafi, an administrator at Amadnews, showed him 15 million in euros-in €500-euro notes on her bed and told him to come to Iraq to take the money personally to Paris. The friend claimed that the Iranian regime had gotten her to cooperate with them against Zam. Najafi, now reportedly in hiding, denies asking Zam to come to Iraq, and told the Iran International satellite channel that she asked Zam not to go, but he insisted.

On October 17, 2019, Iranian state-run television reported that IRGC agents arrested Zam in Iraqi Kurdistan, near the border with Iran. Iraq's Kurdistan Regional Government denied that Zam had ever been in Iraqi Kurdistan. The IRGC has not disclosed where it arrested Zam, but an IRGC official revealed that the Guards had captured him with the cooperation of a foreign intelligence service.

After Zam's arrest, regime hardliners accused officials in President Hassan Rouhani's administration of leaking information to AmadNews, and one member of parliament claimed that several administration officials had been arrested for cooperating with Zam's website.

On October 23, 2019, an IRGC spokesperson claimed that the Guards had "already captured many of [Zam's] contacts inside the country." Media and others tied to the IRGC have said that finding Zam's network of sources is more important than capturing the activist himself.

**Treatment in Captivity**

The regime forced Zam to confess on Iranian television to engaging in "counter-revolutionary" actions at the direction of France. He apologized to the Islamic Republic, said he regretted "what has happened in the past three or four years," and stated that he was "wrong" to trust foreign governments like France's, and "especially governments that show they do not have good relations with the Islamic Republic," including the United States, Israel, Saudi Arabia and Turkey.

**Charges, Trial, and Sentencing**

Zam's trial began on February 10, 2020, in Tehran's Revolutionary Court. It was presided over by Judge Abolqassem Salavati, who is nicknamed "the Hanging Judge" or "the Judge of Death" for imposing harsh sentences, including capital punishment, in political cases. Zam was reportedly charged with either 15 or 17 counts, including "sowing corruption on earth"



insulting "the sanctity of Islam," and "conspiring with the US Government against the Islamic Republic of Iran"—all of which carry the death penalty—as well as having "committed offences against the country's internal and external security," "complicity in provoking and luring people into war and slaughter," "espionage for the French intelligence service," "spying for Israeli intelligence services via the intelligence services of one of the countries in the region," "establishment and administration of the Amad News channel and the Voice of People," and "insulting Ruhollah Khomeini and Ali Khamenei."

At trial in February, Zam reportedly contested the claim that the U.S. is an "enemy state." He also admitted to meeting someone from the U.S. National Security Agency, but only regarding a visa application. At another trial session in May, a prosecutor accused Ruhollah Zam of links to espionage activities and claimed Zam was not a member of the press. Zam disputed those claims, asserting that he operated as a journalist and broadcaster.

An Iranian judiciary spokesman announced on June 30, 2020, that Zam had been convicted and sentenced to death for 13 counts, which were grouped together and treated as cases of "sowing corruption on earth." He was also sentenced to life in prison for "several other charges," which were unnamed.

On December 10, 2020, an Iranian court upheld the death sentence against Zam. Zam has one more chance to appeal the decision under Iranian law, and the judiciary chief also has the power to cancel the ruling and order a retrial if he finds it was in violation of Sharia.

**International Reaction**

Zam's wife, Mahsa Razani, who resides in France, told the BBC Persian Service that "My husband was abducted. I saw [reports] of his arrest on Iranian television and could not believe it until I saw the video when I realised he was kidnapped."

After Zam's abduction, the French foreign ministry stated, "We reiterate our commitment to upholding the rule of law and in particular, the freedom of expression and the right of asylum, and therefore strongly confirm [sic; presumably "condemn" was intended] Ruhollah Zam's arrest." After Zam's death sentence was announced, the foreign ministry denounced it as "a serious blow to freedom of expression and press freedom in Iran."

**Execution**

On December 12, 2020, Iran's state television reported Ruhollah Zam was executed.



The European Union condemned in the "strongest terms" Zam's execution, recalling "its irrevocable opposition to the use of capital punishment under any circumstances," according to a statement from the EU's External Action Service.

The French Foreign Ministry said in a statement, "France condemns in the strongest possible terms this serious breach of free expression and press freedom in Iran. This is a barbaric and unacceptable act that goes against the country's international commitments."

Reporters Without Borders (RSF) condemned the execution and Amnesty International said it was "shocked and horrified" by Iran's action.

104