UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN SHAHINI,

    *Plaintiff*,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    *Defendants*.

Civil Action No. 1:18-cv-01619 (CJN)

## ORDER

This matter is before the Court on the Plaintiff's Motions for Default Judgment, ECF Nos. 37-1 and 43.

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Plaintiff's Motions, ECF Nos. 37-1 and 43, are **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff is awarded $24,763,696 in total damages.

This is a final appealable order.

The clerk is directed to terminate this case.

DATE: February 24, 2023

_____
CARL J. NICHOLS
United States District Judge