CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ROBIN SHAHINI

Plaintiff(s)

vs.

THE GOVERNMENT OF THE
ISLAMIC REPUBLIC OF IRAN *et al.*

Defendant(s)

Civil Action No.: 18-cv-01619

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the ~~summons and complaint~~ ORDER & DEFAULT JUDGEMENT (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

**THE GOVERNMENT OF THE ISLAMIC REPUBLIC OF IRAN**
*Its Ministries, Agencies, and Instrumentalities*
*c/o Ministry of Foreign Affairs*
*Khomeni Avenue*
*United Nations Street*
*Tehran, Iran*

TO BE SENT BY THE CLERK TO THE DEPARTMENT OF STATE FOR TRANSMITTAL VIA DIPLOMATIC CHANNELS

by: (check one)
- [x] certified or registered mail, return receipt requested   (TO THE DEPARTMENT OF STATE)
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [x] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): **THE UNITED STATES OF AMERICA**, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

*J. Ibrahim*
(Signature)

Jeremy Ibrahim, Esquire
Post Office Box 1025
Chadds Ford, PA 19317

(Name and Address)